## EXHIBIT B

**Approved Budget**

**CBK Cash Collateral Budget** ($ 000s)

| | Week Number | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Subtotal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Period Beginning | 14-Jan | 17-Jan | 24-Jan | 31-Jan | 7-Feb | 14-Feb | 21-Feb | Weeks |
| | Period Ending | 16-Jan | 23-Jan | 30-Jan | 6-Feb | 13-Feb | 20-Feb | Post-Close | 1 - 7 |
| 1.) | Sale Receipts | 1,595 | 6,258 | 7,454 | 7,175 | 7,162 | 7,169 | 9,054 | 45,868 |
| 2.) | Ecom Sale | - | - | - | - | - | - | 12,000 | 12,000 |
| 3.) | Other Asset Monetization | - | - | - | - | - | - | 2,336 | 2,336 |
| 4.) | Total Receipts | 1,595 | 6,258 | 7,454 | 7,175 | 7,162 | 7,169 | 23,390 | 60,204 |
| 5.) | Payroll, Benefits & Related | (333) | (2,311) | (150) | (2,246) | (150) | (2,228) | (3,435) | (10,854) |
| 6.) | Occupancy | - | - | (3,330) | - | - | - | (250) | (3,580) |
| 7.) | Sales Tax | - | (1,711) | (87) | (63) | (1,074) | (63) | (1,324) | (4,322) |
| 8.) | Store Closing Expense | (275) | - | (432) | (382) | (382) | (382) | (1,195) | (3,047) |
| 9.) | Other Operating | (168) | (1,836) | (1,015) | (1,101) | (1,811) | (1,524) | (4,481) | (11,937) |
| 10.) | Subtotal Operating Expenses | (776) | (5,859) | (5,014) | (3,792) | (3,417) | (4,197) | (10,685) | (33,739) |
| 11.) | Net Operating Cash Flow | 820 | 399 | 2,440 | 3,383 | 3,745 | 2,972 | 12,705 | 26,465 |
| 12.) | Liquidator Fees | - | - | - | - | - | - | (900) | (900) |
| 13.) | Stub Rent | - | - | - | - | - | - | (1,665) | (1,665) |
| 14.) | IBNR | - | - | - | - | - | - | (950) | (950) |
| 15.) | Utility Deposit | - | (194) | - | - | - | - | 194 | - |
| 16.) | Revolver Interest | - | - | - | - | - | (55) | - | (55) |
| 17.) | Monitoring Fee | - | (25) | (25) | (25) | (25) | (25) | - | (125) |
| 18.) | Early Termination Fee | - | - | - | - | - | (300) | - | (300) |
| 19.) | Professional Fees | - | (493) | (571) | (471) | (446) | (446) | (811) | (3,240) |
| 20.) | Wind Down Funding | - | - | - | - | - | - | (1,500) | (1,500) |
| 21.) | Subtotal Non Operating Expenses | - | (712) | (596) | (496) | (471) | (826) | (5,632) | (8,735) |
| 22.) | Memo: Total Expenses | (776) | (6,571) | (5,610) | (4,288) | (3,888) | (5,024) | (16,317) | (42,474) |
| 23.) | **Net Cash Flow** | **820** | **(313)** | **1,844** | **2,887** | **3,274** | **2,146** | **7,073** | **17,730** |
| 24.) | Beginning Cash | 1,017 | 1,880 | 1,158 | 3,775 | 1,575 | 2,285 | 2,325 | 1,017 |
| 25.) | + Receipts | 1,595 | 6,258 | 7,454 | 7,175 | 7,162 | 7,169 | 23,390 | 60,204 |
| 26.) | - Disbursements | (733) | (6,456) | (2,993) | (6,489) | (3,178) | (5,809) | (16,817) | (42,474) |
| 27.) | - ABL Paydown | - | (523) | (1,844) | (2,887) | (3,274) | (1,320) | - | (9,848) |
| 28.) | - TL Paydown | - | - | - | - | - | - | (5,208) | (5,208) |
| 29.) | -Vendor Prgoram Paydown | - | - | - | - | - | - | (2,827) | (2,827) |
| 30.) | **Ending Cash** | **1,880** | **1,158** | **3,775** | **1,575** | **2,285** | **2,325** | **864** | **864** |
| 31.) | Memo: Collateral Account Cash | 1,837 | 1,000 | 1,000 | 1,000 | 1,000 | 1,826 | - | - |
| 32.) | Memo: Operating Account Cash | 43 | 158 | 2,775 | 575 | 1,285 | 499 | 864 | 864 |
| 33.) | Memo: Secured Debt Balances | | | | | | | | |
| 34.) | Revolver | - | - | - | - | - | - | - | - |
| 35.) | LCs | 8,993 | 8,470 | 6,626 | 3,739 | 465 | - | - | - |
| 36.) | Reserves | 605 | 605 | 605 | 605 | 855 | - | - | - |
| 37.) | Total ABL Obligations | 9,598 | 9,074 | 7,230 | 4,344 | 1,320 | - | - | - |
| 38.) | TL (Incl. Accrued Interest) | 5,133 | 5,145 | 5,158 | 5,170 | 5,183 | 5,195 | - | - |
| 39.) | Vendor Program (Incl. Accrued Interest) | 2,794 | 2,799 | 2,805 | 2,811 | 2,816 | 2,822 | - | - |
| 40.) | Total Secured Debt | 17,524 | 17,019 | 15,193 | 12,324 | 9,319 | 8,017 | - | - |