|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota (msirota@coleschotz.com)<br>Felice R. Yudkin (fyudkin@coleschotz.com)<br>Jacob S. Frumkin (jfrumkin@coleschotz.com)<br>Matteo Percontino (mpercontino@coleschotz.com)<br>Rebecca W. Hollander (rhollander@coleschotz.com)<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br><br>*Proposed Attorneys for Debtors*<br>*and Debtors in Possession* | Order Filed on February 3, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION,<br>*et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10269 (ABA)<br><br>Jointly Administered<br><br>**Hearing Date and Time:**<br>**N/A** |

**ORDER APPROVING THE REJECTION OF CONTRACTS AND LEASES
AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: February 3, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

Page (2)
Debtors: CHRISTOPHER & BANKS CORPORATION, *et al*.
Case No. 21-10269 (ABA)
Caption of Order: ORDER APPROVING THE REJECTION OF CONTRACTS AND UNEXPIRED LEASES AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

Pursuant to and in accordance with the *Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases* [Docket No. 61] (the "**Rejection Procedures Order**"), which is expressly incorporated herein by reference;[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these cases and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a "Notice of Rejection of Executory Contracts and/or Unexpired Leases" [Docket No. 85] (the "**Rejection Notice**") in accordance with the terms of the Rejection Procedures Order in respect of the rejection of the executory contracts (the "**Contracts**") and/or unexpired leases (the "**Leases**") set forth on **Exhibit 1** hereto; and no timely objections having been filed to the rejection of the Contracts and Leases; and it appearing that due and adequate notice of the Rejection Procedures Order and the Rejection Notice has been given, and that no other or further notice need be given; and the Court having determined that the rejections provided for herein are an appropriate exercise of the Debtors' business judgment; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order or the Rejection Notice (as defined herein), as applicable.

Page (3)
Debtors: CHRISTOPHER & BANKS CORPORATION, *et al*.
Case No. 21-10269 (ABA)
Caption of Order: ORDER APPROVING THE REJECTION OF CONTRACTS AND UNEXPIRED LEASES AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

1. The Contracts and Leases listed on **Exhibit 1** hereto are hereby rejected effective as of the dates set forth for such Contracts and Leases listed on **Exhibit 1** hereto (the "**Rejection Date**"); *provided, however*, that in no event shall the Rejection Date be earlier than the date of filing and service of the Rejection Notice.

2. The rights of the Debtors and their estates to assert that the Contracts and Leases rejected hereby expired by their own terms or were terminated prior to the date hereof are fully preserved, and the Debtors and their estates do not waive any rights or claims that they may have with respect to or against the counterparties to such Contracts and Leases, whether or not such rights or claims arise under, are related to the rejection of, or are independent of the Contracts and Leases rejected hereby.

3. If any affected counterparty subject to this Order (a "**Rejection Claimant**") asserts a claim or claims against the Debtors and their estates arising from the rejection of the Contracts and Leases, such Rejection Claimant shall submit a proof of claim on or before the later of (i) the deadline for filing proofs of claims established by the Court in these chapter 11 cases or (ii) thirty (30) days after the date of entry of this Order. If no proof of claim is timely filed, such claimant shall not be treated as a creditor with respect to such claims for voting on any chapter 11 plan in these chapter 11 cases and shall be forever barred from asserting a claim for rejection damages and from participating in any distributions that may be made in connection with the Debtors' bankruptcy cases.

Page (4)
Debtors: CHRISTOPHER & BANKS CORPORATION, *et al.*
Case No. 21-10269 (ABA)
Caption of Order: ORDER APPROVING THE REJECTION OF CONTRACTS AND UNEXPIRED LEASES AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

4. The Debtors are authorized to take any action necessary or appropriate to implement the terms of this Order and the rejections without further order from this Court.

5. This Court shall retain exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

# EXHIBIT 1 TO ORDER

| REJECTION SCHEDULE | | | | |
|---|---|---|---|---|
| **Counterparty** | **Counterparty Address** | **Title/Description of Lease[1]** | **Property to be Returned** | **Rejection Date** |
| Enterprise FM Trust<br><br>With a copy to: Enterprise Fleet Management, Inc. | 600 West Main Street<br>Jefferson City, MO 65101-1592<br><br>9315 Olive Blvd.<br>St. Louis, MO 63132-3211<br><br>2275 Blue Waters Rd.<br>Eagan, MN 55121-1439 | Master Walkaway Lease Agreement dated 10/17/18 | 13 Vehicles | 1/31/21 |
| Enterprise Fleet Management, Inc. | 9315 Olive Blvd.<br>St. Louis, MO 63132-3211<br><br>2275 Blue Waters Rd.<br>Eagan, MN 55121-1439 | Maintenance Management and Fleet Rental Agreement dated 10/17/18 | N/A | 1/31/21 |
| ARI Fleet LT<br><br><br>Automotive Rentals, Inc. | 4001 Leadenhall Road<br>P.O. Box 5039<br>Mt. Laurel, NJ 08054<br><br>4001 Leadenhall Road<br>P.O. Box 5039<br>Mt. Laurel, NJ 08054 | Closed End Lease and Fleet Management Services Agreement dated 10/8/12 | 6 Vehicles | 1/31/21 |
| Nissan North America, Inc. | Corporate Office<br>P.O. Box 685001<br>Franklin, TN 37068-5001 | MY2013 Nissan Fleet Agreement dated November 30, 2012 | N/A | 1/31/21 |
| Nissan North America, Inc. | Corporate Office<br>P.O. Box 685001<br>Franklin, TN 37068-5001 | MY2014 Nissan Fleet Agreement dated December 2, 2013 | N/A | 1/31/21 |
| WEX Enterprise Fleet Management | 1 Hancock Street<br>Portland, Maine 04101 | WEX Enterprise Fleet Management / EXXONMOBIL Fleet National Card Application | N/A | 1/31/21 |
| WEX Enterprise Fleet Management<br><br>With a copy to: Enterprise Fleet Management, Inc. | 600 West Main Street<br>Jefferson City, MO 65101-1592<br><br>9315 Olive Blvd.<br>St. Louis, MO 63132-3211<br><br>2275 Blue Waters Rd.<br>Eagan, MN 55121-1439 | WEX Enterprise Fleet Management / EXXONMOBIL Fleet National Card Application | N/A | 1/31/21 |

---

[1] Each contract and lease listed on this Exhibit shall be deemed to include all amendments, modifications, and assignments with respect thereto, if any, even if not specifically identified on this Exhibit.