UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Steven W. Golden, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        plabov@pszjlaw.com
        sgolden@pszjlaw.com

and

James S. Carr, Esq.
Dana P. Kane, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email:  jcarr@kelleydrye.com
        dkane@kelleydrye.com

*Proposed Co-Counsel to the Official*
*Committee of Unsecured Creditors*

In re:

CHRISTOPHER & BANKS CORPORATION, *et al.*,[1]

Debtors.

Case No.:  21-10269 (ABA)
Chapter:   11
Judge:     Andrew B. Altenburg, Jr.
           Jointly Administered

**APPLICATION FOR ORDER PURSUANT TO 11 U.S.C.
§§ 328 AND 1103, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014-1,
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION
OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITOR EFFECTIVE AS OF JANUARY 27, 2021**

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

The Official Committee of Unsecured Creditors (the "Committee") of Christopher & Banks Corporation, *et al.* (the "Debtors") hereby submits its application (the "Application") for the entry of an order authorizing and approving the employment of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as counsel to the Committee in connection with the Debtors' chapter 11 cases (the "Cases") effective as of January 27, 2021, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules").   In support of the relief sought in the Application, the Committee submits the (i) Declaration of Bradford J. Sandler, a partner of the Firm (the "Sandler Declaration"), attached hereto as Exhibit A and incorporated herein by reference, and (ii) the Declaration of the Committee chair, attached hereto as Exhibit B and incorporated herein by reference.  In further support of the Application, the Committee respectfully states as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 328 and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1.

**Background**

4.        On January 13, 2021 (the "Petition Date"), each of the Debtors commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.   The Debtors continue to operate their businesses and manage their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   No trustee or examiner has been appointed in these Chapter 11 Cases.

5.        On January 26, 2021, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.   The Committee consists of the following seven (7) members: (i) Brookfield Properties Retail, Inc.; (ii) Bluprint Clothing Corp.; (iii) Federal Express Corporate Services, Inc.; (iv) Hangzhou Jiayi Garment Co., Ltd; (v) JiaXing Mengdi Import and Export Co., Ltd.; (vi) Simon Property Group, Inc.; and (vii) Washington Prime Group Inc.. *See Notice of Appointment of Official Committee of Unsecured Creditors* [Docket No. 118].

6.        On January 27, 2021, the Committee voted to retain PSZJ as counsel along with Kelley Drye & Warren LLP ("Kelley Drye") as co-counsel, subject to Court approval.   The Committee also selected FTI Consulting, Inc. ("FTI") to serve as its financial advisor.   PSZJ, Kelley Drye, and FTI will coordinate closely to minimize the duplication of the services provided to the Committee by each firm and meet the scope of the services for which each firm is retained to provide.

7.        The Firm has approximately 75 attorneys with a practice concentrated on corporate reorganizations, bankruptcy, litigation, and commercial matters.   The Firm's attorneys

extensive experience representing creditors' committees in complex chapter 11 cases throughout the country, including *It'Sugar FL I LLC* (S.D. Fla.), *RTW Retailwinds* (D. N.J.), *Tailored Brands, Inc.* (S.D. Tex.), *Ascena Retail Group* (E.D. Va.), *Neiman Marcus Group* (S.D. Tex.), *Chinos Holdings, Inc.* (E.D. Va.), *Gymboree* (E.D. Va.), *Payless Holdings* (E.D. Mo.), *Frank Theatres Bayonne/South Cove, LLC* (D. N.J.), *Ashley Stewart Holdings, Inc.* (D. N.J.); *Bakers Footwear* (E.D. Mo.), *The Bon-Ton Stores* (D. Del.), *Ignite Restaurant Group* (S.D. Tex.), *Sports Authority* (D. Del.), *Western Convenience Stores* (D. Colo.), *BCBG Max Azria* (S.D.N.Y.), *Anna' s Linens*, (C.D. Cal.), *Aéropostale* (S.D.N.Y.), *155 Route 10 Associates, Inc.* (D. N.J.), and *Pennsylvania Fashions, Inc.* (D. N.J.).  Based on these facts, the Committee believes that the Firm is well-qualified to render the services as described below.

## Relief Requested

8.      By this Application, the Committee respectfully requests that the Court enter an order, substantially in the form annexed hereto as <u>Exhibit C</u>, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Committee to employ and retain the Firm as its counsel in these Cases.  The Committee seeks to retain the Firm effective as of January 27, 2021, because the Firm began providing services to the Committee as of such date.  The Committee believes that such retention is appropriate in these Cases because the Committee required effective representation prior to such time as a retention application could be submitted to the Court due to the exigencies of these Cases, and the Firm has been providing services to the Committee since January 27, 2021.

## <u>Services to be Rendered</u>

9.      Subject to further order of this Court, the Firm is expected to render, on an

as-requested basis, among other services, the following services to the Committee:

a.      Assisting, advising and representing the Committee in its consultations with the Debtors regarding the administration of these Cases;

b.      Assisting, advising and representing the Committee with respect to the Debtors' retention of professionals and advisors with respect to the Debtors' business and these Cases;

c.      Assisting, advising and representing the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

d.      Assisting, advising and representing the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

e.      Assisting, advising and representing the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtors, the Debtors' operations and the desirability of the continuance of any portion of those operations, and any other matters relevant to the Cases or to the formulation of a plan;

f.      Assisting, advising and representing the Committee in connection with any sale of the Debtors' assets;

g.      Assisting, advising and representing the Committee in its participation in the negotiation, formulation, or objection to any plan of liquidation or reorganization;

h.      Assisting, advising and representing the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

i.      Assisting, advising and representing the Committee in the evaluation of claims and on any litigation matters, including avoidance actions; and

j.      Providing such other services to the Committee as may be necessary in these Cases.

10.      PSZJ will coordinate with Kelley Drye and FTI to avoid duplication of efforts.

## No Adverse Interest and Disclosure of Connections

11.      The Committee believes that PSZJ does not hold or represent any interest that is adverse to the Committee and the Debtors' estates and does not hold or represent any interest adverse to and has no connection with the Committee, the Debtors, its creditors or any party in interest herein in the matters upon which PSZJ is to be retained, except as set forth in the Sandler Declaration.

12.      Other than as set forth in the Sandler Declaration, neither PSZJ nor any of its attorneys has any connection with any party in interest, or their attorneys or accountants, in these Cases.

13.      Except as provided for in the Sandler Declaration, to the best of the Committee's knowledge, neither PSZJ, nor any of its attorneys, holds or represents any interest adverse to the Committee or the Debtors' estates in the matters on which they are to be retained. The Committee submits that its proposed employment of PSZJ is in the best interests of the Committee and its members.

14.      To the best of the Committee's knowledge, and except as disclosed in the Sandler Declaration, PSZJ has had no other prior connection with the Debtors, their creditors, or any other party in interest.  Upon information and belief, PSZJ does not hold or represent any

interest adverse to the Debtors' estates, the Committee, or the creditors the Committee represents in the matters upon which it has been and is to be engaged.

15.     PSZJ represents creditors' committees in many other bankruptcy cases, the members of which (together with other creditors of such cases) may be creditors of the Debtors or members of the Committee.  However, PSZJ will not represent any members of those committees with respect to any claims that they may have collectively or individually against the Debtors.

16.     Similarly, PSZJ may represent, or may have represented, debtors, creditors' committees, or trustees in cases or proceedings against creditors of the Debtors that are unrelated to these Cases.

**Professional Compensation**

17.     Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court and the guidelines established by the Office of the United States Trustee, compensation will be payable to PSZJ on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZJ.  The current standard hourly rates for professionals and paralegals presently designated to represent the Committee are:

| | | |
|---|---|---|
| (a) | Partners | $845.00 to $1,695.00 per hour |
| (b) | Counsel | $695.00 to $1,275.00 per hour |
| (c) | Associates | $695.00 to $725.00 per hour |
| (d) | Paralegals | $425.00 to $460.00 per hour |

18.     The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Other attorneys and paralegals may from time to time serve the Committee in connection with the matters described herein.

19.     The hourly rates set forth above are PSZJ's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate PSZJ for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  It is PSZJ's policy to charge its clients in all areas of practice for all other out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, Court filing fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying and scanning charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by PSZJ to outside copying services for use in mass mailings, travel expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  PSZJ will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to PSZJ's other clients.  PSZJ believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

### Notice

20.     In accordance with Fed. R. Bankr. P. 2014 and D.N.J. LBR 2014-1, the Committee has served notice of this Application on: (i)  the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102 (Attention:

Jeffrey M. Sponder, Esq., Lauren Bielskie, Esq. ; (ii) counsel to the Debtors, Cole Schotz P.C.,

Court Plaza North, 25 Main Street, Hackensack, NJ (Attention: Michael D. Sirota, Esq., Felice

R. Yudkin, Esq., Jacob S. Frumkin, Esq., Matteo W. Percontino, Esq., and Rebecca W.

Hollander, Esq.; (iii) counsel for the Debtors' prepetition senior secured lenders, Riemer &

Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, New York

10036, (Attention Steven E. Fox); (iv) the Office of the United States Attorney for the District of

New Jersey; and (vi) all parties that have requested to receive notice pursuant to Bankruptcy

Rule 2002.  In light of the nature of the relief requested, the Committee respectfully submits that

such service constitutes good and sufficient notice under the circumstances and that no further

notice is necessary.

## **No Prior Request**

21.    No previous application for the relief requested herein has been made to

this or any other court.

## CONCLUSION

**WHEREFORE**, for all the foregoing reasons, the Committee respectfully requests entry of an order substantially in the form attached hereto as Exhibit C, authorizing the Committee to employ and retain PSZJ as counsel, effective as of January 27, 2021 and granting such other and further relief as is just and proper.

Dated: February 22, 2021

**THE OFFICIAL COMMITTEE OF CHRISTOPHER & BANKS CORPORATION,** *et al.*

Simon Property Group, Inc.
By: Ronald M. Tucker

Solely in its capacity as Chair of the Official Committee of Unsecured Creditors of Christopher & Banks Corporation, *et al.*, and not in any other capacity

## **EXHIBIT A**

**Declaration of Bradford J. Sandler**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Steven W. Golden, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        plabov@pszjlaw.com
        sgolden@pszjlaw.com

and

James S. Carr, Esq.
Dana P. Kane, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email:  jcarr@kelleydrye.com
        dkane@kelleydrye.com

*Proposed Co-Counsel to the Official*
*Committee of Unsecured Creditors*

In re:

CHRISTOPHER & BANKS CORPORATION, *et al.*,[1]

Debtors.

Case No.:  21-10269 (ABA)
Chapter:   11
Judge:     Andrew B. Altenburg, Jr.
           Jointly Administered

**DECLARATION OF BRADFORD J. SANDLER IN SUPPORT OF
APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 328 AND
1103, FED. R. BANKR. P. 2014, AND LOCAL BANKRUPTCY RULE 2014-1,
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 27, 2021**

---

[1]     The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

I, BRADFORD J. SANDLER, declare under penalty of perjury as follows:

1.      I am a partner in the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), with offices located at 780 Third Avenue, 34th Floor New York, NY 10017, and have been duly admitted to practice law in the state of New Jersey.  I am authorized to submit this declaration (the "Declaration") in support of the *Application for Order Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of January 27, 2021* (the "Application").[2]

2.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

## Disclosure of Connections

3.      Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard of section 327(a) of the Bankruptcy Code.  However, Bankruptcy Rule 2014 requires that an application for employment under section 1103 disclose all connections with the Debtors, the estates, the professionals, and the U.S. Trustee.  The Firm, therefore, discloses its known connections herein.

4.      The Firm has made the following investigation of disinterestedness prior to submitting this Declaration.  The Firm has undertaken a full and thorough review of its

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

computer database, which contains the names of clients and other parties interested in particular

matters.  The Firm requires all of its professionals, before accepting the representation of a new

client, or the representation of an existing client in a new matter, to perform a conflicts check

through the Firm's database and to enter conflict information regarding new clients or new

matters into that database.  Thus, a review of said computerized database should reveal any and

all actual or potential conflicts of interest with respect to any given representation.  In particular,

an employee of the Firm, under my supervision, entered the names of creditors and parties in

interest provided by the Debtors, attached hereto as **Schedule 1**, in the Firm's database with

respect to the Firm's conflict check in these Cases.

5.      Based on the results of the Firm's search of its database, it appears that

PSZJ does not hold or represent any interest adverse to and has no connection with the Debtors

herein, their creditors, the U.S. Trustee or any party in interest herein in the matters upon which

PSZJ is to be retained.

6.      PSZJ and its attorneys may represent and, in the future, will likely

represent creditors and other parties in interest of the Debtors in connection with matters wholly

unrelated to the Debtors and these Cases.  At this time, the Firm is not aware of any such

representations other than as set forth above.  If the Firm identifies any further such

representations, the Firm shall make further disclosures as may be appropriate at that time.

7.      Further, PSZJ represented, represents, and, in the future, will likely

represent many committees in matters wholly unrelated to the Debtors and these Cases, whose

members may be creditors and/or Committee members in these Cases.  The Firm, however, is not representing any of those entities in these Cases.

8.     The Firm has represented, represents, and, in the future, will likely represent debtors, creditors' committees, and other parties in cases unrelated to the Debtors and these Cases wherein one or more of the firms or professionals involved in these cases representing the Debtors or other parties-in-interest serve as or will serve as professionals in those other cases.

9.     To the extent applicable, PSZJ is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel, and associates:

(a)     are not creditors, equity security holders or insiders of the Debtors;

(b)     are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interests of the Debtors' estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason, except as disclosed herein.

## Compensation

10.     The Firm has received no retainer from the Debtors or the Committee, nor has the Firm received any payment or promise of payment, during the one-year period prior to the Petition Date on this engagement.  No compensation has been paid or promised to be paid

from a source other than the Debtors' estate in these Cases on this engagement.  No promises have been received by the Firm nor by any partners, of counsel, or associates thereof as to compensation in connection with these Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Cases, except among the partners, of counsel, and associates of the Firm.  Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by the Firm in its representation of the Committee.

11.     Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZJ on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZJ.  The current standard hourly rates for professionals and paralegals presently designated to represent the Committee are:

| | | |
|---|---|---|
| (a) | Partners | $845.00 to $1,695.00 per hour |
| (b) | Counsel | $695.00 to $1,275.00 per hour |
| (c) | Associates | $695.00 to $725.00 per hour |
| (d) | Paralegals | $425.00 to $460.00 per hour |

12.     The hourly rates set forth above are the Firm's standard hourly rates for work of this nature, which are subject to adjustment from time to time.  These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  These rates are subject to periodic adjustments to

reflect economic and other conditions.  It is the Firm's policy to charge its clients in all areas of

practice for all other out-of-pocket expenses incurred in connection with the client's case.  The

expenses charged to clients include, Court filing fees, telephone and telecopier toll and other

charges, mail and express mail charges, special or hand delivery charges, document retrieval,

photocopying and scanning charges, charges for mailing supplies (including, without limitation,

envelopes and labels) provided by the Firm to outside copying services for use in mass mailings,

travel expenses, expenses for working meals, computerized research, transcription costs, as well

as non-ordinary overhead expenses such as secretarial and other overtime.  The Firm will charge

the Committee for these expenses in a manner and at rates consistent with charges made

generally to the Firm's other clients and in accordance with the guidelines set forth in Local Rule

2014-1, and all amendments and supplemental standing orders of the Court.  The Firm believes

that it is more appropriate to charge these expenses to the clients incurring them than to increase

the hourly rates and spread the expenses among all clients.

13.     Subject to Court approval, the Committee is also seeking to retain Kelley

Drye & Warren LLP and FTI Consulting LLP.  PSZJ intends to work closely with all

professionals retained by the Committee to ensure that there is no unnecessary duplication of

services performed or charged to the Debtors' estate.

### <u>Attorney Statement Pursuant to Fee Guidelines</u>

14.     The following is provided in response to the request for additional

information set forth in Paragraph D.1 of the *U.S. Trustee Guidelines for Reviewing Applications*

*for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Case*s (the "Fee Guidelines"), to the extent such Fee Guidelines apply in

these Bankruptcy Cases.

| | |
|---|---|
| **Question**: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| **Response**: | No. |
| **Question**: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Response**: | No. |
| **Question**: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference. |
| **Response**: | Not applicable. |
| **Question**: | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
| **Response**: | As Committee counsel, PSZ&J and Kelley Drye anticipate that the budget for Committee professionals will be governed by the line item set forth for Committee professionals in any order that may be entered approving the *Motion for Interim and Final Orders (I) Authorizing Use of Cash Collateral and Affording Adequate Protection; (II) Modifying Automatic Stay; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 17], subject to any rights that the Committee may have to object if an agreement cannot be reached between the Debtors and the Committee.  The Committee and its professionals reserve all rights to seek approval of Committee professional fees. |

15.     PSZJ intends to make a reasonable effort to comply with the Office of the

United States Trustee's requests for information and additional disclosures as set forth in the Fee

Guidelines, to the extent applicable in these Bankruptcy Cases, both in connection with this

Application and in the interim and final fee applications to be filed by PSZJ in these Bankruptcy

Cases.  As to these Cases and any other case in which PSZJ may be involved, PSZJ reserves all

rights regarding the scope, application, and enforceability of the 2013 UST Guidelines.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  February 24, 2021

/s/ Bradford J. Sandler
Bradford J. Sandler

8

## **Schedule 1**

Entity List

**Debtors**
Christopher & Banks Corporation
Christopher & Banks, Inc.
Christopher & Banks Company

**Equity Holders of 5% or More**
Jonathan Duskin
Macellum Retail Opportunity Fund, L.P.
Cleveland Capital, L.P.

**Current and Former (Last Three Years) Officers and Directors**
Jonathan Duskin
Seth Johnson
Kent Kleeberger (Chair)
William F. Sharpe, III
Allison M. Wing
Keri Jones
Richard Bundy
Rachel Endrizzi
Andrea Kellick
Carmen Wamre

**Debtors' Proposed Professionals**
B. Riley Securities, Inc. f/k/a B. Riley FBR, Inc.
Berkeley Research Group LLC
Cole Schotz P.C.
Dorsey & Whitney LLP
Omni Agent Solutions

**Secured Creditors**
Wells Fargo Bank, N.A.
ALCC, LLC
ReStore Capital, LLC

**20 Largest Unsecured Creditors**
Cache Valley Bank
Kostroma/Jiaxing Mengdi I.E Co.
Presslink Limited
Bluprint Clothing Corp.
Simon Property Group LP
Salesforce.Com Inc
Kostroma/Hangzhou Jiayi Garment Co. Ltd.
GGP Limited Partnership
Letys Fashion Design Inc.
Kostroma/Jiangsu Guotai Huasheng Industrial Co. Ltd.
King Ah Knitting Factory

Tanger Properties Limited Partnership
Fed Ex
Premium Outlet Partners LP
Kostroma/Guotai Huasheng HK
Kostroma/High Hope International Group Newest Appl Corp. Ltd.
C O International Inc.
BPR-FF LLC
CBL & Associates Limited Partnership
Pm&J Llc/Wuxi Jinmao Co.

**United States Bankruptcy Court Judges
 for the District of New Jersey**
Judge Kathryn C. Ferguson, Chief Judge
Judge Rosemary Gambardella
Judge Michael B. Kaplan
Judge Christine M. Gravelle
Judge Andrew B. Altenburg, Jr.
Judge Vincent F. Papalia
Judge John K. Sherwood
Judge Jerrold N. Poslusny, Jr.
Judge Stacey L. Meisel

**US Trustee's Office – Region 3 – District of New Jersey**
Andrew  Vara
Martha Hildebrandt
Adela Alfaro
Michael W. Aponte
Kirsten K. Ardelean
Francyne D. Arendas
Michael Artis
Lauren Bielskie
Peter J. D'Auria
David Gerardi
Ivette Gerhard
Rosemarie Giles
Tia Green
Mitchell B. Hausman
Joseph C. Kern
Daniel C. Kropiewnicki
Maggie McGee
Tina L. Oppelt
Robert J. Schneider, Jr.
Jeffrey Sponder
Fran B. Steele
James Stives
Benjamin Teich

William J. Ziemer

**<u>Landlords</u>**
CBL & Associates Mgmt., Inc. (LNA)
Kirkwood Mall (ND)
Simon Property Group, Inc. (LNA)
Fox River Mall (LNA)
Fox River Mall
Watson Development LLC
Namdar Realty Group
Glimcher Property LP (LNA)
Montclair Center, LLC (LNA)
Urban Retail Properties, LLC (LNA)
Central Mall (KS)
Animas Valley Mall (LNA)
ACF Property Management, Inc.
West Park Mall (MO)
LNR Partners, LLC (LNA)
Layton Ills Mall CMBS, LLC
Greystone Servicing Company LLC
CBRE, Inc., (WV)
The Woodmont Company
The CAFARO Company (LNA)
Lansing Mall (LNA)
Lansing Mall, LLC (MI)
Hill Partners, Inc.
Otshan Properties
Judd Road Group, LLC (LNA)
MFC Beavercreek, LLC
G&I VI Promenade, LLC
PPG Shadow Lake Real Estate LLC
PREP Property Group
Aspen GRF2, LLC
West Acres Development LLP
Fox River Mall (LNA
Fox River Mall
Montclair Center, LLC (LNA)
RPAI Holdco Management LLC
CBRE, Inc. (CO)
CBRE Denver Retail
DDR Aspen Grove Lifestyle Center Properties, LLC
Developers Diversified (LNA1)
Simon Property Group, Inc. – Premium Outlets (LNA)
Legacy Asset Management, LLC
The Legends Outlet
Tanger Properties LP (LNA)

Tanger Management, LLC
Tanger Branson LLC
Craig Realty Group (LNA)
Fortress Investment Group LLC (LNA)
Retail Realestate Consultants
NorthMarq Real Estate Services
Singerman Real Estate, LLC
Avison Young – Atlanta, LLC
COROC/Myrtle Beach LLC
AYA Management Services, LLC
R.K. Getty Corporation
Horizon Group Properties, L.P.
Rockvale Vehicles, LLC
Ed & Ed T. Enterprises, LLC (LNA)
The John P. Hicks Law Firm
Northwest Asset Management
Hartman Simon & Wood LLP
Pigeon River Crossing, LLC
Essex Outlets
Fashion Outlets of Niagara (NY)
Macerich Property Management Company (LNA)
BTCI Limited Partnership
ADCO Outlets LLC
Avison Young – Atlanta, LLC
Lawrence S. Rigie
OVP Management, Inc.
OVP Manaegment, Inc.
David G. McDonough, Esq.
NED New England Development
Goulston & Storrs, PC
Levin Management Corporation
Chiesa Shahinian & Giantomasi PC
The Lightstone Group (LNA)
St. Augustine Outlets (FL)
Natixis Real Estate Capital LLC
Seaside Factory Outlet Center (OR)
Pyramid Management LLC (LNA)
Wind Creek Bethlehem Retail, LLC
Singerman Real Estate LLC
M.S. Management Associates, Inc.
U.S. Properties Group, Inc.
Socora Village Company
MD Management, Inc.
Cole Real Estate Investments
Lakeport Road Investors LLC
RH Johnson Company

Chillicothe Mall, Inc.
Eden Prairie Center (MN)
RockStep Capital
S VAPII Stones River (LNA)
RockStep Janesville, LLC
Greece Ridge, LLC (LNA)
Valley River Center
Village Mall Shopping Center (IL)
Tabani Group
Eastview Mall, LLC
CoolSprings Mall *(TN)
Namco Realty LLC
Stonemar Management LLC
Northpark Mall (IA)
Richland Mall Holdings, LLC
Richland Mall (OH)
Kana Realty Corporation (LL)
General Growth Properties (LNA2)
Glenbrook Square Mall
NADG/SG Riverdale Village LP
NADG/SG Riverdale Village LP (LNA-1)
Northtown Mall (WA)
Gart Companies, Inc.
Berenbaum Weinshienk PC
Zamias Services
Jemal's Boulevard LLC
Tanurb Developments, Inc.
Transwestern (MN)
Fabyanske, Westra, Hart & Thomson PA
Clackamas Town Center (OR)
Bellis Fair Mall Bellis Fair (WA)
Spokane Valley Mall (WA)
Columbia Mall (MO)
Pine Tree Commercial Realty LLC
Birchwood Mall (LNA)
Birchwood Mall LLC (MI)
SouthPark Mall (IL)
Westwood Mall (LNA)
Westwood Mall LLC (MI)
Daspin & Aument LLP
Logan Valley Mall (PA)
Commercial Ventures Inc.
GK Development, Inc. (LMA2)
Mall St. Matthews
Mall of St. Matthews Sales
Prescott Gateway Mall Realty Holding, LLC

Prescott Gateway Mall
Mt. Shasta Mall (LNA)
Mt. Shasta Mall (CA)
Brixmor Property Group, Inc. (Corp.)
Birxmor Property group (LNA) (CA)
Charter Realty Management Corp.
The Prudential Insurance Company of America
Port Charlotte Town Center
Lexington Realty International
Grand Teton Mall (LNA)
Fayette Mall (KY)
Cranberry Mall Properties LLC (LNA)
Cary Towne Center
Tumbridge Equities
RSS WFRB 2011C3-NY OM LLC
Spinoso Real Estate Group LLC
Oakdale Mall (NY)
Mountain Development Corp.
Eastern Hills Mall (NY)
Adar Johnstown LLC
Key Bank Real Estate Capital
River Hills Mall (MN)
Village at Jordan Creek (IA)
Woodbury Corporation
Goodale & Barbieri Company
Wadsworth Development Group
Skyway Regional Shopping Center, LLC (LNA)
Kohan Retail Investment Group
Nittany Nassim LLC
Rivertown Crossing
RiverTown Crossings (MI)
ERSHIG Properties
Mercer Mall (WV)
LaRayne Morvig
Watertown Mall (SD)
Broad Reach Retail Partners LLC
Lloyd Companies
Centennial real Estate Management LLC
Vancouver Mall (WA)
Bayer Properties LLC
The Pinnacle at Turkey Creek (TN)
Kitsap Mall (WA)
Mid Rivers Mall (MO)
Bay City Mall (MI)
University Mall (IL)
Park City Center (PA)

Kalamazoo Mall (LNA)
The Crossroads (MI)
Greenwood Mall (LNA)
Greenwood Mall (KY)
Obsidian XV, LLC
NAI Optimum
Clearview Mall Capital Holding LLC
Security National Master Manager LLC
Coral Ridge Mall
Lamotta Properties
AZZ Real Estate Inc.
BI Jamestown LLC
Radiant Partners LLC
Mall of Abilene (TX)
WS Asset Management Inc.
Pinnacle Hills Promenade (LNA)
Pinnacle Hills Promenade (AR)
Tarragon Property Services LLC
Investco Financial Corporation
Brixton Capital (LNA)
Satterfield Helm Management, Inc.
Stiles Property Management
Time Equities, Inc.
College Square TEI Equities, LLC
Northgate Mall (TN)
Valley Mall (VA)
NAMCO Realty LLC
Eastridge Mall (WY) L.L.C. (LNA)
Grand Traverse Mall (LNA)
Brookfield Properties (R) LLC
ShopCore Properties
Excel Trust LP (LNA-1)
Liberty University
River Ridge Mall (VA)
Magic Valley Mall (ID)
Washington Park Mall
Hamilton TC, LLC (LNA)
Midland Mall (MI)
Midland Mall Realty Holding LLC
The Arboretum (IL)
Core Commercial, Inc.
Carson Development, Inc.
Elkhart Holdings, LLC
Superstition Springs Center (AZ)
Durango Mall (CO)
Rathbun Properties

Arrowhead Towne Center (AZ)
Capital Real Estate Services LLC
Poag Shopping Centers LLC
The Shops at Perry Crossing (IN)
Rockstep Christiansburg LLC
New River Valley Mall (VA)
Salem Center
Rialto Capital Advisors LLC
Marquis Aurbach Coffing
Pinnacle North IV, LLC
Aldenwood Mall (WA)
Wldenwood Mall
Real Estate Development and Investment Company (REDICO)
Property Managers, LLC
Washington Prime Management Associates LLC
Eastland Mall (IL)
Southgate Mall (MT)
KRE Colonie Owner LLC
Colonie Center
Garden City Plaza LLC
Arnot Mall (NY)
Sayles & Evans
Chase Properties Ltd.
GJ Realty
BEK Developers LLC
Chase Properties Ltd.
Washington Square LP
Washington Square Limited Partnership (LNA)
CBRE, Inc. (MN)
Beaver Valley Mall (PA)
DP Management LLC
Monument Mall (NE)
Midwest Holdings LLC
Winona Mall LLC
Dial Escanaba Mall 1, LP
Pueblo Mall (CO)
Renaissance Partners I, LLC (LNA)
Midland Management LLC
Rotterdam Square (NY)
U.S. Retail Partners LLC (LNA)
The Hutensky Group LLC (LNA)
USPG Portfolio Two, LLC
Sooner Fashion Mall (LNA)
Stroud Mall
Pine Ridge Mall JC, LLC (LNA)
Towne Mall Center

KeyPoint Partners
Rural King Realty LLC
Sawnee Mall (OK)
StreetMac LLC
Timm & Garfinkel LLC
Trigild IVL, LLC (Receiver)
M&J Wilkow
The Davis Companies
Streets of Cranberry
Dubois Mall
Volusia Mall (FL)
Quail Springs Mall (LNA)
Colonial Properties Trust (LNA)
Fashion Place (UT)
West Lakes P&S LLC (LNA)
Belden Village Mall (OH)
PREIT Services, LLC (LNA-2)
Valley Mall (MD)
Valley Mall (WI)
Yorktown Center (IL)
YTC Mall Owners, LLC (LNA)
Boise Towne Square (ID)
Northfield Square Mall (IL)
St. Clair Square
McKinley Mall (NY)
Branson Landing
HCW Private Development, LLC
York Galleria (PA)
Gateway Mall (NE)
Meyers, Roman, Friedberg & Lewis
Dakota Square Mall
Apache Mall
Crossroads Center (MN)
Quincy-Cullinan, LLC (LNA)
SM Eastland Mall, LLC
Oakwood Mall
Honey Creek Investment, LLC (LNA)
Honey Creek Investments, LLC
W-PT Metro Center Owner VIII, LLC
South Towne Management, LLC (UT)
Great Northern Mall (NY)
Kandi Mall (MN)
Foothills Mall Equities LLC
Jeffrey R. Anderson Real Estate, Inc.
Dinsmore & Shohi LLP
Rogue Valley Mall

Denny Elwell Company LC
Ramco Gershenson Inc.
Cushman & Wakefield U.S. Inc. (LNA)
RC Muir Management LLC
Marketplace Associates, LLC
PR Capital City LP (LNA)
1125 East Johnson LLC
Conway MacKenzie
Dykema Gosset PLLC
DLC Mgmt Corporation
RPT Realty L.P.
Old Vine Management Group, Inc.
Streets of Tanasbourne, LLC
RREEF Management Company (LNA)
Westland Mall Realty LLC
East Towne Mall (WI)
Rockstep Hutchinson, LLC
Crain. Caton & James
Chase Enterprises

**<u>Utilities</u>**
Montana-Dakota Utilities
Wisconsin Public Service
Alliant Energy WPL
Alliant Energy IPL
MidAmerican Energy Company
Omaha Public Power District
Metropolitan Utilities District
WE Energies
Kentucky Power Company
Columbia Gas of Kentucky
Shenandoah Valley Electric Cooperative
Washington Gas
Duke Energy
Evergy
Ameren Missouri
Rocky Mountain Power
North Indiana Public Service Company
Indiana Michigan Power
Vectren Energy Delivery
Jackson Purchase Energy Corporation
Consumers Energy
Toledo Edison
Direct Energy Business
Columbia Gas of Ohio
National Grid

Dayton Power and Light
City of Loveland, CO
Xcel Energy
Black Hills Energy
Spire Energy
Cass County Electric Cooperative
Wright-Hennepin Cooperative Electric
Centerpoint Energy
Penn Power
Liberty Utilities - Empire District
Empire District Electric Co.
East Central Energy
Minnesota Energy Resources Corporation
OG&E
Oklahoma Natural Gas Company
TIP Rural Electric Cooperative
Ameren Illinois
Tanner Electric Cooperative
Middle Tennessee Electric Membership Corp.
Santee Cooper
Pacific Power
City of Centralia, WA
Puget Sound Energy
Lorain-Medina Rural Electric Cooperative Inc.
Steele Waseca Cooperative Electric
DTE Energy
Liberty Utilities - New Hampshire
NYSEG
PPL Electric Utilities
UGI South
Portland General Electric
NW Natural Gas
Shelby Energy Coop
LG&E
Cascade Natural Gas
Arizona Public Service Electric
Sevier County Electric System
Green Mountain Power Corporation
Vermont Gas Systems
Town of Smithfield, NC
Florida Power and Light Company
Central Maine Power Co.
Eastern Propane & Oil
New Hampshire Electric Co-op
Dominion Energy North Carolina
Eversource

Dominion Energy Virginia
Virginia Natural Gas
Entergy
Centerpoint Energy
Sevier County Utility District
Jackson EMC
TXU Energy
Atmos Energy
Delmarva Power
Sandpiper Energy Inc.
North Georgia EMC
Scana Energy
Lehi City, UT (Lehi City Corporation)
Dominion Energy
Gaffney Board of Public Works
Intermountain Rural Electric Association
UGI North (UGI Penn Natural Gas Inc.)
Evergy
Kansas Gas Service
American Electric Power
Appalachian Power
Benton PUD
Grand Rapids Public
Utilities Commission
Avista Utilities
The Illuminating Company
Northern Electric Cooperative
NorthWestern Energy
Eugene Water & Electric Board
RG&E
Nashville Electric Service
Piedmont Natural Gas
Ohio Edison
Connexus Energy
City of Fort Collins, CO
National Fuel
West Penn Power
Semco Energy
Lincoln Electric System
Polaris Energy Services
Suburban Natural Gas Company
Energy West - Montana
Sacramento Municipal Utility District (SMUD)
PG&E
KU a PPL company
BGE

Dominion Energy Ohio
Columbia Gas of Pennsylvania
MonPower
Dominion Energy West Virginia
Flathead Electric Co-Op
Penelec
Cardinal Natural Gas
Otter Tail Power Company
Watertown Municipal Utilities Department (SD)
City of Concord, NC
Sioux Valley Energy
Clark Public Utilities (WA)
Lenoir City Utilities Board
Knoxville Utilities Board (KUB)
ComEd
City of Naperville, IL
Nicor Gas
Memphis Light Gas and Water
Dead River Company
Carroll Electric Cooperative
Douglas County PUD
Provo City Utilities (UT)
City of St. George, UT
Dominion Energy South Carolina
EPB Electric Power
Harrisonburg Electric Commission
Columbia Gas of Virginia
Madison Gas and Electric
Idaho Power
Intermountain Gas Company
Public Service Company of Oklahoma
La Plata Electric Association Inc.
Bristol Tennessee Essential Services
Snohomish County PUD
The Energy Cooperative OH
Brightridge
Southern Pioneer Electric Company
Northeast Ohio Natural Gas
City of Detroit Lakes, MN
Dakota Electric Association
Duquesne Light Company Payment Processing Center 10
City of Duluth Comfort Systems MN

Brainerd Public Utilities (MN)
Nebraska Public Power District
Hutchinson Utilities Commission
Marshall Municipal Utilities MN
Marshfield Utilities
City of Petoskey, MI
Lansing Board of Water & Light
Loup Power District
Richmond Power & Light
KU a PPL company
Potomac Edison
Met-Ed
Verendrye Electric Cooperative
Kenergy Corporation
Midwest Energy Inc.
City of Maryville Utilities
AT&T Mobility
CDW Direct LLC
Verizon
Verizon Wireless
A-1 Sanitation & Recycling
Abe's Trash Service Inc.
Ace Solid Waste Inc.
Advanced Disposal Services
Allstate Service Group
Area Disposal Service Inc.
Art's Garbage Service
Aspen Waste Systems Inc.
B and B Sanitation
Beltrami County Solid Waste
Bliss Environmental Services Inc.
Brask Enterprises Inc.
Burgmeier's Hauling Inc.
Chitty Garbage Service Inc.
City of Bristol, TN
City of Daytona Beach, FL
City of Garden City, NY
City of Helena, MT
City of Scottsbluff, NE
Complete Solutions Sourcing Inc.
Corporate Services Consultants LLC
Cox Sanitation & Recycling Inc.
Deep Green Waste and Recycling LLC
Delta Disposal
Virginia Department of Public Utilities (MN)
Disposal Management Services Inc.

E L Harvey & Sons Inc.
East Coast Rubbish Removal
Envirotech Waste Services
Epax Systems Inc.
Feher Rubbish Removal Inc.
GFL Environmental
Green Waste Mall Services
Holt & Sons Sanitation
Howard's Disposal Inc.
Howie's Trash Service
Ideal Refuse Removal
IEM Inc.
Jamestown Water Dept.
Keter Environmental Services Inc.
Malcom Enterprises Inc.
Metro Waste Services Co.
Mid-Nebraska Disposal
Moorhead Public Service (MN)
Fountain Hills Sanitation District
Olympic IV Mall Services
Pellitteri Waste Systems
Precision Waste Solutions LLC
Quality Waste
Ray's Refuse Service
Republic Services
Rumpke
RWS Facility Services
Sanitation Service Inc.
Schaben Sanitation
St. Clair Services Inc.
Stewart Sanitation
Stone Sanitation
Sustainable Solutions Group LLC
The Great American Disposal Company
The William Thomas Group Inc.
The O'Keefe Group ("TOG") West
U & I Sanitation Service
Uribe Refuse Services Inc.
Waste Connections of KS Inc.
Waste Connections of NE Inc.
Waste Connections of PA
Waste Industries
Waste Management
WCA Waste Systems Inc.
West Central Sanitation Inc.
Alexandria Light and Power (MN)

Altoona Water Authority
Ames Municipal Utilities (IA)
Aqua Illinois
Aqua Ohio Inc.
Aqua Pennsylvania Inc.
Ashwaubenon Water & Sewer
Auburn Water District - ME
Bangor Water District - ME
Bay County Dept. of Water & Sewer (MI)
Belmont County Sanitary
Big Flats Water Dept. (NY)
Blackman Charter Township
Bradley Public Service District (WV)
Brodhead Creek Regulatory Authority
Carbondale Water & Sewer (IL)
Caseyville Township Sewer
Center Township Water Authority (PA)
Charlotte County Utilities
City of Adrian, MI
City of Alton, IL
City of Apple Valley, MN
City of Baxter, MN
City of Bloomington, MO
City of Bridgeport, WV
City of Brookfield, WI
City of Cape Girardeau, MO
City of Columbia, SC
City of Columbus Water
City of Decorah, IA
City of Derby, KS Utilities
City of Devils Lake, ND
City of Dubuque, IA
City of Effingham, IL
City of Fargo, ND Utilities
City of Fond du Lac, WI
City of Hays, KS
City of Hermitage, PA
City of Idaho Falls, ID
City of Janesville, WI
City of Kearney Util. Dept.
City of Kennewick, WA
City of Kokomo, IN Wastewater Utility
City of Lancaster, PA
City of Lancaster Water
City of Liberal, KS
City of Lima Utilities (OH)

City of Logan, UT
City of Lynnwood, WA
City of Mattoon, IL
City of Moscow, ID
City of Nampa, ID
City of Niles, OH
City of Norfolk, NE
City of North Canton, OH
City of Oak Park Heights, MN
City of Oshkosh, WI
City of Peru, IL
City of Pierre, SD
City of Plymouth
City of Puyallup Utilities (WA)
City of Quincy, IL
City of Sterling, IL
City of Terre Haute Sewer (OK)
City of Vienna, WV
City of Westminster, MD
City of Yankton, SD
City Treasurer of Madison, WI
City Utilities of Springfield, MO
College Township Water Authority (PA)
Connecticut Water Co
Council Bluffs Water Works
Delta Charter Township Water
Edinburgh Municipal Utilities
Elizabethtown Gas (KY)
Elizabethtown Water & Gas (KY)
Erie County Sewer & Water
Erie Water Works
Forest Hills Municipal
Fort Dodge Water Dept. (IA)
Fruitland Mutual Water Co.
Grand Island Utilities
Greater Augusta Utility District
Green Bay Water Utility
Green Oak Charter
Green Valley Glenwood PSD
Greene Township Municipal
Guilford Water Authority
Hermitage Sewer
Highland Sewer & Water Authority
Hixson Utility District
Hampton Roads Sanitation District
Hummels Wharf Municipal Authority (PA)

Illinois American Water
Indiana American Water
Jackson Water Collection
Jamestown City Treasurer
Johnson City Municipal Services
Johnson City Utility System
Kansas City Board of Public Utilities
Kentucky American Water
Lake County Dept. of Utilities
Lycoming County Water and Sewer Authority
Lexington-Fayette Urban County Government
Louisville Water Company
Marshalltown Water Works
Maryland American water
Mishawaka Utilities (IN)
Muncie Sanitary District
Municipal Authority of Westmoreland County
Municipal Light & Water (North Platte, NE)
Newport News Waterworks
North Coventry Municipal
North Coventry Water Authority
O'Fallon Water & Sewer Department
Paducah Water Works
Palmetto Utilities Inc.
Pea Ridge Public Service Dist.
Pennsylvania American Water
Public Works & Utilities (Wichita, KS)
Rice Lake Utilities (WI)
Richmond Sanitary District
Roats Water System Inc.
Saginaw Charter Township Expense
Shelby Township Dept. of Public Works
Spencer Municipal Utilities (IA)
Stroud Township SWR Authority
Suez Water Delaware
Town of Big Flats Code Enforcement
Trumbull County Water and Sewer
Utility Billing Services
Utility Recovery Systems Inc.
Village of Birch Run
Village of Radley
Village of Forsyth, IL
Village of Germantown, WI
Village of Lombard, IL
Village of Plover, WI
Waterloo Water Works

Wausau Water Works
West Virginia American Water
Willmar Municipal Utilities (MN)
Wooster City Services (MI)
 Youngstown Water Dept. (OH)
CenturyLink
Intrado Enterprise Collaboration Inc.
Premiere Global Services
West Unified Communications Services Inc.
Comm Works LLC
Granite Telecommunications LLC
AT&T
Netfortris
Comcast
Georgia Natural Gas
Sawnee Electric Membership
Blue Ridge Electric Membership Corp.
Georgia Power Company
Mufreesboro Electric Dept. (TN)
Pacific Gas and Electric
Yankee Gas Services Co.
Energyworks Lancaster LLC
Liberty Utilities
City of Dover, DE
City of Garden City, MO
Suburban Propane
Citizens Gas Fuel Company
Irving Energy

**Cash Management Banks**
Wells Fargo
JPMorgan Chase
Sunflower Bank
US Bank
KeyBank
Fifth Third Bank
United Bank
Regions Bank
PNC Bank
Branson Bank
First Financial Bank
Bank of Wisconsin Dells
Neighborhood National Bank
All America Bank (Formerly with Arvest)
TNB Bank
Wilson Bank & Trust

The Huntington National Bank
Badger Bank
First State Bank of Red Wing
Northway Bank
Five Star Bank
Commonwealth Bank & Trust Company
Glens Falls National Bank and Trust Company
Flagstar Bank
NBT Bank
Citizens Bank
Arvest
BBT Bank
South State Bank
Pinnacle Bank
Commerce Bank
Bank of America
City National Bank
BMO Harris Bank
First National Bank & Trust
CIBM Bank
Hometown National Bank
M&T Bank
Orrstown Bank (formerly First Community Bank)
Webster Bank
Commercial Savings Bank
F&M Bank & Trust
First National Bank
Wes Banco Inc.
Midland States Bank
Bank of the West
Hawthorn Bank
Chemung Canal Trust Company
Equity Bank
Trustco Bank
People's United Bank
Citizens National Bank
First Bankers Trust Company
Park National Bank
CenterState Bank
Coreplus Credit Union
First Horizon Bank

## **<u>Employee Benefit Providers</u>**

ADP, LLC
Wells Fargo
Mercer Health & Benefits LLC

BenefitFocus.com, Inc.
Blue Cross Blue Shield of Minnesota
MDX Medical, Inc. (d.b.a. Sapphire Digital)
Delta Dental of Minnesota
Vision Service Plan (VSP)
DRT Benefits Corp. dba 121 Benefits
Standard Insurance Company
Metropolitan Life Insurance Company
Crum & Forster – The North River Insurance Company (United States Fire Insurance Company)
Liberty Mutual Insurance Company
Sentry Insurance Company
Chubb Insurance
Travelers Insurance Company
Ohio Bureau of Workers' Compensation
North Dakota Workforce Safety & Insurance
State of Wyoming Department of Workforce Services, Division of Workers' Compensation
Washington State Department of Labor and Industries
MetLife Group Legal Plan
Fidelity Management Trust Company
Mercer Investment Consulting, Inc.
Meyer Hoffman McCann
CBIZ

**Customer Programs/Payment Processors**
Comenity Bank f/k/a World Financial Network Bank
Paypal, Inc.
WorldPay, LLC f/k/a Vantiv, LLC
Fifth Third Bank

**Other General Unsecured Creditors and Parties-in-Interest**
Automotive Rentals, Inc.
ARI Fleet LT
Avalera, Inc.
Enterprise FM Trust
Enterprise Fleet Management, Inc.
ExxonMobil
Nissan North America, Inc.
WEX BANK Company
Comenity Bank f/k/a World Financial Network Bank
Comenity LLC
Paypal, Inc.
WorldPay, LLC f/k/a Vantive, LLC
Fifth Third Bank

**Insurance Carriers**
Affiliated FM Insurance Company

Endurance Risk Solutions Assurance Co.
CNA / Continental Casualty Company
XL Specialty Insurance Company
Beazley Group / Syndicate 2623/623 at Lloyd's
AIG Specialty Insurance Company
Liberty Mutual Insurance/Ohio Casualty Insurance Company
CNA Commercial Insurance a/k/a The Continental Insurance Company
North River Insurance Company United States Fire Insurance Company
AXIS Insurance Company
U.S. Specialty Insurance Company (Tobio Marine HCC)
Travelers Property Casualty Co. / The Travelers Indemnity Company
Willis Towners Watson Midwest, Inc.
AFCO Credit Corporation
International Fidelity Insurance Company a/k/a IFIC
Harco National Insurance Company
Allegheny Casualty Company
CNA Paramount

## **EXHIBIT B**

**Declaration of Committee Chair**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Steven W. Golden, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        plabov@pszjlaw.com
        sgolden@pszjlaw.com

and

James S. Carr, Esq.
Dana P. Kane, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email:  jcarr@kelleydrye.com
        dkane@kelleydrye.com

*Proposed Co-Counsel to the Official*
*Committee of Unsecured Creditors*

In re:

CHRISTOPHER & BANKS CORPORATION, *et al.*,[1]

Debtors.

Case No.:  21-10269 (ABA)
Chapter:   11
Judge:     Andrew B. Altenburg, Jr.
           Jointly Administered

**DECLARATION OF COMMITTEE CHAIR IN SUPPORT OF
APPLICATION FOR ORDER PURSUANT TO 11 U.S.C. §§ 328 AND
1103, FED. R. BANKR. P. 2014, AND LOCAL BANKRUPTCY RULE 2014-1,
AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 27, 2021**

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

Ronald Tucker declares under penalty of perjury as follows:

1.      I, Ronald Tucker, am Vice President/Bankruptcy Counsel of Simon Property Group, Inc. ("Simon").   Simon was elected Chair of the Official Committee of Unsecured Creditors (the "Committee") appointed in the bankruptcy cases (the "Cases") of Christopher & Banks Corporation, *et al.* (collectively the "Debtors").   I am an authorized representative of Simon and am authorized to submit this declaration (the "Declaration") on behalf of the Committee in support of the *Application for Order Pursuant to 11 U.S.C §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of January 27, 2021* (the "Application") on behalf of the Committee.[2]

## The Committee's Selection of PSZ&J as Counsel

2.      Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") is proposed to serve as counsel to the Committee.  The Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.  The review process utilized by the Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

3.      On January 26, 2021, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee consists of the

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

following seven (7) members: (i) Brookfield Properties Retail, Inc.; (ii) Bluprint Clothing Corp.;

(iii) Federal Express Corporate Services, Inc.; (iv) Hangzhou Jiayi Garment Co., Ltd; (v) JiaXing

Mengdi Import and Export Co., Ltd.; (vi) Simon Property Group, Inc.; and (vii) Washington

Prime Group Inc. *See Notice of Appointment of Official Committee of Unsecured Creditors*

[Docket No. 118].

      4.     The Committee will work with PSZJ and Kelley Drye to minimize the

duplication of the legal services provided to the Committee by each firm and meet the scope of

the services for which each firm is retained to provide.

      5.     On January 27, 2021, the Committee voted to retain PSZJ as its lead

counsel along with Kelley Drye & Warren LLP ("Kelley Drye") as its New Jersey counsel,

subject to Court approval.  The Committee is advised that PSZJ and Kelley Drye will work

closely together in providing services to the Committee, and will make every effort not to

duplicate services for the Committee.  In addition to PSZJ and Kelley Drye, the Committee

considered several other law firms as counsel.  The Committee believes that PSZJ's and Kelley

Drye's extensive experience in corporate reorganizations, both out-of-court and under chapter 11

of the Bankruptcy Code, makes them well qualified to represent the Committee in these Cases in

an efficient and timely manner.  Thus, the Committee decided to retain PSZJ and Kelley Drye as

the Committee's counsel during these chapter 11 cases.

## Rate Structure

      6.     In my capacity as Chair and authorized representative of the Committee, I

am responsible, along with the other committee members, for supervising counsel.  PSZJ has

informed the Committee that its rates are consistent between bankruptcy representations, including related transactional and litigation services. PSZJ has informed the Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon. The Committee has been informed that the Firm does not have different billing rates and terms for non-bankruptcy engagements.

### Cost Supervision

7.      The Committee will approve any prospective budget and staffing plan that may be filed by PSZJ prior to it being filed, recognizing that, in the course of a large chapter 11 case like these Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Committee and PSZJ. The members of the Committee further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Committee's expectations and the exigencies of the Cases. The Committee will continue to review the invoices that PSZJ regularly submits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct to the best of my knowledge and belief.

Dated: February 22, 2021

**THE OFFICIAL COMMITTEE OF CHRISTOPHER & BANKS CORPORATION,** *et al.*

Simon Property Group, Inc.
By:  Ronald M. Tucker

Solely in its capacity as Chair of the Official Committee of Unsecured Creditors of Christopher & Banks Corporation, *et al.*, and not in any other capacity

## **EXHIBIT C**


## **Proposed Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Steven W. Golden, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
          rfeinstein@pszjlaw.com
          plabov@pszjlaw.com
          sgolden@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email:  jcarr@kelleydrye.com
          dkane@kelleydrye.com

*Proposed Co-Counsel to the Official*
*Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, *et al.*,[1]<br><br>Debtors. | Case No.:  21-10269 (ABA)<br>Chapter:    11<br>Judge:      Andrew B. Altenburg, Jr.<br>            Jointly Administered |

**ORDER AUTHORIZING AND APPROVING THE RETENTION OF
PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 27, 2021**

The relief set forth on the following pages, numbered two (2) through and including three

(3), is hereby **ORDERED**.

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

Page:     2
Debtors:  RTW Retailwinds, Inc., et al.
Case No.: 20-18445 (JKS)
Caption:  Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones
          LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of
          January 27, 2021

---

Upon consideration of the *Application for Order Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of January 27, 2021* (the "Application");[2] and upon consideration of the Declarations of Bradford J. Sandler and the Committee Chair filed in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; and the Committee having provided adequate and appropriate notice of the Application under the circumstances; and after due deliberation and good and sufficient cause appearing therefor; and it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Official Committee of Unsecured Creditors (the "Committee") is hereby authorized to retain and employ PSZJ as counsel to the Committee effective as of January

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:    3
Debtors:  RTW Retailwinds, Inc., et al.
Case No.:  20-18445 (JKS)
Caption:  Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones
LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of
January 27, 2021

---

27, 2021.  PSZJ's address is:  Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

3. PSZJ shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.

4. PSZJ is authorized to render professional services to the Committee as described in the Application.  PSZJ shall make reasonable efforts to avoid unnecessary duplication of services provided by any of the Committee's other retained professionals in these Cases.

5. PSZJ shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee before any increases in the rates set forth in the Application or Sandler Declaration and shall file such notice with the Court.

6. The Committee and PSZJ are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.