**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: <u>CHRISTOPHER & BANKS CORPORATION, *et al.*[1]</u> | APPLICANT: <u>Pachulski Stang Ziehl & Jones LLP</u> |
| CASE NO.: <u>21-10269 (ABA)</u> | CLIENT: <u>Official Committee of Unsecured Creditors</u> |
| CHAPTER: <u>11</u> | CASE FILED: <u>January 13, 2021</u> |

---

**SECTION I**
**FEE SUMMARY**

---

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $0.00 | $0.00 |
| Total Fees Allowed To Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback to Date (If Applicable) | $0.00 | $0.00 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Feinstein, Robert J. | 1982 | Partner / Bankruptcy | 19.50 | $1,395.00 | $27,202.50 |
| Litvak, Maxim B. | 1997 | Partner / Bankruptcy | 6.50 | $1,125.00 | $7,312.50 |
| Labov, Paul J. | 2002 | Partner / Bankruptcy | 2.60 | $1,095.00 | $2,847.00 |
| Brandt, Gina F. | 1976 | Counsel / Bankruptcy | 3.30 | $950.00 | $3,135.00 |
| Robinson, Colin R. | 2001 | Counsel / Bankruptcy | 12.10 | $925.00 | $11,192.50 |
| Golden, Steven W. | 2015 | Associate / Bankruptcy | 26.80 | $725.00 | $19,430.00 |
| Canty, La Asia S. | N/A | Paralegal / Bankruptcy | 8.60 | $460.00 | $3,956.00 |
| **Total Fees** | | | **79.40** | | **$75,075.50** |
| **Blended Rate** | | | | **$945.54** | |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $75,075.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $    245.24 |
| TOTAL FEE APPLICATION | $75,320.74 |
| MINUS 20% HOLDBACK | $15,015.10 |
| AMOUNT SOUGHT AT THIS TIME | $60,305.64 |

### SECTION II - SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis/Recovery | 0.30 | $418.50 |
| Asset Disposition | 16.10 | $15,651.50 |
| Case Administration | 4.80 | $3,903.50 |
| Claims Admin/Objections | 0.10 | $139.50 |
| Financing | 31.50 | $31,259.50 |
| General Creditors Committee | 13.80 | $11,257.00 |
| Hearing | 1.80 | $2,417.00 |
| PSZ&J Retention | 7.50 | $5,146.50 |
| Retention of Professionals | 3.50 | $4,882.50 |
| **TOTAL:** | **79.40** | **$75,075.50** |

### SECTION III - SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| Conference Call - Loop Up | $158.42 |
| Working Meals | $86.82 |
| **TOTAL DISBURSEMENTS** | **$ 245.24** |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2021                      _/s/ Bradford J. Sandler_
                                            Bradford J. Sandler

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Steven W. Golden, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        rfeinstein@pszjlaw.com
        plabov@pszjlaw.com
        sgolden@pszjlaw.com
and

James S. Carr, Esq.
Dana P. Kane, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email: jcarr@kelleydrye.com
        dkane@kelleydrye.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, et al.,[1]<br><br>Debtors. | Case No.: Case No. 21-10269 (ABA)<br>Chapter: 11<br>Judge: Andrew B. Altenburg, Jr.<br>Jointly Administered |

**FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR THE PERIOD OF JANUARY 27, 2021 THROUGH FEBRUARY 28, 2021**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

| | |
|---|---|
| Name of applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Effective Date of Retention | January 27, 2021 |
| Period for Which Compensation and Reimbursement is Sought: | January 27, 2021 – February 28, 2021 |
| Compensation Sought as Actual, Reasonable and Necessary for Statement Period | $75,075.50 |
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary During Statement Period | $    245.24 |
| Objection Deadline | April 8, 2021 |
| Amount Payable After Objection Deadline (80% of fees, 100% of expenses): | $60,305.64 |

In accordance with the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-3 and the Court's *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* entered on February 8, 2021 [Docket No. 190] (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession, submits this First Monthly fee statement (the "First Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred for the period from January 27, 2021 through February 28, 2021 (the "Statement Period"). By this First Monthly Fee Statement, PSZJ seeks payment in the amount of $60,305.64, which is comprised of (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Statement Period and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

Annexed hereto are (i) a copy of PSZ&J's retention order as **Exhibit A** [Docket No. 302]

and (ii) contemporaneously-maintained time and expense records for the services rendered during

the Statement Period as **Exhibit B**.

## TIME SUMMARY BY BILLING CATEGORY
For the Period of January 27, 2021 through February 28, 2021

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Asset Analysis/Recovery | 0.30 | $418.50 |
| Asset Disposition | 16.10 | $15,651.50 |
| Case Administration | 4.80 | $3,903.50 |
| Claims Admin/Objections | 0.10 | $139.50 |
| Financing | 31.50 | $31,259.50 |
| General Creditors Committee | 13.80 | $11,257.00 |
| Hearing | 1.80 | $2,417.00 |
| PSZ&J Retention | 7.50 | $5,146.50 |
| Retention of Professionals | 3.50 | $4,882.50 |
| **TOTAL:** | **79.40** | **$75,075.50** |

## TIME SUMMARY BY PROFESSIONAL
For the Period of January 27, 2021 through February 28, 2021

| NAME OF PROFESSIONAL | YEAR ADMITTED | TITLE/DEPARTMENT | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| Feinstein, Robert J. | 1982 | Partner / Bankruptcy | 19.50 | $1,395.00 | $27,202.50 |
| Litvak, Maxim B. | 1997 | Partner / Bankruptcy | 6.50 | $1,125.00 | $7,312.50 |
| Labov, Paul J. | 2002 | Partner / Bankruptcy | 2.60 | $1,095.00 | $2,847.00 |
| Brandt, Gina F. | 1976 | Counsel / Bankruptcy | 3.30 | $950.00 | $3,135.00 |
| Robinson, Colin R. | 2001 | Counsel / Bankruptcy | 12.10 | $925.00 | $11,192.50 |
| Golden, Steven W. | 2015 | Associate / Bankruptcy | 26.80 | $725.00 | $19,430.00 |
| Canty, La Asia S. | N/A | Paralegal / Bankruptcy | 8.60 | $460.00 | $3,956.00 |
| **Total Fees** | | | **79.40** | | **$75,075.50** |
| **Blended Rate** | | | | **$945.54** | |

-3-

**EXPENSE SUMMARY**
For the Period of January 27, 2021 through February 28, 2021

|  | AMOUNT |
|---|---|
| Conference Call - Loop Up | $158.42 |
| Working Meals | $86.82 |
| **TOTAL DISBURSEMENTS** | **$ 245.24** |

## DESCRIPTION OF SERVICES PERFORMED DURING THE STATEMENT PERIOD

During the Statement Period, the Firm, among other things:

➢ maintained and updated task lists and memorandum of critical dates;

➢ drafted memoranda to the Committee summarizing pleadings filed;

➢ participated on Committee calls regarding various case issues;

➢ reviewed and analyzed the bid procedures motion, asset purchase agreement, proposed bidding procedures, and exhibits, and conferred and corresponded with various parties regarding issues with respect to the same;

➢ revised the proposed bidding procedures, proposed order and revisions thereto, exhibits, and conferred and corresponded with various parties regarding the same;

➢ conferred and corresponded with parties regarding the Hilco bid and various issues with respect thereto;

➢ reviewed FTI's analysis of the sale motion, Hilco bid and bidding procedures, and conferred and corresponded with parties regarding the same;

➢ reviewed and analyzed the cash collateral motion, prepared a list of issues, and conferred and corresponded with parties regarding various issues with respect thereto;

➢ drafted an objection to the cash collateral motion;

➢ engaged in settlement discussions with respect to the final cash collateral order;

➢ reviewed and analyzed the Debtors' loan documents;

➢ coordinated lien searches, conducted review and analysis of same, and drafted a summary with respect thereto;

➢ prepared its retention application; and

➢ prepared for and participated in Court hearings.

## NOTICE AND OBJECTION PROCEDURES

Notice of this First Monthly Fee Statement shall be given by email or hand or overnight delivery upon: (i) the Debtors , 2400 Xenium Lane North, Plymouth, Minnesota 55441 (Attention Keri L. Jones, President and CEO); (ii) counsel to the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ (Attention: Michael D. Sirota, Esq., Felice Yudkin, Esq., Jacob S. Frumkin, Esq., Matteo W. Percontino, Esq., and Rebecca W. Hollander, Esq.); (iii) The Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, NJ 07102 (Attention: Attn: Jeffrey M. Sponder, Esq. and Lauren Bielskie, Esq.); (iv) counsel for the Debtors' pre-petition secured lenders, Riemer & Braunstein LLP, Times Square Tower, Suite 2506, Seven Times Square, New York, New York 10036 (Attn: Steven E. Fox, Esq.); and (v) all parties that have requested to receive notice pursuant to Bankruptcy Rule 2002 (each a "Notice Party" and collectively, the "Notice Parties").

Objections to this First Monthly Fee Statement, if any, must be served upon the Notice Parties, and Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Bradford J. Sandler, Esq. and Robert J. Feinstein, no later than **April 12, 2021** (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.  If no objections to this First Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay PSZJ 80% of the fees and 100% of the expenses identified in this First Monthly Fee Statement.

## **RESERVATION OF RIGHTS**

It is possible that some professional time expended or expenses incurred by PSZJ during the Statement Period are not reflected in this Application.  PSZJ reserves the right to include such amounts in future fee applications.


Dated:  March 29, 2021

*/s/ Bradford J. Sandler*

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: bsandler@pszjlaw.com
         plabov@pszjlaw.com
         crobinson@pszjlaw.com

-and-

KELLEY DRYE & WARREN LLP
James  S. Carr, Esq.
Dana P. Kane, Esq.
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:  (973) 503-5900
Facsimile: (973) 503-5950
Email: jcarr@kelleydrye.com
         dkane@kelleydrye.com

*Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

## PSZJ RETENTION ORDER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Steven W. Golden, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
       rfeinstein@pszjlaw.com
       plabov@pszjlaw.com
       sgolden@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email:  jcarr@kelleydrye.com
        dkane@kelleydrye.com

*Proposed Co-Counsel to the Official
Committee of Unsecured Creditors*

**Order Filed on March 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

CHRISTOPHER & BANKS CORPORATION, *et al.*,[1]

Debtors.

Case No.:   21-10269 (ABA)
Chapter:    11
Judge:      Andrew B. Altenburg, Jr.
            Jointly Administered

### ORDER AUTHORIZING AND APPROVING THE RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 27, 2021

The relief set forth on the following pages, numbered two (2) through and including three

(3), is hereby **ORDERED**.

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**DATED: March 4, 2021**

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

Page:      2
Debtors:   Christopher & Banks Corp.
Case No.:  21-10269 (ABA)
Caption:   Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones
           LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of
           January 27, 2021

---

Upon consideration of the *Application for Order Pursuant to 11 U.S.C. §§ 328 and 1103,*

*Fed. R. Bankr. P. 2014, and Local Rule 2014-1, Authorizing and Approving the Employment*

*and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of*

*Unsecured Creditors Effective as of January 27, 2021* (the "Application");[2] and upon

consideration of the Declarations of Bradford J. Sandler and the Committee Chair filed in

support of the Application; and the Court having jurisdiction to consider the Application and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the Court having the power

to enter a final order consistent with Article III of the United States Constitution; and this matter

being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this

District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the

Application is in the best interests of the Debtors' estates, its creditors and other parties-in-

interest; and the Committee having provided adequate and appropriate notice of the Application

under the circumstances; and after due deliberation and good and sufficient cause appearing

therefor; and it appearing to the Court that the Application should be approved,

## IT IS HEREBY ORDERED THAT:

1.      The Application is GRANTED as set forth herein.

2.      The Official Committee of Unsecured Creditors (the "Committee") is

hereby authorized to retain and employ PSZJ as counsel to the Committee effective as of January

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:       3
Debtors:    Christopher & Banks Corp.
Case No.:   21-10269 (ABA)
Caption:    Order Authorizing and Approving the Retention of Pachulski Stang Ziehl & Jones
            LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of
            January 27, 2021

---

27, 2021. PSZJ's address is: Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor,

New York, New York 10017-2024.

3.     PSZJ shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' Cases in compliance with

the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy

Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.

4.     PSZJ is authorized to render professional services to the Committee as

described in the Application. PSZJ shall make reasonable efforts to avoid unnecessary

duplication of services provided by any of the Committee's other retained professionals in these

Cases.

5.     PSZJ shall provide ten (10) business days' notice to the Debtors and the

U.S. Trustee before any increases in the rates set forth in the Application or Sandler Declaration

and shall file such notice with the Court.

6.     The Committee and PSZJ are authorized and empowered to take all

actions necessary to implement the relief granted in this Order.

7.     The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

8.     This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

# **EXHIBIT B**

## **TIME AND EXPENSE DETAIL**

# Pachulski Stang Ziehl & Jones LLP

780 Third Avenue
34th Floor
New York, NY 10017

Keri L. Jones
2400 Xenium Lane North
Plymouth , MN  55441

February 28, 2021
Invoice    127440
Client     14026
Matter     00002
**BJS**

RE:  Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   02/28/2021**

| | |
|---|---|
| FEES | $75,075.50 |
| EXPENSES | $245.24 |
| **TOTAL CURRENT CHARGES** | **$75,320.74** |
| **TOTAL BALANCE DUE** | **$75,320.74** |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026    - 00002

Page:    2

Invoice 127440

February 28, 2021

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| CRR | Robinson, Colin R. | Counsel | 925.00 | 12.10 | $11,192.50 |
| GFB | Brandt, Gina F. | Counsel | 950.00 | 3.30 | $3,135.00 |
| LSC | Canty, La Asia S. | Paralegal | 460.00 | 8.60 | $3,956.00 |
| MBL | Litvak, Maxim B. | Partner | 1125.00 | 6.50 | $7,312.50 |
| PJL | Labov, Paul John | Partner | 1095.00 | 2.60 | $2,847.00 |
| RJF | Feinstein, Robert J. | Partner | 1395.00 | 19.50 | $27,202.50 |
| SWG | Golden, Steven W. | Associate | 725.00 | 26.80 | $19,430.00 |
| | | | | 79.40 | $75,075.50 |

Pachulski Stang Ziehl & Jones LLP
Christopher & Banks O.C.C.
14026    -00002

Page:      3
Invoice 127440
February 28, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 0.30 | $418.50 |
| AD | Asset Disposition [B130] | 16.10 | $15,651.50 |
| CA | Case Administration [B110] | 4.80 | $3,903.50 |
| CO | Claims Admin/Objections[B310] | 0.10 | $139.50 |
| FN | Financing [B230] | 31.50 | $31,259.50 |
| GC | General Creditors Comm. [B150] | 13.80 | $11,257.00 |
| HE | Hearing | 1.80 | $2,417.00 |
| PR | PSZ&J Retention | 7.50 | $5,146.50 |
| RPO | Ret. of Prof./Other | 3.50 | $4,882.50 |
|  |  | 79.40 | $75,075.50 |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026    - 00002

Page:      4

Invoice 127440

February 28, 2021

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Working Meals [E111] | $86.82 |
| Conference Call [E105] | $158.42 |
| | $245.24 |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026    -00002

Page:    5

Invoice 127440

February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** |  |  |  |  |  |  |
| 02/01/2021 | RJF | AA | Review emails regarding duty drawback. | 0.20 | 1395.00 | $279.00 |
| 02/03/2021 | RJF | AA | Review emails regarding duty drawbacks. | 0.10 | 1395.00 | $139.50 |
|  |  |  |  | **0.30** |  | **$418.50** |
| **Asset Disposition [B130]** |  |  |  |  |  |  |
| 01/28/2021 | CRR | AD | Telephone call with B Sandler re: review of bid procedures; | 0.20 | 925.00 | $185.00 |
| 01/28/2021 | CRR | AD | Email to Debtors' counsel re: bid procedures deadline; | 0.20 | 925.00 | $185.00 |
| 01/28/2021 | CRR | AD | Initial review of sale, bid procedures motion, first day motion re: case background (1.5); and provide comments to bid procedures (1.1) | 2.60 | 925.00 | $2,405.00 |
| 01/29/2021 | CRR | AD | Prepare markup of bid procedures, order and email with B Sandler re: same; | 3.80 | 925.00 | $3,515.00 |
| 01/29/2021 | CRR | AD | Review APA and prepare summary of same; | 0.90 | 925.00 | $832.50 |
| 01/29/2021 | PJL | AD | Review and comment on bidding procedures. | 0.80 | 1095.00 | $876.00 |
| 01/31/2021 | RJF | AD | Call with FTI regarding sale process and cash collateral. | 0.80 | 1395.00 | $1,116.00 |
| 01/31/2021 | CRR | AD | Telephone call with PSZJ and FTI teams re bid procedures and cash collateral; | 0.80 | 925.00 | $740.00 |
| 01/31/2021 | CRR | AD | Telephone call with B Sandler re comments to bid procedures; | 0.20 | 925.00 | $185.00 |
| 01/31/2021 | CRR | AD | Review bid procedures and email to Debtors' counsel re same; | 1.10 | 925.00 | $1,017.50 |
| 01/31/2021 | CRR | AD | Review FTI analysis in connection with sale motion. | 0.40 | 925.00 | $370.00 |
| 01/31/2021 | SWG | AD | Prepare for and participate in call with PSZJ and FTI teams re: bid procedures motion. | 1.00 | 725.00 | $725.00 |
| 01/31/2021 | PJL | AD | Review FTI breakdown of Hilco Bid. | 0.40 | 1095.00 | $438.00 |
| 01/31/2021 | PJL | AD | Attend FTI call to discuss Hilco bid and bidding procedures. | 0.80 | 1095.00 | $876.00 |
| 02/01/2021 | RJF | AD | Telephone conference with Bradford J. Sandler regarding bid pro order, Hilco call. | 0.30 | 1395.00 | $418.50 |
| 02/01/2021 | CRR | AD | Review revised bid procedures order and email | 0.50 | 925.00 | $462.50 |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026    -00002

Page:    6

Invoice 127440

February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | communication to Bradford J. Sandler regarding same | | | |
| 02/01/2021 | CRR | AD | Review further revised draft bid procedures order and email communication to debtors' counsel regarding same | 0.50 | 925.00 | $462.50 |
| 02/01/2021 | CRR | AD | Review FTI summary regarding landlords, leases | 0.20 | 925.00 | $185.00 |
| 02/01/2021 | PJL | AD | Review redlined Sale Procedures Order and Sale Procedures. | 0.60 | 1095.00 | $657.00 |
| | | | | 16.10 | | $15,651.50 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/27/2021 | RJF | CA | Internal emails regarding tasks and responsibilities. | 0.30 | 1395.00 | $418.50 |
| 01/27/2021 | RJF | CA | Kickoff call with Debtors' counsel regarding case issues. | 0.60 | 1395.00 | $837.00 |
| 01/28/2021 | SWG | CA | Call with P. Labov re: case administration matters. | 0.20 | 725.00 | $145.00 |
| 01/28/2021 | SWG | CA | Draft and send email to D. Kane re: case administration matters. | 0.20 | 725.00 | $145.00 |
| 01/28/2021 | LSC | CA | Update critical dates memo and WIP list. | 0.50 | 460.00 | $230.00 |
| 01/30/2021 | LSC | CA | Update critical dates memo and WIP list. | 0.40 | 460.00 | $184.00 |
| 01/31/2021 | LSC | CA | Update critical dates memo and WIP list. | 0.10 | 460.00 | $46.00 |
| 02/01/2021 | LSC | CA | Update critical dates memo and WIP list. | 0.50 | 460.00 | $230.00 |
| 02/08/2021 | LSC | CA | Update critical dates memo and WIP List. | 0.50 | 460.00 | $230.00 |
| 02/19/2021 | RJF | CA | Call with debtors' counsel regarding end-of-case issues. | 0.50 | 1395.00 | $697.50 |
| 02/19/2021 | RJF | CA | Telephone conference with Bradford J. Sandler regarding end-of-case issues. | 0.30 | 1395.00 | $418.50 |
| 02/21/2021 | LSC | CA | Update critical dates memo and WIP List. | 0.70 | 460.00 | $322.00 |
| | | | | 4.80 | | $3,903.50 |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/19/2021 | RJF | CO | Review 503(b)(9) analysis. | 0.10 | 1395.00 | $139.50 |
| | | | | 0.10 | | $139.50 |

Pachulski Stang Ziehl & Jones LLP
Christopher & Banks O.C.C.
14026    -00002

Page:    7
Invoice 127440
February 28, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Financing [B230]** |  |  |  |  |  |  |
| 01/28/2021 | RJF | FN | Initial review of cash collateral motion order and issues list. | 1.00 | 1395.00 | $1,395.00 |
| 01/28/2021 | SWG | FN | Review cash collateral motion (.8); and draft issues list (2.1). | 2.90 | 725.00 | $2,102.50 |
| 01/29/2021 | SWG | FN | Exchange emails with FTI re: cash collateral. | 0.20 | 725.00 | $145.00 |
| 01/30/2021 | SWG | FN | Draft objection to cash collateral motion. | 3.90 | 725.00 | $2,827.50 |
| 01/31/2021 | SWG | FN | Edit cash collateral issues list. | 0.80 | 725.00 | $580.00 |
| 01/31/2021 | SWG | FN | Continue drafting objection to cash collateral motion. | 3.10 | 725.00 | $2,247.50 |
| 01/31/2021 | SWG | FN | Edit proposed final cash collateral order. | 0.60 | 725.00 | $435.00 |
| 02/01/2021 | RJF | FN | Emails regarding cash collateral negotiations. | 0.30 | 1395.00 | $418.50 |
| 02/01/2021 | SWG | FN | Edit proposed cash collateral order. | 1.80 | 725.00 | $1,305.00 |
| 02/01/2021 | SWG | FN | Call with FTI re: cash collateral fees and other issues. | 0.40 | 725.00 | $290.00 |
| 02/01/2021 | SWG | FN | Update cash collateral issues list. | 0.20 | 725.00 | $145.00 |
| 02/01/2021 | SWG | FN | Continue drafting objection to cash collateral motion. | 1.10 | 725.00 | $797.50 |
| 02/02/2021 | RJF | FN | Review and revise objection to cash collateral motion, issues list. | 1.30 | 1395.00 | $1,813.50 |
| 02/02/2021 | CRR | FN | Review draft cash collateral objection and email communication regarding same | 0.50 | 925.00 | $462.50 |
| 02/02/2021 | SWG | FN | Continue drafting objection to use of cash collateral. | 0.20 | 725.00 | $145.00 |
| 02/02/2021 | SWG | FN | Call with R. Feinstein re: cash collateral objection. | 0.20 | 725.00 | $145.00 |
| 02/02/2021 | SWG | FN | Call with FTI re: cash collateral objection. | 0.20 | 725.00 | $145.00 |
| 02/02/2021 | SWG | FN | Call with FTI re: cash collateral issues. | 0.40 | 725.00 | $290.00 |
| 02/03/2021 | RJF | FN | Prepare for call with Hilco regarding cash collateral. | 0.50 | 1395.00 | $697.50 |
| 02/03/2021 | RJF | FN | Call with Hilco's counsel regarding cash collateral. | 0.70 | 1395.00 | $976.50 |
| 02/04/2021 | RJF | FN | Review FTI budget analysis, related emails. | 0.30 | 1395.00 | $418.50 |
| 02/04/2021 | RJF | FN | Review Hilco response to cash collateral issues list. | 0.20 | 1395.00 | $279.00 |
| 02/04/2021 | RJF | FN | Call with Bradford J. Sandler regarding Hilco | 0.30 | 1395.00 | $418.50 |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026   -00002

Page:    8

Invoice 127440

February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | response. | | | |
| 02/05/2021 | MBL | FN | Initial review of loan documents and background. | 0.50 | 1125.00 | $562.50 |
| 02/05/2021 | RJF | FN | Emails regarding revised order filed on docket. | 0.30 | 1395.00 | $418.50 |
| 02/06/2021 | RJF | FN | Initial review of lenders' redraft of cash collateral order and related emails. | 0.80 | 1395.00 | $1,116.00 |
| 02/06/2021 | RJF | FN | Telephone conference with Bradford J. Sandler regarding cash collateral issues. | 0.30 | 1395.00 | $418.50 |
| 02/07/2021 | RJF | FN | Negotiate final cash collateral order, including exchange of multiple drafts, emails with debtor and Hilco's counsel. | 2.30 | 1395.00 | $3,208.50 |
| 02/07/2021 | RJF | FN | Telephone conference with Bradford J. Sandler regarding cash collateral issues. | 0.20 | 1395.00 | $279.00 |
| 02/08/2021 | RJF | FN | Telephone conference with T. McGrath at FTI regarding cash collateral order. | 0.10 | 1395.00 | $139.50 |
| 02/12/2021 | MBL | FN | Review background pleadings and applicable loan documents (.8); begin lien review (.9). | 1.50 | 1125.00 | $1,687.50 |
| 02/18/2021 | MBL | FN | Continue analysis of loan documents; conduct lien review. | 2.50 | 1125.00 | $2,812.50 |
| 02/18/2021 | MBL | FN | Draft summary of lien review analysis for team. | 0.70 | 1125.00 | $787.50 |
| 02/18/2021 | MBL | FN | Review BK schedules for purposes of lien review. | 0.90 | 1125.00 | $1,012.50 |
| 02/18/2021 | MBL | FN | Review UCC search results. | 0.30 | 1125.00 | $337.50 |
| | | | | 31.50 | | $31,259.50 |

### General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/27/2021 | RJF | GC | Coordination call with Kelly Drye, PSZJ teams. | 0.30 | 1395.00 | $418.50 |
| 01/27/2021 | SWG | GC | Draft Committee bylaws. | 0.30 | 725.00 | $217.50 |
| 01/27/2021 | SWG | GC | Prepare for and participate in Committee call. | 2.80 | 725.00 | $2,030.00 |
| 01/27/2021 | SWG | GC | Attend to creation of Committee email lists. | 0.20 | 725.00 | $145.00 |
| 01/28/2021 | SWG | GC | Draft memorandum summarizing first day motions for Committee. | 0.80 | 725.00 | $580.00 |
| 01/28/2021 | LSC | GC | Update contact list. | 0.60 | 460.00 | $276.00 |
| 01/29/2021 | LSC | GC | Further update contact list. | 0.90 | 460.00 | $414.00 |
| 02/01/2021 | SWG | GC | Participate in Committee call. | 1.10 | 725.00 | $797.50 |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026   -00002

Page:   9

Invoice 127440

February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2021 | RJF | GC | Prepare for and participate on telephonic committee meeting. | 1.30 | 1395.00 | $1,813.50 |
| 02/05/2021 | MBL | GC | Review committee update re potential Hilco settlement. | 0.10 | 1125.00 | $112.50 |
| 02/08/2021 | SWG | GC | Participate in weekly Committee call. | 0.80 | 725.00 | $580.00 |
| 02/08/2021 | RJF | GC | Telephone conference with Bradford J. Sandler regarding committee agenda. | 0.20 | 1395.00 | $279.00 |
| 02/08/2021 | RJF | GC | Participate in telephonic committee meeting. | 0.80 | 1395.00 | $1,116.00 |
| 02/12/2021 | SWG | GC | Draft weekly pleading summary memorandum for Committee. | 0.30 | 725.00 | $217.50 |
| 02/12/2021 | LSC | GC | Prepare draft weekly memo for S. Golden. | 0.50 | 460.00 | $230.00 |
| 02/22/2021 | SWG | GC | Participate in weekly Committee call. | 2.80 | 725.00 | $2,030.00 |
| | | | | **13.80** | | **$11,257.00** |

### Hearing

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/01/2021 | CRR | HE | Review email communication regarding critical dates, bid procedures hearing; review draft critical dates | 0.20 | 925.00 | $185.00 |
| 02/08/2021 | RJF | HE | Prepare for omnibus hearing. | 0.40 | 1395.00 | $558.00 |
| 02/08/2021 | RJF | HE | Attend omnibus hearing on cash collateral and other matters. | 1.20 | 1395.00 | $1,674.00 |
| | | | | **1.80** | | **$2,417.00** |

### PSZ&J Retention

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/28/2021 | GFB | PR | Review and analyze conflicts data in connection with PSZJ retention | 1.30 | 950.00 | $1,235.00 |
| 02/04/2021 | GFB | PR | Review and analyze conflicts data in connection with PSZJ retention | 1.00 | 950.00 | $950.00 |
| 02/05/2021 | GFB | PR | Review and analyze conflicts data in connection with PSZJ retention | 0.50 | 950.00 | $475.00 |
| 02/08/2021 | LSC | PR | Draft PSZJ retention application and attachments. | 3.90 | 460.00 | $1,794.00 |
| 02/09/2021 | SWG | PR | Edit PSZJ retention application. | 0.30 | 725.00 | $217.50 |
| 02/10/2021 | GFB | PR | Review and analyze conflicts data in connection with PSZJ retention | 0.50 | 950.00 | $475.00 |

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026    - 00002

Page:    10

Invoice 127440

February 28, 2021

|  |  |  |  | 7.50 |  | $5,146.50 |
|---|---|---|---|---|---|---|

**Ret. of Prof./Other**

| 01/27/2021 | RJF | RPO | Review Financial Advisor pitch books. | 0.70 | 1395.00 | $976.50 |
|---|---|---|---|---|---|---|
| 01/27/2021 | RJF | RPO | Interview Financial Advisor candidates. | 2.80 | 1395.00 | $3,906.00 |
|  |  |  |  | 3.50 |  | $4,882.50 |

**TOTAL SERVICES FOR THIS MATTER:**                    **$75,075.50**

Pachulski Stang Ziehl & Jones LLP

Christopher & Banks O.C.C.

14026    - 00002

Page:    11

Invoice 127440

February 28, 2021

---

### Expenses

| 01/27/2021 | BM | Business Meal [E111] DoorDash, Yong Kang, Working Meal, SWG | 86.82 |
|---|---|---|---|
| 01/27/2021 | CC | Conference Call [E105] Loop Up Conference Call, BJS | 158.42 |

**Total Expenses for this Matter**                          **$245.24**

Pachulski Stang Ziehl & Jones LLP
Christopher & Banks O.C.C.
14026    - 00002

Page:    12
Invoice 127440
February 28, 2021

---

**REMITTANCE ADVICE**

**Please include this Remittance with your payment**

**For current services rendered through:**    02/28/2021

**Total Fees**                                                        **$75,075.50**

**Total Expenses**                                                    **245.24**

**Total Due on Current Invoice**                                      **$75,320.74**

**Outstanding Balance from prior invoices as of**    02/28/2021    **(May not include recent payments)**

| **A/R Bill Number** | **Invoice Date** | **Fees Billed** | **Expenses Billed** | **Balance Due** |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices:**                   **$75,320.74**