| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Bradford J. Sandler, Esq.<br>Robert J. Feinstein, Esq.<br>Paul J. Labov, Esq.<br>Steven W. Golden, Esq.<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: bsandler@pszjlaw.com<br>          rfeinstein@pszjlaw.com<br>          plabov@pszjlaw.com<br>          sgolden@pszjlaw.com<br>and<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>**KELLEY DRYE & WARREN LLP**<br>One Jefferson Road, Second Floor<br>Parsippany, NJ 07054<br>Telephone: (973) 503-5900<br>Facsimile:  (973) 503-5950<br>Email:  jcarr@kelleydrye.com<br>          dkane@kelleydrye.com<br><br>*Co-Counsel to the Official*<br>*Committee of Unsecured Creditors* |
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, *et al.*,[1]<br><br>Debtors. |

Case No.: 21-10269 (ABA)
Chapter: 11
Judge:    Andrew B. Altenburg, Jr.
          Jointly Administered

# CERTIFICATE OF NO OBJECTION TO MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP  (DOCKET NO. 346)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

Dana P. Kane, of full age, hereby certifies as follows:

1. I am special counsel at Kelley Drye & Warren LLP, which serves as co-counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases.

2. I submit this Certification pursuant to the February 8, 2021 *Administrative Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses to Professionals Retained by Order of this Court* [Docket No. 190] (the "Administrative Order").

3. The Administrative Order provides that each professional retained in this case pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103, may file monthly fee statements on or before the twenty-fifth (25th) day of each calendar month for interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "Monthly Fee Statement").

4. Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "Objection Deadline"). Upon the expiration of the Objection Deadline, a Professional applying for fees may file a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

5. On March 29, 2021, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Committee, filed its First Monthly Fee Statement for the period covering January 27, 2021 through February 28, 2021 [Docket No. 346] (the "First Monthly Fee Statement"). The First Monthly Fee Statement seeks payment of fees in the amount of $75,075.50 and reimbursement of expenses in the amount of $245.24. In accordance with the Administrative Order, objections to the First Monthly Fee Statement were due by April 12, 2021.

6. To the best of my knowledge, information and belief, including upon consultation with PSZJ, no objections have been filed or received informally as to the First Monthly Fee Statement.

7. Accordingly, the Debtors should be instructed to pay KDW eighty percent (80%) of the fees set forth in the First Monthly Fee Statement (*i.e.*, $60,060.40) and 100 percent (100%) of the expenses set forth in the First Monthly Fee Statement (i.e., $245.24).

DATED: April 14, 2021                                         */s/ Dana P. Kane*
                                                              Dana P. Kane