**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota (msirota@coleschotz.com)
Felice R. Yudkin. (fyudkin@coleschotz.com)
Jacob S. Frumkin (jfrumkin@coleschotz.com)
Matteo Percontino (mpercontino@coleschotz.com)
Rebecca W. Hollander (rhollander@coleschotz.com)

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10269 (ABA)<br><br>Jointly Administered |

**NOTICE OF FILING OF SCHEDULE PROPERTY ACQUIRED POST-PETITION**

**PLEASE TAKE NOTICE** that on April 13, 2021, the United States Bankruptcy Court for the District of New Jersey entered that certain *Order (I) Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee Applications, and (III) Granting Related Relief* [Docket No. 380] (the "**Conversion Order**").[2]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Conversion Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 5(c) of the Conversion Order, the Debtors are required to "file a schedule of all property that was acquired after the commencement of the case, but before the Conversion Date" within 14 days of the Conversion Date (the "**Schedule of Property Acquired Post-Petition**").

**PLEASE TAKE FURTHER NOTICE** that the Schedule of Property Acquired Post-Petition is attached hereto as **Exhibit A**.

DATED: April 16, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**
*Attorneys for Debtors*
*and Debtors in Possession*

*/s/ Michael D. Sirota*
Michael D. Sirota (msirota@coleschotz.com)
Felice R. Yudkin (fyudkin@coleschotz.com)
Jacob S. Frumkin (jfrumkin@coleschotz.com)
Matteo Percontino (mpercontino@coleschotz.com)
Rebecca W. Hollander (rhollander@coleschotz.com)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Telephone: (201) 489-3000
Facsimile: (201) 489-1536

# EXHIBIT A

## Schedule of Property Acquired Post-Petition

1. The Debtors collected $50,085,113[1] in cash receipts during the post-petition, pre-conversion period, as set forth in more detail in that certain contemporaneously filed *Notice of Filing of Final Report of Debtor as Debtor in Possession Upon Conversion of Chapter 11 Case to Chapter 7 Case Pursuant to Bankruptcy Rule 1019(5)*. Pursuant to that certain *Asset Purchase Agreement* dated as of January 28, 2021 [Docket No. 266] (the "**APA**")[2] between the Debtors and ALCC, LLC and any Buyer Designee (collectively, the "**Buyer**"), the Buyer purchased all Cash Equivalents of the Debtors, except for Excluded Assets, as set forth in more detail in the APA.

2. The Debtors acquired $2,333,534.03 in merchandise post-petition, as set forth in more detail on the attached **Schedule 1**. The merchandise was either (i) sold in the Debtors' retail stores in the ordinary course of business or (ii) sold to the Buyer pursuant to the APA.

---

[1] This number includes $1,112,020 in cash receipts purchased by and transferred to the Buyer pursuant to the APA, which cash was not an asset of the Debtors' estates. After excluding those receipts, the Debtors netted $48,973,093 in cash receipts during the post-petition, pre-conversion period.

[2] Capitalized terms used but not defined in this paragraph shall have the meanings ascribed to them in the APA.

## **SCHEDULE 1**

**Merchandise Receipts**

| PO_NBR | RECEIPT_NBR | VENDOR_NAME | Type | Vendor # | Receipt Date | Qty. | Ext Cost | Date |
|---|---|---|---|---|---|---|---|---|
| 165970 | 168475 | DML MARKETING GROUP | | 6 | 20210202 | 37 | $37.00 | 2/2/2021 |
| 166274 | 168390 | KS/GUOTAI INTL GRP GUOMAO | FOB | 8042 | 20210121 | 5,971 | $42,735.89 | 1/21/2021 |
| 166275 | 168385 | KS/GUOTAI INTL GRP GUOMAO | FOB | 8042 | 20210121 | 1,299 | $9,391.39 | 1/21/2021 |
| 166496 | 168388 | KS/GUOTAI HUASHENG HK | FOB | 8054 | 20210121 | 2,843 | $22,561.50 | 1/21/2021 |
| 166496 | 168409 | KS/GUOTAI HUASHENG HK | FOB | 8054 | 20210126 | (86) | ($731.00) | 1/26/2021 |
| 166497 | 168387 | KS/GUOTAI HUASHENG HK | FOB | 8054 | 20210121 | 1,601 | $12,808.50 | 1/21/2021 |
| 166498 | 168389 | KS/GUOTAI HUASHENG HK | FOB | 8054 | 20210121 | 8,588 | $56,372.00 | 1/21/2021 |
| 166499 | 168384 | KS/GUOTAI HUASHENG HK | FOB | 8054 | 20210121 | 2,000 | $13,200.00 | 1/21/2021 |
| 166515 | 168386 | KS/GUOTAI INTL GRP GUOMAO | FOB | 8042 | 20210121 | 1,468 | $8,683.29 | 1/21/2021 |
| 166806 | 168399 | KS/HZ JIAYI GMT CO LTD | FOB | 8024 | 20210121 | 4,192 | $44,251.20 | 1/21/2021 |
| 166807 | 168400 | KS/HZ JIAYI GMT CO LTD | FOB | 8024 | 20210121 | 1,600 | $16,902.00 | 1/21/2021 |
| 166863 | 168507 | KS/HIGH HOPE INTL GRP | FOB | 8025 | 20210215 | 5,913 | $51,681.85 | 2/15/2021 |
| 166864 | 168508 | KS/HIGH HOPE INTL GRP | FOB | 8025 | 20210215 | 1,200 | $10,530.00 | 2/15/2021 |
| 166865 | 168510 | KS/HIGH HOPE INTL GRP | FOB | 8025 | 20210215 | 2,484 | $19,390.00 | 2/15/2021 |
| 166866 | 168509 | KS/HIGH HOPE INTL GRP | FOB | 8025 | 20210215 | 1,826 | $10,681.80 | 2/15/2021 |
| 166968 | 168375 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 1,818 | $14,584.08 | 1/21/2021 |
| 166969 | 168376 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 1,550 | $12,891.00 | 1/21/2021 |
| 166972 | 168497 | KING AH KNITTING FTY | FOB | 85 | 20210209 | 7,552 | $75,343.94 | 2/9/2021 |
| 166973 | 168496 | KING AH KNITTING FTY | FOB | 85 | 20210209 | 3,500 | $34,928.50 | 2/9/2021 |
| 166974 | 168377 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 6,736 | $74,517.46 | 1/21/2021 |
| 166975 | 168378 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,300 | $25,711.00 | 1/21/2021 |
| 166985 | 168383 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,098 | $16,751.22 | 1/21/2021 |
| 166986 | 168498 | KING AH KNITTING FTY | FOB | 85 | 20210209 | 2,111 | $17,754.87 | 2/9/2021 |
| 166987 | 168495 | KING AH KNITTING FTY | FOB | 85 | 20210209 | 1,900 | $16,083.00 | 2/9/2021 |
| 166994 | 168393 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 1,331 | $13,537.89 | 1/21/2021 |
| 166995 | 168394 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 1,699 | $17,332.29 | 1/21/2021 |
| 166996 | 168381 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,346 | $20,830.68 | 1/21/2021 |
| 166997 | 168382 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 1,525 | $14,044.25 | 1/21/2021 |
| 166998 | 168391 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 4,953 | $50,480.55 | 1/21/2021 |
| 166999 | 168392 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,100 | $21,435.00 | 1/21/2021 |
| 167000 | 168397 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,547 | $14,223.45 | 1/21/2021 |
| 167001 | 168398 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 950 | $5,476.50 | 1/21/2021 |
| 167405 | 168515 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210215 | 1,645 | $15,643.95 | 2/15/2021 |
| 167407 | 168511 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210215 | 2,090 | $19,687.80 | 2/15/2021 |
| 167408 | 168514 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210215 | 873 | $8,223.66 | 2/15/2021 |
| 167409 | 168516 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210215 | 5,033 | $51,751.29 | 2/15/2021 |
| 167410 | 168513 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210215 | 1,171 | $12,119.47 | 2/15/2021 |
| 167597 | 168379 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 4,741 | $42,624.11 | 1/21/2021 |
| 167598 | 168380 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,125 | $19,409.25 | 1/21/2021 |
| 167603 | 168395 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 6,084 | $48,816.12 | 1/21/2021 |
| 167604 | 168396 | KING AH KNITTING FTY | FOB | 85 | 20210121 | 2,200 | $17,831.00 | 1/21/2021 |
| 167957 | 168512 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210215 | 11,409 | $109,755.75 | 2/15/2021 |
| 167044 | 168517 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 578 | $4,765.10 | 2/16/2021 |
| 167045 | 168518 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 1,318 | $10,877.08 | 2/16/2021 |
| 167169 | 168519 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 499 | $5,728.52 | 2/16/2021 |
| 167170 | 168520 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 1,638 | $19,502.64 | 2/16/2021 |
| 167271 | 168521 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 2,965 | $23,310.86 | 2/16/2021 |
| 167272 | 168522 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 1,797 | $14,629.98 | 2/16/2021 |
| 167270 | 168523 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 2,507 | $18,597.45 | 2/16/2021 |
| 167269 | 168524 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 8,883 | $65,107.54 | 2/16/2021 |
| 167404 | 168525 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 3,207 | $30,498.57 | 2/16/2021 |
| 167406 | 168526 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 2,487 | $23,651.37 | 2/16/2021 |
| 167732 | 168527 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 4,177 | $32,194.65 | 2/16/2021 |
| 167940 | 168528 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 444 | $3,575.76 | 2/16/2021 |
| 167941 | 168529 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 1,785 | $14,521.02 | 2/16/2021 |
| 167958 | 168530 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 613 | $6,085.95 | 2/16/2021 |
| 167731 | 168531 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 7,561 | $58,589.83 | 2/16/2021 |
| 167056 | 168532 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 918 | $10,364.22 | 2/16/2021 |
| 167055 | 168533 | JIANGSU SAINTY TECH CO | | 145 | 20210216 | 1,300 | $14,677.00 | 2/16/2021 |
| 166900 | 168534 | KS/HIGH HOPE INTL GRP | | 8025 | 20210216 | 2,198 | $13,347.20 | 2/16/2021 |
| 166901 | 168535 | KS/HIGH HOPE INTL GRP | | 8025 | 20210216 | 2,001 | $12,806.90 | 2/16/2021 |
| 166902 | 168536 | KS/HIGH HOPE INTL GRP | | 8025 | 20210216 | 5,052 | $33,843.80 | 2/16/2021 |
| 166903 | 168537 | KS/HIGH HOPE INTL GRP | | 8025 | 20210216 | 2,200 | $15,180.00 | 2/16/2021 |
| 167018 | 168538 | JIANGSU SAINTY TECH CO | | 145 | 20210217 | 847 | $14,212.31 | 2/17/2021 |
| 167020 | 168539 | JIANGSU SAINTY TECH CO | | 145 | 20210217 | 5,600 | $41,755.77 | 2/17/2021 |
| 167019 | 168540 | JIANGSU SAINTY TECH CO | | 145 | 20210217 | 20,199 | $149,363.16 | 2/17/2021 |
| 166930 | 168544 | JIANGSU SAINTY TECH CO | | 145 | 20210218 | 1,487 | $10,899.71 | 2/18/2021 |
| 167959 | 168545 | JIANGSU SAINTY TECH CO | | 145 | 20210218 | 3,630 | $35,254.31 | 2/18/2021 |
| 166978 | 168546 | JIANGSU SAINTY TECH CO | | 145 | 20210218 | 663 | $5,439.75 | 2/18/2021 |
| 166980 | 168547 | JIANGSU SAINTY TECH CO | | 145 | 20210218 | 931 | $7,994.49 | 2/18/2021 |
| 167040 | 168548 | WELL LINK INTL TRADE CO | | 594 | 20210218 | 3,006 | $25,398.37 | 2/18/2021 |
| 166976 | 168549 | KS/GUOTAI INTL GRP GUOMAO | | 8042 | 20210218 | 9,625 | $70,542.45 | 2/18/2021 |
| 167279 | 168550 | JIANGSU SAINTY TECH CO | | 145 | 20210218 | 12,200 | $96,568.00 | 2/18/2021 |
| 166981 | 168555 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 3,040 | $26,182.59 | 2/25/2021 |
| 165156 | 168556 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 4,050 | $26,430.78 | 2/25/2021 |
| 167280 | 168557 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 4,135 | $32,732.02 | 2/25/2021 |
| 166977 | 168558 | KS/GUOTAI INTL GRP GUOMAO | FOB | 8042 | 20210225 | 1,339 | $9,875.61 | 2/25/2021 |
| 167041 | 168559 | WELL LINK INTL TRADE CO | FOB | 594 | 20210225 | 1,152 | $9,815.33 | 2/25/2021 |
| 165157 | 168561 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 928 | $5,864.81 | 2/25/2021 |
| 165224 | 168562 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 469 | $3,061.43 | 2/25/2021 |
| 166926 | 168563 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 696 | $5,092.84 | 2/25/2021 |
| 166979 | 168564 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 2,341 | $19,438.11 | 2/25/2021 |
| 167960 | 168565 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 2,404 | $23,484.53 | 2/25/2021 |
| 167052 | 168566 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 1,520 | $14,670.74 | 2/25/2021 |
| 167017 | 168567 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 817 | $13,556.44 | 2/25/2021 |
| 166733 | 168568 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 262 | $2,730.04 | 2/25/2021 |
| 166928 | 168569 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 156 | $1,159.08 | 2/25/2021 |
| 167902 | 168570 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 731 | $7,523.92 | 2/25/2021 |
| 166732 | 168571 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 2,192 | $22,555.26 | 2/25/2021 |
| 166735 | 168572 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 2,003 | $18,868.26 | 2/25/2021 |
| 165223 | 168573 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210225 | 1,986 | $12,962.12 | 2/25/2021 |
| 166929 | 168574 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210226 | 461 | $3,425.23 | 2/26/2021 |
| 166927 | 168575 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210226 | 1,503 | $11,112.30 | 2/26/2021 |
| 166931 | 168576 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210226 | 769 | $5,636.77 | 2/26/2021 |
| 167050 | 168577 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210226 | 2,246 | $14,194.72 | 2/26/2021 |
| 166734 | 168578 | JIANGSU SAINTY TECH CO | FOB | 145 | 20210226 | 4,584 | $43,593.84 | 2/26/2021 |