**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota (msirota@coleschotz.com)
Felice R. Yudkin. (fyudkin@coleschotz.com)
Jacob S. Frumkin (jfrumkin@coleschotz.com)
Matteo Percontino (mpercontino@coleschotz.com)
Rebecca W. Hollander (rhollander@coleschotz.com)

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, *et al.,*<br><br>　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 21-10269 (ABA)<br><br>Jointly Administered |

**NOTICE OF FILING OF SCHEDULE OF POST-PETITION EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that on April 13, 2021, the United States Bankruptcy Court

for the District of New Jersey entered that certain *Order (I) Converting the Debtors' Chapter 11*

*Cases to Cases Under Chapter 7, (II) Establishing a Deadline for Filing Final Chapter 11 Fee*

*Applications, and (III) Granting Related Relief* [Docket No. 380] (the "**Conversion Order**").[2]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Conversion Order.

61893/0001-40513024v1

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 5(d) of the Conversion Order, the Debtors are required to "file a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the Conversion Date" within 14 days of the Conversion Date (the "**Schedule of Post-Petition Contracts**").[3]

**PLEASE TAKE FURTHER NOTICE** that the Schedule of Post-Petition Contracts is attached hereto as **Exhibit A**.

DATED:  April 16, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**
*Attorneys for Debtors*
*and Debtors in Possession*

*/s/ Michael D. Sirota*
Michael D. Sirota (msirota@coleschotz.com)
Felice R. Yudkin (fyudkin@coleschotz.com)
Jacob S. Frumkin (jfrumkin@coleschotz.com)
Matteo Percontino (mpercontino@coleschotz.com)
Rebecca W. Hollander (rhollander@coleschotz.com)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Telephone:  (201) 489-3000
Facsimile:  (201) 489-1536

---

[3] Although the Debtors have made reasonable efforts to characterize the agreements reported in the Schedule of Post-Petition Contracts correctly, the Debtors may have improperly characterized certain items.  Listing an agreement on the Schedule of Post-Petition Contracts as "executory" or "unexpired" does not constitute an admission by the Debtors that such agreement is an executory contract or unexpired lease, does not constitute an admission of the legal rights, if any, of the counterparty or counterparties thereto, and does not constitute a waiver by the Debtors of their rights or the rights of any successor thereto, if any, to recharacterize any such agreement, as necessary or appropriate.

2

## EXHIBIT A

### Schedule of Post-Petition Contracts

| Counterparty | Agreement |
| --- | --- |
| Affiliated FM Insurance Company | Commercial Property Insurance Policy (1079449) |
| AIG Assurance Company (National Union Fire Insurance Company of Pittsburgh) | Employment Practices Liability Insurance Policy (04-571-04-55) |
| AIG Assurance Company (National Union Fire Insurance Company of Pittsburgh) | Fiduciary Liability Insurance Policy (04-571-04-56) |
| Beazley Insurance Company, Inc. | Cybersecurity Liability Insurance Policy - Primary Layer Policy (W250C1210301) |
| Coalition | Cyber Security Liability Insurance Policy - Excess (C4LP8001041CEPMM2021) |
| Crum & Forster Specialty Insurance Company (United States Fire Insurance Company) | Automobile Insurance Policy (138-768883-2) |
| Crum & Forster Specialty Insurance Company (North River Insurance Company) | Commercial Umbrella Insurance Policy (5821157574) |
| Liberty Mutual Insurance Company (Ohio Casualty Insurance Company) | Excess Liability Insurance Policy (ECO (22) 60863870) |
| Crum & Forster Specialty Insurance Company (United States Fire Insurance Company) | General Liability Insurance Policy (541-714700-7) |
| Crum & Forster Specialty Insurance Company (North River Insurance Company) | Workers Compensation Insurance Policy – (all non- monopolistic states except Wisconsin) (406-734743-7) |
| Crum & Forster Specialty Insurance Company (North River Insurance Company) | Workers Compensation Insurance Policy - Wisconsin Policy (406-734742-8) |
| Ohio Bureau of Workers' Compensation | Workers Compensation Insurance Policy (80092444-0) |
| North Dakota Workforce Safety & Insurance | Workers Compensation Insurance Policy (830208) |
| State of Wyoming Department of Workforce Services, Division of Workers' Compensation | Workers Compensation Insurance Policy (274173) |
| Washington State Department of Labor and Industries | Workers Compensation Insurance Policy (UBI #: 601-560-327; L&I Account ID: 871,470-00) |
| Travelers Indemnity Company | Cargo Insurance Policy (16N11960) |
| AFCO Credit Corporation | Commercial Premium Finance Agreement |
| BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota | Termination Agreement |

| DDMN ASO, LLC and ALCC, LLC | Run-Out Claims Processing Agreement |
|---|---|
| ALCC, LLC and any Buyer Designees[1] | Asset Purchase Agreement dated as of January 28, 2021 (the "**APA**") |
| ALCC, LLC and any Buyer Designees | Transition Services Agreement dated as of March 1, 2021 |
| iMedia Brands, Inc. | Indemnification Agreement |
| 2400 Xenium, LLC, ALCC, LLC, and any Buyer Designees | Stipulation and Consent Order Between the Debtors, ALCC, LLC, and 2400 Xenium, LLC Regarding Lease Agreement Dated as of April 27, 2018 [Docket No. 340] |
| Odyssey International Services, Inc. | Agreement with Shipment Vendor dated January 20, 2021 |

---

[1] The term Buyer Designees shall have the meaning ascribed to it in the APA.

61893/0001-40513024v1