**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Michael D. Sirota (msirota@coleschotz.com)
Felice R. Yudkin. (fyudkin@coleschotz.com)
Jacob S. Frumkin (jfrumkin@coleschotz.com)
Matteo Percontino (mpercontino@coleschotz.com)
Rebecca W. Hollander (rhollander@coleschotz.com)

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-10269 (ABA)<br><br>Jointly Administered |

**NOTICE OF ASSUMPTION AND ASSIGNMENT**

**PLEASE TAKE NOTICE** that on February 23, 2021, the United States Bankruptcy Court for the District of New Jersey entered that certain *Order (A) Approving the Asset Purchase Agreement; (B) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (C) Authorizing the Assumption and*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

*Assignment of Certain Executory Contracts and Unexpired Leases; and (D) Granting Related Relief* [Docket No. 266] (the "**Sale Order**").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 23 of the Sale Order, the Retained Contracts listed on **Exhibit A** hereto have been assumed by the Debtors and assigned to iMedia Brands, Inc. effective as of the date hereof and without the need for any further Order of the Court, except to the extent a supplemental order is requested by a Retained Contract Counterparty as set forth in more detail in the Sale Order.

DATED:  April 16, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**
*Attorneys for Debtors
and Debtors in Possession*

*/s/ Michael D. Sirota*
Michael D. Sirota (msirota@coleschotz.com)
Felice R. Yudkin (fyudkin@coleschotz.com)
Jacob S. Frumkin (jfrumkin@coleschotz.com)
Matteo Percontino (mpercontino@coleschotz.com)
Rebecca W. Hollander (rhollander@coleschotz.com)
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Telephone:  (201) 489-3000
Facsimile:  (201) 489-1536

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order.

61893/0001-40523434v1

# EXHIBIT A

**Christopher & Banks**
**Contract Assumption List**

| | Counterparty | Counterparty Address | Title/Description of Lease |
|---|---|---|---|
| 1.) | Adobe Systems Incorporated | 29322 Network Pl<br>Chicago, IL 60673-1293 | Sales Order and Professional Services Agreement for Adobe Analytics OD4 dated November 30, 2018 |
| 2.) | Avalara, Inc. | 255 S King St, Ste 1800<br>Seattle, WA 98104 | Annual Support Agreement dated on or about September 22, 2020 |
| 3.) | Avalara, Inc. | 255 S King St, Ste 1800<br>Seattle, WA 98104 | One-Time Professional Services/Installation Agreement dated on or about September 22, 2020 |
| 4.) | Avalara, Inc | 255 S King St, Ste 1800<br>Seattle, WA 98104 | Returns Activation/Service Fee/Overage |
| 5.) | Bazaarvoice | P.O. Box 671654<br>Dallas, TX 75267-1654 | Service Order #00048672.0 |
| 6.) | Bronto Software, Inc./Oracle | 7600 Wayzata Blvd, St B1<br>Golden Valley, MN 55426 | Master Services Agreement dated May 29, 2015 |
| 7.) | Bronto/Oracle | 7600 Wayzata Blvd, St B1<br>Golden Valley, MN 55426 | Subscription Services Agreement and Order Form dated on or about May 1, 2017 |
| 8.) | Clario | 6600 City West Pkwy, Ste 100<br>Eden Prairie, MN 55344 | Master Subscription Agreement and Order Form dated June 29, 2018 and related order form |
| 9.) | Demandware, Inc. (successor in interest to Salesforce.com) | Attn: General Counsel<br>5 Wall St<br>Burlington, MA 01803 | Master Subscription and Services Agreement dated March 16, 2015 and related SOW |
| 10.) | Ensighten, Inc. | 887 Oak Grove Ave, Ste 203<br>Menlo Park, CA 94025 | User Agreement dated February 1, 2017 |
| 11.) | Feedonomics | 21011 Warner Center Ln, Ste A<br>Woodland Hills, CA 91367 | Pricing - Addendum A, Monthly Subscription |
| 12.) | Gerber Technology | P.O. Box 95060<br>Chicago, IL 60694-5060 | Yunique PLM License & Development Resource Agreement dated April 30, 2010 |
| 13.) | Hootsuite Inc. | Attn: Brett Gillespie, Account Executive<br>5 East 8th Ave<br>Vancouver, BC, Canada V5T 1R6 | Authorization Form in connection with Social Media Marketing Management Dashboard Services |
| 14.) | Iron Mountain | P.O. Box 27128<br>New York, NY 10087-7128 | Customer Agreement regarding Tapes |
| 15.) | Karatcad, Inc. | ATTN: Joel Barmish, President<br>1751 Richardson, Ste 611<br>Montreal, QC H3K 1G6<br>Canada | Software License Agreement dated May 2000 |
| 16.) | Monetate | 75 Remittance Dr<br>Dept 6588<br>Chicago, IL 60675-6588 | Service Order & MSA |
| 17.) | Narvar | 50 Beale St, 7th FL<br>San Francisco, CA 94105 | Service Order |
| 18.) | Navegate Logistics Ltd. | 1300 Mendota Heights Rd.<br>Mendota Heights, MN 55120 | Master Subscription Agreement |
| 19.) | Ovative Group LLC | Dept Ch 17678<br>Palatine, IL 60055-7678 | Client Services Agreement and Schedule A Services SOW |
| 20.) | Priority Fulfillment Services, Inc. (PFS) | Attn: Steven Stephan, VP & GM of Technology Services<br>505 Millennium Dr<br>Allen, TX 75013 | Creative and Development Services Agreement |
| 21.) | Salesforce.com, Inc. | ATTN: Terence Shockley<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | Order Form, as amended |
| 22.) | Salesforce.com, Inc. | ATTN: Terence Shockley<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | Master Subscription Agreement, as amended |
| 23.) | SML (USA), Inc. | 777 Main St<br>Lewiston, MA 04240-5803 | Ticket Printing & Trim Management Agreement |
| 24.) | Stylitics, Inc | 10 E 33rd St, 6th FL<br>New York, NY 10016 | Statement of Work |
| 25.) | Yext, Inc. | P.O. Box 9509<br>New York, NY 10087-9509 | Subscription Schedule |
| 26.) | Yext, Inc. | P.O. Box 9509<br>New York, NY 10087-9509 | Master Subscription Agreement |