*Proofs of Claim Report*

*Christopher & Banks Corporation, et al. Case No 21-10269*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $42,593,600.09 | |
| PRIORITY | $53,677.92 | |
| SECURED | $5,106,287.20 | |
| ADMIN | $5,797,908.52 | |
| 503(b)(9) | $1,442,754.42 | |
| Total | $54,994,228.15 | |

| | | |
|---|---|---|
| Total Claims/Schedules: | 300 | |

## Claims Details (300)

**Zinntex, LLC**
**Case(s): 269 Clm No: 1 Clm. Amt: $487,649.05**

*c/o Pick & Zabicki LLP*
*Attn: Eric C Zabicki*
*369 Lexington Ave, 12th Fl*
*New York, NY 10017*
**Date Filed: 1/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $487,649.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $487,649.05 | | |
| | | | | $487,649.05 | | |

**Clean Group, LLC**
**Case(s): 269 Clm No: 2 Clm. Amt: $2,994.57**

*Attn: Paul Osland*
*5139 Beacon Hill Rd*
*Minnetonka, MN 55345*
**Date Filed: 1/20/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,994.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $2,994.57 | | |
| | | | | $2,994.57 | | |

**Topcashback (Usa) Inc**
**Case(s): 269 Clm No: 3 Clm. Amt: $90.58**

*Attn: Sarah Griffiths*
*40 W Passaic St*
*Rochelle Park, NJ 07662*
**Date Filed: 1/20/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $90.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $90.58 | | |
| | | | | $90.58 | | |

## Fantasia International, Ltd
### Case(s): 269 Clm No: 4 Clm. Amt: $292,427.03

*Attn: Elise Wai*
*Flat A 11/F Sang Hing Ind Bldg*
*81-83 Ta Chuen Ping St*
*Kwai Chung, Nt, Hong Kong*
*China*
**Date Filed: 1/26/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $292,427.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $292,417.03 | | |
| 269 | UNS | | | $10.00 | | |
| | | | | $292,427.03 | | |

## Connecticut Light And Power Dba Eversource
### Case(s): 269 Clm No: 5 Clm. Amt: $1,560.72

*Attn: Pawel Sakowski*
*P.O. Box 2899*
*Hartford, CT 06101-8307*
**Date Filed: 1/26/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,560.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $1,560.72 | | |
| | | | | $1,560.72 | | |

## Dallas County
### Case(s): 269 Clm No: 6 Clm. Amt: $839.84

*c/o Linebarger Goggan Blair & Sampson LLP*
*Attn: Elizabeth Weller*
*2777 N Stemmons Fwy, Ste 1000*
*Dallas, TX 75207*
**Date Filed: 1/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $839.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $839.84 | | |
| | | | | $839.84 | | |

## Taxing Districts Collected By Potter County
### Case(s): 269 Clm No: 7 Clm. Amt: $1,783.63

*c/o Perdue Brandon Fielder Collins*
*Attn: D'Layne Carter*
*P.O. Box 9132*
*Amarillo, TX 79105-9132*
**Date Filed: 1/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,783.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $1,783.63 | | |
| | | | | $1,783.63 | | |

## Hays Mall, LLC
### Case(s): 269 Clm No: 8 Clm. Amt: $31,264.50

*Attn: James Younger*
*2918 Vine St, Ste 1*
*Hays, KS 67601*
**Date Filed: 1/25/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $28,239.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $3,025.00 | | |
| 269 | PRI | | | $3,025.00 | | |
| 269 | UNS | | | $25,214.50 | | |
| | | | | $31,264.50 | | |

## Angelina County
### Case(s): 269 Clm No: 9 Clm. Amt: $1,164.65

*c/o Linebarger Goggan Blair & Sampson LLP*
*Attn: John Dillman*
*P.O. Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 1/25/2021**
**Bar Date: 3/24/2021**
**Amended By Clm #: 76**
**Claim Face Value: $1,164.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $1,164.65 | | |
| | | | | $1,164.65 | | |

## CDW Direct, LLC
### Case(s): 269 Clm No: 10 Clm. Amt: $112,322.00

*Attn: Ronelle Erickson*
*200 N Milwaukee Ave*
*Vernon Hills, IL 60061*
**Date Filed: 1/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $112,322.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $112,322.00 | | |
| | | | | $112,322.00 | | |

## Titan Energy Systems Inc
### Case(s): 269 Clm No: 11 Clm. Amt: $172.00

*c/o Pioneer Critical Power*
*Attn: Jennifer Rodriguez*
*8900 109th Ave N, Ste 800*
*Champlin, MN 55316*
**Date Filed: 1/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $172.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $172.00 | | |
| | | | | $172.00 | | |

## Titan Energy Systems Inc
### Case(s): 269 Clm No: 12 Clm. Amt: $400.00

*c/o Pioneer Critical Power*
*Attn: Jennifer Rodriguez*
*8900 109th Ave N, Ste 800*
*Champlin, MN 55316*
**Date Filed: 1/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $400.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $400.00 | | |
| | | | | $400.00 | | |

## Titan Energy Systems Inc
### Case(s): 269 Clm No: 13 Clm. Amt: $1,902.92

*c/o Pioneer Critical Power*
*Attn: Jennifer Rodriguez*
*8900 109th Ave N, Ste 800*
*Champlin, MN 55441*
**Date Filed: 1/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,902.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $1,902.92 | | |
| | | | | $1,902.92 | | |

## Titan Energy Systems Inc
### Case(s): 269 Clm No: 14 Clm. Amt: $775.99

*c/o Pioneer Critical Power*
*Attn: Jennifer Rodriguez*
*8900 109th Ave N, Ste 800*
*Champlin, MN 55316*
**Date Filed: 1/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $775.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $775.99 | | |
| | | | | $775.99 | | |

## Titan Energy Systems Inc
### Case(s): 269 Clm No: 15 Clm. Amt: $4,918.80

*c/o Pioneer Critical Power*
*Attn: Jennifer Rodriguez*
*8900 109th Ave N, Ste 800*
*Champlin, MN 55316*
**Date Filed: 1/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,918.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $4,918.80 | | |
| | | | | $4,918.80 | | |

## City of Centralia
### Case(s): 269 Clm No: 16 Clm. Amt: $1,346.98

*Attn: Jama Braden-Fierro*
*500 N Pearl St*
*Centralia, WA 98531*
**Date Filed: 1/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $673.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $673.49 | | |
| 269 | SEC | | | $673.49 | | |
| | | | | $1,346.98 | | |

## City of Garland
### Case(s): 269 Clm No: 17 Clm. Amt: $1,060.69

*c/o Perdue Brandon Fielder Et Al*
*Attn: Linda Reece*
*1919 S Shiloh Rd, Ste 310 LB 40*
*Garland, TX 75042*
**Date Filed: 2/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,060.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $1,060.69 | | |
| | | | | $1,060.69 | | |

## Garland Indenpendent School District
### Case(s): 269 Clm No: 18 Clm. Amt: $1,731.47

*c/o Perdue Brandon Fielder Et Al*
*Attn: Linda Reece*
*1919 S Shiloh Rd, Ste 310 LB 40*
*Garland, TX 75042*
**Date Filed: 2/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,731.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $1,731.47 | | |
| | | | | $1,731.47 | | |

**Dmi Music & Media / Plr Networks, LLC**

**Case(s): 269 Clm No: 19 Clm. Amt: $69,958.15**

*Attn: Ken Batchelor*
*65 N Raymond Ave, Ste 235*
*Pasadena, CA 91103*
**Date Filed: 2/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $69,958.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $69,958.15 | | |
| | | | | $69,958.15 | | |

**Rosa Ashley**

**Case(s): 269 Clm No: 20 Clm. Amt: $20,000.00**

*31 Marquette LN*
*Kankakee, IL 60901*
**Date Filed: 2/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $20,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $20,000.00 | | |
| | | | | $20,000.00 | | |

**Rosa Ashley**

**Case(s): 269 Clm No: 21 Clm. Amt: $25,000.00**

*31 Marquette Ln*
*Kankakee, IL 60901*
**Date Filed: 2/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $25,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $25,000.00 | | |
| | | | | $25,000.00 | | |

**Manatee County Tax Collector**

**Case(s): 269 Clm No: 22 Clm. Amt: $295.59**

*1001 3rd Ave W, Ste 240*
*Bradenton, FL 34205*
**Date Filed: 2/3/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $295.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $295.59 | | |
| | | | | $295.59 | | |

**Snohomish County Pud #1**

**Case(s): 269 Clm No: 23 Clm. Amt: $571.99**

*Attn: Sara Hulse*
*P.O. Box 1107*
*Everett, WA 98206-1107*
**Date Filed: 2/3/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $571.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $571.99 | | |
| | | | | $571.99 | | |

**Loeb Electric Co**

**Case(s): 269 Clm No: 24 Clm. Amt: $247.52**

*Attn: Jeff Blunt*
*1800 E 5th Ave*
*Columbus, OH 43219*
**Date Filed: 2/3/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $247.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $247.52 | | |
| | | | | $247.52 | | |

### Rosenthal & Rosenthal, Inc.
**Case(s): 269 Clm No: 25 Clm. Amt: $221,267.10**

*Attn: Melinda Dejesus*
*1370 Broadway, 3rd Fl*
*New York, NY 10018*
**Date Filed: 2/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $221,267.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | UNS | | | $221,267.10 | | |
| | | | | $221,267.10 | | |

### Arizona Department Of Revenue
**Case(s): 269 Clm No: 26 Clm. Amt: $150.00**

*c/o Tax, Bankruptcy and Collection Sct*
*Office of the Arizona Attorney General*
*2005 N Central Ave, Ste 100*
*Phoenix, AZ 85004*
**Date Filed: 2/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $150.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | PRI | | | $150.00 | | |
| | | | | $150.00 | | |

### Herbert F Ropos
**Case(s): 269 Clm No: 27 Clm. Amt: $1,194.95**

*7293 W Williams Dr*
*Glendale, AZ 85310*
**Date Filed: 2/5/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,194.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | SEC | | | $1,194.95 | | |
| | | | | $1,194.95 | | |

### CO International Inc
**Case(s): 269 Clm No: 28 Clm. Amt: $767,939.95**

*100-42 Dufflaw Rd*
*Toronto, ON M6A2W1*
*Canada*
**Date Filed: 2/7/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $767,939.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | UNS | | | $767,939.95 | | |
| | | | | $767,939.95 | | |

### Lansing Board of Water & Light
**Case(s): 269 Clm No: 29 Clm. Amt: $1,079.13**

*Attn: Amy Jo Kraus*
*1232 Haco Dr*
*Lansing, MI 48912-1610*
**Date Filed: 2/8/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,079.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | UNS | | | $1,079.13 | | |
| | | | | $1,079.13 | | |

### Brownlow Publishing
**Case(s): 269 Clm No: 30 Clm. Amt: $27,184.40**

*c/o Brownlow Gifts*
*Attn: Patricia Winterrowd*
*6309 Airport Fwy*
*Fort Worth, TX 76117*
**Date Filed: 2/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $27,184.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | UNS | | | $27,184.40 | | |
| | | | | $27,184.40 | | |

## Uline
**Case(s): 269 Clm No: 31 Clm. Amt: $13,201.15**

*Attn: Nancy Halcom*
*12575 Uline Dr*
*Pleasant Prairie, WI 53158*
**Date Filed: 2/8/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $13,201.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $13,201.15 | | |
| | | | | $13,201.15 | | |

## Douglas County Treasurer
**Case(s): 269 Clm No: 32 Clm. Amt: $314.74**

*Attn: David Gill*
*100 3rd St, Ste 120*
*Castle Rock, CO 80104*
**Date Filed: 2/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $314.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | PRI | | | Unknown | Y | |
| 269 | SEC | | | $314.74 | | |
| 269 | UNS | | | | | |
| | | | | $314.74 | | |

## Douglas County Treasurer
**Case(s): 269 Clm No: 33 Clm. Amt: $314.73**

*Attn: David Gill*
*100 3rd St, Ste 120*
*Castle Rock, CO 80104*
**Date Filed: 2/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $314.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | PRI | | | | | |
| 269 | SEC | | | $314.73 | | |
| 269 | UNS | | | | | |
| | | | | $314.73 | | |

## Park Printing, Inc.
**Case(s): 269 Clm No: 34 Clm. Amt: $125,702.12**

*Attn: Tamara Lynn Ober*
*2801 California Street NE*
*Minneapolis, MN 55418*
**Date Filed: 2/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $125,702.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $125,702.12 | | |
| | | | | $125,702.12 | | |

## Mishawaka Utilities
**Case(s): 269 Clm No: 35 Clm. Amt: $1,044.94**

*Attn: Jordan Hagedorn*
*126 N Church St*
*S Bend, IN 46614*
**Date Filed: 2/6/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,044.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $1,044.94 | | |
| | | | | $1,044.94 | | |

### DLE Seven, LLC
**Case(s): 269 Clm No: 36 Clm. Amt: $23,721.33**

*Attn: Christian Murray*
*P.O. Box 187*
*Ankeny, OH 50021*
**Date Filed: 2/6/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $23,721.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $23,721.33 | | |
| | | | | $23,721.33 | | |

### Benton PUD
**Case(s): 269 Clm No: 37 Clm. Amt: $781.64**

*Attn: Kim Berger*
*2721 W 10th Ave*
*Kennewick, WA 99336*
**Date Filed: 2/6/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $781.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $781.64 | | |
| | | | | $781.64 | | |

### Sevierville County Electric System
**Case(s): 269 Clm No: 38 Clm. Amt: $1,809.42**

*Attn: Attn: Theresa Karson*
*P.O. Box 4870*
*Sevierville, TN 37864*
**Date Filed: 2/6/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,809.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | Unknown | Y | |
| 269 | UNS | | | $1,809.42 | | |
| | | | | $1,809.42 | | |

### King Ah Knitting Factory Receivable Management Services (HK) Ltd.
**Case(s): 269 Clm No: 39 Clm. Amt: $1,525,809.17**

*Attn: Jose Uy*
*AXA Tower, Landmark E*
*100 How Ming St, Kwun Tong, Ste 2701-3,*
*27/F,*
*Kowloon, Hong Kong*
*Hong Kong*
**Date Filed: 2/10/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,525,809.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $574,606.16 | | |
| 269 | UNS | | | $951,203.01 | | |
| | | | | $1,525,809.17 | | |

### Piedmont Natural Gas
**Case(s): 269 Clm No: 40 Clm. Amt: $188.97**

*Attn: Lashawnda Freeman*
*4339 S Tryon St*
*Charlotte, NC 28217*
**Date Filed: 2/11/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $188.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $188.97 | | |
| | | | | $188.97 | | |

### Atmos Energy Corporation
### Case(s): 269 Clm No: 41 Clm. Amt: $783.97

*c/o Bankruptcy*
*Attn: Cesar Castaneda*
*P.O. Box 650205*
*Dallas, TX 75265*
**Date Filed: 2/11/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $783.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $783.97 | | |
| | | | | $783.97 | | |

### National Grid
### Case(s): 269 Clm No: 42 Clm. Amt: $6,680.14

*Attn: Brian Dugan*
*300 Erie Blvd W*
*Syracuse, NY 13202*
**Date Filed: 2/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $6,680.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $6,680.14 | | |
| | | | | $6,680.14 | | |

### Ameren Illinois
### Case(s): 269 Clm No: 43 Clm. Amt: $5,215.75

*c/o Ameren Illinois Collections*
*Attn: Tara Tosh*
*2105 E State Rte 104*
*Pawnee, IL 62558*
**Date Filed: 2/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $5,215.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $5,215.75 | | |
| | | | | $5,215.75 | | |

### Department of Treasury - Internal Revenue Service
### Case(s): 269 Clm No: 44 Clm. Amt: $17,332.00

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 2/16/2021**
**Bar Date: 3/24/2021**
**Amended By Clm #: 121**
**Claim Face Value: $17,332.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $17,332.00 | | |
| | | | | $17,332.00 | | |

### West Virginia State Treasurer
### Case(s): 269 Clm No: 45 Clm. Amt: $1,799.36

*Attn: Michelle Storage*
*322 70th St SE*
*Charleston, WV 25304*
**Date Filed: 2/16/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,799.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $1,799.36 | | |
| | | | | $1,799.36 | | |

### Delmarva Power & Light Company
**Case(s): 269 Clm No: 46 Clm. Amt: $1,830.24**

*c/o Delmarva Power Bankruptcy Division*
*Attn: Gerald Houck*
*5 Collins Dr, Ste 2133, Mail Stop 84CP42*
*Carneys Point, NJ 08069*
**Date Filed: 2/16/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,830.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $1,830.24 | | |
| | | | | $1,830.24 | | |

### C&F Enterprises Inc
**Case(s): 269 Clm No: 47 Clm. Amt: $32,135.55**

*Attn: Irina Gifford*
*819 Bluecrab Rd*
*Newport News, VA 23606*
**Date Filed: 2/10/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $32,135.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $32,135.55 | | |
| | | | | $32,135.55 | | |

### Intermountain Rural Electric Association
**Case(s): 269 Clm No: 48 Clm. Amt: $925.78**

*5496 N US Hwy 85*
*Sedalia, CO 80135*
**Date Filed: 2/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $925.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $925.78 | | |
| | | | | $925.78 | | |

### City of Idaho Falls
**Case(s): 269 Clm No: 49 Clm. Amt: $302.37**

*308 Constitution Way*
*P.O. Box 50220*
*Idaho Falls, ID 83405*
**Date Filed: 2/10/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $302.37**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $302.37 | | |
| | | | | $302.37 | | |

### Lori Thole
**Case(s): 269 Clm No: 50 Clm. Amt: $8,125.00**

*522 Terrace Rd NW*
*St Michael, MN 55376*
**Date Filed: 2/17/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $8,125.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $8,125.00 | | |
| | | | | $8,125.00 | | |

### Granite Telecommunications LLC
**Case(s): 269 Clm No: 51 Clm. Amt: $6,927.79**

*Attn: Brian Murray*
*100 Newport Ave Ext*
*Quincy, MA 02171*
**Date Filed: 2/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $6,927.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $6,927.79 | | |
| | | | | $6,927.79 | | |

### Regency Enterprises
**Case(s): 269 Clm No: 52 Clm. Amt: $52,675.73**

*Attn: Joanne Zaki*
*9261 Jordan Ave*
*Chatsworth, CA 91311*
**Date Filed: 2/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $52,675.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $52,675.73 | | |
| | | | | $52,675.73 | | |

### Viavid Broadcasting Corp
**Case(s): 269 Clm No: 53 Clm. Amt: $1,200.56**

*Attn: Cheryl Watkins*
*P.O. Box 93074 Caulfeild Village*
*W Vancouver, BC V7W 3G4*
*Canada*
**Date Filed: 2/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,200.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $1,200.56 | | |
| | | | | $1,200.56 | | |

### NPC Global
**Case(s): 269 Clm No: 54 Clm. Amt:**

*Attn: Shaun O'Brian*
*200 Middlesex Ave, Ste 2*
*Carteret, NJ 07008*
**Date Filed: 2/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | | | |

### Travel Tags
**Case(s): 269 Clm No: 55 Clm. Amt: $16,790.00**

*Attn: Elizabeth Hulsebos*
*1725 Roe Crest Dr*
*North Mankato, MN 56003*
**Date Filed: 2/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $16,790.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | 503(b)(9) | | | $7,875.42 | | |
| 269 | UNS | | | $8,914.58 | | |
| | | | | $16,790.00 | | |

### City of Niles, Ohio
**Case(s): 269 Clm No: 56 Clm. Amt: $815.88**

*Attn: Philip Zuzolo*
*34 W State St*
*Niles, OH 44446*
**Date Filed: 2/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $815.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $815.88 | | |
| | | | | $815.88 | | |

## Keter Environmental Services, Inc.
### Case(s): 269 Clm No: 57 Clm. Amt: $19,987.89

*Attn: Richard Plutzer*
*4 High Ridge Park, Ste 202*
*Stamford, CT 06905*
**Date Filed: 2/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $19,987.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $19,987.89 | | |
| | | | | $19,987.89 | | |

## Derby Marketplace Three, LLC
### Case(s): 269 Clm No: 58 Clm. Amt: $30,665.48

*Attn: Brad McCormack*
*2345 Grand Blvd, Ste 2150*
*Kansas City, MO 64108*
**Date Filed: 2/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $30,665.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $30,665.48 | | |
| | | | | $30,665.48 | | |

## Lakeport Road Investors, LLC
### Case(s): 269 Clm No: 59 Clm. Amt: $33,905.82

*Attn: Brad McCormack*
*2345 Grand Blvd, Ste 2150*
*Kansas City, MO 64108*
**Date Filed: 2/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $33,905.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $33,905.82 | | |
| | | | | $33,905.82 | | |

## T Brothers Logistics LLC
### Case(s): 269 Clm No: 60 Clm. Amt: $181,013.75

*P.O. Box 89405*
*Sioux Falls, SD 57109*
**Date Filed: 2/23/2021**
**Bar Date: 3/24/2021**
**Amended By Clm #: 79**
**Claim Face Value: $181,013.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $181,013.75 | | |
| | | | | $181,013.75 | | |

## Lake County Department of Utilities
### Case(s): 269 Clm No: 61 Clm. Amt: $93.01

*P.O. Box 8005*
*Painesville, OH 44077*
**Date Filed: 2/17/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $93.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $93.01 | | |
| | | | | $93.01 | | |

## Logan City
### Case(s): 269 Clm No: 62 Clm. Amt: $634.87

*Attn: Brett Bodily*
*290 N 100 W*
*Logan, UT 84321*
**Date Filed: 2/17/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $634.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $634.87 | | |
| | | | | $634.87 | | |

### Green Mountain Power
**Case(s): 269 Clm No: 63 Clm. Amt: $2,590.61**

*Attn: Debra Munn*
*163 Acorn Ln*
*Colchester, VT 05446*
**Date Filed: 2/16/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,590.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $2,590.61 | | |
| | | | | $2,590.61 | | |

### City of Naperville
**Case(s): 269 Clm No: 64 Clm. Amt: $283.73**

*Finance Department*
*Attn: Rachel Mayer*
*400 S Eagle St*
*Naperville, IL 60540*
**Date Filed: 2/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $283.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $283.73 | | |
| | | | | $283.73 | | |

### CAB assignee of Jiangsu Guotai Huasheng Ind'l Co Ltd
**Case(s): 269 Clm No: 65 Clm. Amt: $6,670,345.30**

*Attn: Brian L Mitteldorf*
*14226 Ventura Blvd*
*Sherman Oaks, CA 91423*
**Date Filed: 2/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $6,670,345.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | 503(b)(9) | | | $276,966.50 | | |
| 269 | UNS | | | $6,393,378.80 | | |
| | | | | $6,670,345.30 | | |

### Erie Water Works
**Case(s): 269 Clm No: 66 Clm. Amt: $158.32**

*Attn: Danisha Goodwine*
*340 W Bayfront Pkwy*
*Erie, PA 16507*
**Date Filed: 2/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $158.32**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | SEC | | | $158.32 | | |
| | | | | $158.32 | | |

### Paducah Water
**Case(s): 269 Clm No: 67 Clm. Amt: $61.25**

*Attn: Angela Tomassi*
*P.O. Box 2477*
*Paducah, KY 42002*
**Date Filed: 2/25/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $61.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $61.25 | | |
| | | | | $61.25 | | |

### Kansas Gas Service
**Case(s): 269 Clm No: 68 Clm. Amt: $404.94**

*Attn: Inga Klahr*
*P.O. Box 3535*
*Topeka, KS 66601-3535*
**Date Filed: 2/26/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $404.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269 | UNS | | | $404.94 | | |
| | | | | $404.94 | | |

### Fungyun Inc
**Case(s): 269 Clm No: 69 Clm. Amt: $9,345.00**

*Attn: Jon Faust*
*1411 Broadway, 15th Fl*
*New York, NY 10018*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $9,345.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269 | UNS | | | $9,345.00 | | |
| | | | | $9,345.00 | | |

### The Pack America Corp
**Case(s): 269 Clm No: 70 Clm. Amt: $68,328.90**

*Attn: Jesse Hsiu*
*108 W 39th St, Ste 1603*
*New York, NY 10018*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $68,328.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269 | UNS | | | $68,328.90 | | |
| | | | | $68,328.90 | | |

### CenturyLink Communications LLC fka Qwest Communications Comp
**Case(s): 269 Clm No: 71 Clm. Amt: $4,805.70**

*c/o CenturyLink Communications LLC*
*Attn: Legal BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,805.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269 | UNS | | | $4,805.70 | | |
| | | | | $4,805.70 | | |

### CenturyTel of Tel USA Wisconsin dba CenturyLink
**Case(s): 269 Clm No: 72 Clm. Amt: $199.09**

*c/o CenturyLink Communications LLC*
*Attn: Legal BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $199.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269 | UNS | | | $199.09 | | |
| | | | | $199.09 | | |

### CenturyTel of Washington dba CenturyLink
**Case(s): 269 Clm No: 73 Clm. Amt: $89.95**

*c/o CenturyLink Communications LLC*
*Attn: Legal BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $89.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $89.95 | | |
| | | | | $89.95 | | |

### Qwest Corporation dba CenturyLink QC
**Case(s): 269 Clm No: 74 Clm. Amt: $5,079.52**

*c/o CenturyLink Communications LLC*
*Attn: Legal BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $5,079.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $5,079.52 | | |
| | | | | $5,079.52 | | |

### Embarq Minnesota, Inc dba CenturyLink
**Case(s): 269 Clm No: 75 Clm. Amt: $27.50**

*c/o CenturyLink Communications LLC*
*Attn: Legal BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $27.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $27.50 | | |
| | | | | $27.50 | | |

### Angelina County
**Case(s): 269 Clm No: 76 Clm. Amt: $2,329.30**

*c/o Linebarger Goggan Blair & Sampson LLP*
*Attn: John Dillman*
*P.O. Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 2/27/2021**
**Orig. Date Filed: 1/25/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 9**
**Claim Face Value: $2,329.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $2,329.30 | | |
| | | | | $2,329.30 | | |

### Kowalski Construction Inc
**Case(s): 269 Clm No: 77 Clm. Amt: $11,757.46**

*Attn: Sara Lindsey*
*2219 W Melinda Ln, Ste A*
*Phoenix, AZ 85027*
**Date Filed: 3/2/2021**
**Orig. Date Filed: 2/25/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 66**
**Claim Face Value: $11,757.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $11,757.46 | | |
| | | | | $11,757.46 | | |

### Great American Disposal
**Case(s): 269 Clm No: 78 Clm. Amt: $50.00**

*Attn: Deborah Bryant*
*P.O. Box 2002*
*Kingsford, MI 49802*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $50.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $50.00 | | |
| | | | | $50.00 | | |

### T Brothers Logistics
**Case(s): 269 Clm No: 79 Clm. Amt: $181,013.75**

*c/o Law Offices of Mitchell J Malzberg LLC*
*Attn: Mitchell Malzberg*
*P.O. Box 5122*
*Clinton, NJ 08809*
**Date Filed: 3/3/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 60**
**Claim Face Value: $181,013.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $181,013.75 | | |
| | | | | $181,013.75 | | |

### CenterPoint Energy
**Case(s): 269 Clm No: 80 Clm. Amt: $18,211.03**

*Attn: Jeannetta Johnson*
*P.O. Box 1700*
*Houston, TX 77251*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $18,211.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $18,211.03 | | |
| | | | | $18,211.03 | | |

### City Utilities of Springfield, Missouri
**Case(s): 269 Clm No: 81 Clm. Amt: $136.56**

*Attn: Drew Hilpert*
*301 E Central St*
*Springfield, MO 65802*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $136.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $136.56 | | |
| | | | | $136.56 | | |

### Ameren Missouri
**Case(s): 269 Clm No: 82 Clm. Amt: $2,679.85**

*c/o Bankruptcy Desk MC310*
*Attn: Janie Hovis*
*P.O. Box 66881*
*St Louis, MO 63166*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,679.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $2,679.85 | | |
| | | | | $2,679.85 | | |

## Sebastian County Tax Collector
### Case(s): 269 Clm No: 83 Clm. Amt: $723.98

*Attn: Kathy Caperton*
*P.O. Box 1358*
*Ft Smith, AR 72903*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $723.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | PRI   |        |           | $723.98              |     |                     |
|      |       |        |           | $723.98              |     |                     |

## Atlas Staffing, Inc
### Case(s): 269 Clm No: 84 Clm. Amt: $47,464.27

*Attn: Gregory Sofie*
*189 7th Pl E*
*St Paul, MN 55101*
**Date Filed: 2/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $47,464.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | 503(b)(9) |    |           | $752.41              |     |                     |
| 269  | UNS   |        |           | $46,711.86           |     |                     |
|      |       |        |           | $47,464.27           |     |                     |

## Nextera Communications
### Case(s): 269 Clm No: 85 Clm. Amt: $343.87

*Attn: Becky Parker*
*P.O. Box 2945*
*Baxter, MN 56925*
**Date Filed: 2/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $343.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $343.87              |     |                     |
|      |       |        |           | $343.87              |     |                     |

## Watertown Municipal Utilities
### Case(s): 269 Clm No: 86 Clm. Amt: $310.78

*Attn: Adam Karst*
*901 4th Ave SW*
*Watertown, SD 57201*
**Date Filed: 2/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $310.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $310.78              |     |                     |
|      |       |        |           | $310.78              |     |                     |

## Glamour Rings of Hawaii Inc
### Case(s): 269 Clm No: 87 Clm. Amt: $76,522.00

*Attn: Mickey Allen*
*4354 Pinell St*
*Sacramento, CA 95838*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $76,522.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $76,522.00           |     |                     |
|      |       |        |           | $76,522.00           |     |                     |

## Level 10 LLC
### Case(s): 269 Clm No: 88 Clm. Amt: $4,935.00

*Attn: Lisa White*
*2495 Pembroke Ave*
*Hoffman Estates, IL 60169*
**Date Filed: 2/25/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,935.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | 503(b)(9) |    |           | $4,935.00            |     |                     |
|      |       |        |           | $4,935.00            |     |                     |

### Snohomish County Treasurer
**Case(s): 269 Clm No: 89 Clm. Amt: $4,432.68**

*Attn: Linda Watson*
*3000 Rockefeller Ave MS501*
*Everett, WA 98201-4060*
**Date Filed: 3/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,216.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $2,216.34 | Y | |
| 269 | SEC | | | $2,216.34 | Y | |
| | | | | $4,432.68 | | |

### Elkhart Holdings, LLC
**Case(s): 269 Clm No: 90 Clm. Amt: $11,193.24**

*c/o Hauppauge Properties LLC*
*Attn: Denis Rodger*
*1975 Hempstead Tpk, Ste 309*
*East Meadow, NY 11554*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $11,193.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $11,193.24 | | |
| | | | | $11,193.24 | | |

### CoStar Realty Information, Inc
**Case(s): 269 Clm No: 91 Clm. Amt: $23,942.45**

*Attn: Todd Jasnow*
*1331 L Street NW*
*Washington, DC 20005*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $23,942.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $23,942.45 | | |
| | | | | $23,942.45 | | |

### Appalachian Power Company dba American Electric Power
**Case(s): 269 Clm No: 92 Clm. Amt: $2,188.81**

*c/o American Electric Power*
*Attn: Dwight C Snowden*
*1 Riverside Plz, 13th Fl*
*Columbus, OH 43215*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,188.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $2,188.81 | | |
| | | | | $2,188.81 | | |

### Indiana Michigan Power dba American Electric Power
**Case(s): 269 Clm No: 93 Clm. Amt: $3,093.36**

*Attn: Dwight C Snowden*
*1 Riverside Plz, 13th Fl*
*Columbus, OH 43215*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $3,093.36**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $3,093.36 | | |
| | | | | $3,093.36 | | |

## Ohio Power Company dba AEP Ohio
### Case(s): 269 Clm No: 94 Clm. Amt: $3,398.75

*Attn: Dwight C Snowden*
*1 Riverside Plz, 13th Fl*
*Columbus, OH 43215*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $3,398.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $3,398.75 | | |
| | | | | $3,398.75 | | |

## Omaha Public Power District
### Case(s): 269 Clm No: 95 Clm. Amt: $2,156.88

*Attn: Jane Stafford*
*P.O. Box 3995*
*Omaha, NE 68103-0995*
**Date Filed: 3/2/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,156.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $2,156.88 | | |
| | | | | $2,156.88 | | |

## Spokane County Treasurer
### Case(s): 269 Clm No: 96 Clm. Amt: $1,151.55

*c/o Bankruptcy Dept*
*Attn: Mindy Ensign*
*P.O. Box 2165*
*Spokane, WA 99210-2165*
**Date Filed: 3/5/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,151.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $1,151.55 | | |
| | | | | $1,151.55 | | |

## Missouri Department of Revenue
### Case(s): 269 Clm No: 97 Clm. Amt: $35.26

*Attn: Becky Henson*
*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed: 3/5/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $35.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $35.26 | | |
| | | | | $35.26 | | |

## Consumers Energy Company
### Case(s): 269 Clm No: 98 Clm. Amt: $2,018.58

*Attn: Legal Dept*
*1 Energy Plaza*
*Jackson, MI 49201*
**Date Filed: 3/5/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,018.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $2,018.58 | | |
| | | | | $2,018.58 | | |

**Aptos Canada Inc**
**Case(s): 269 Clm No: 99 Clm. Amt: $10,621.25**

*Attn: Franca Di Lonardo*
*9300 Rte Transcanadienne, Ste 300*
*Saint-Laurent, QC H4S 1K5*
*Canada*
**Date Filed: 3/8/2021**
**Bar Date: 3/24/2021**
**Amended By Clm #: 165**
**Claim Face Value: $10,621.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $10,621.25 | | |
| | | | | $10,621.25 | | |

**Larayne H Morvig**
**Case(s): 269 Clm No: 100 Clm. Amt: $18,482.85**

*11116 E Chestnut Ct*
*Sun Lakes, AZ 85248-8244*
**Date Filed: 3/8/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $18,482.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $18,482.85 | | |
| | | | | $18,482.85 | | |

**Idaho Power Company**
**Case(s): 269 Clm No: 101 Clm. Amt: $384.29**

*P.O. Box 70*
*Boise, ID 83707*
**Date Filed: 3/8/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $384.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $384.29 | | |
| | | | | $384.29 | | |

**Idaho Power Company**
**Case(s): 269 Clm No: 102 Clm. Amt: $356.28**

*P.O. Box 70*
*Boise, ID 83707*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $356.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $356.28 | | |
| | | | | $356.28 | | |

**Puget Sound Energy**
**Case(s): 269 Clm No: 103 Clm. Amt: $1,885.31**

*c/o Vendor Collections Department BOT-01G*
*Attn: Shannon Justesen*
*P.O. Box 97034*
*Bellevue, WA 98009-7034*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,885.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $1,885.31 | | |
| | | | | $1,885.31 | | |

### PPL Electric Utilities
**Case(s): 269 Clm No: 104 Clm. Amt: $2,514.34**

*2 N 9th St*
*Allentown, PA 18101*
**Date Filed: 3/10/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,514.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $2,514.34 | | |
| | | | | $2,514.34 | | |

### Baltimore Gas and Electric Co
**Case(s): 269 Clm No: 105 Clm. Amt: $399.47**

*Attn: Gail Bush*
*P.O. Box 1475*
*Baltimore, MD 21201*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $399.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $399.47 | | |
| | | | | $399.47 | | |

### FedEx Corporate Services Inc
**Case(s): 269 Clm No: 106 Clm. Amt: $929,553.98**

*As Assignee of FedEx Express/Ground/*
*Freight/Office*
*Attn: Janet Yanowsky*
*3965 Airways Blvd, Module G, 3rd Fl*
*Memphis, TN 38116-5017*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $929,553.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $929,553.98 | | |
| | | | | $929,553.98 | | |

### Midwest Energy Inc
**Case(s): 269 Clm No: 107 Clm. Amt: $732.45**

*P.O. Box 898*
*Hays, KS 67601*
**Date Filed: 3/5/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $732.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $732.45 | | |
| | | | | $732.45 | | |

### Baltimore Gas and Electric Co
**Case(s): 269 Clm No: 108 Clm. Amt: $566.16**

*Attn: Gail Bush*
*P.O. Box 1475*
*Baltimore, MD 21201*
**Date Filed: 3/4/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $566.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $566.16 | | |
| | | | | $566.16 | | |

### Rock County Treasurer
**Case(s): 269 Clm No: 109 Clm. Amt: $987.97**

*Attn: Michelle Roettger*
*51 S Main St*
*Janesville, WI 53545*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $987.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | SEC | | | $987.97 | | |
| | | | | $987.97 | | |

### Rutherford County Trustee
**Case(s): 269 Clm No: 110 Clm. Amt: $123.00**

*Attn: Teb Batey*
*P.O. Box 1316*
*Murfreesboro, TN 37133*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $123.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $123.00 | | |
| | | | | $123.00 | | |

### Ultra Outlets of Minnesota LLC
**Case(s): 269 Clm No: 111 Clm. Amt: $11,399.55**

*5900 SOM Center Rd, Ste 12-334*
*Willoughby, OH 44094*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $11,399.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $11,399.55 | | |
| | | | | $11,399.55 | | |

### Hendricks County Treasurer
**Case(s): 269 Clm No: 112 Clm. Amt: $418.18**

*Attn: Pawnie Stroud*
*355 S Washington St, Ste 240*
*Danville, IN 46122*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $418.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $418.18 | | |
| | | | | $418.18 | | |

### Sioux Valley Energy
**Case(s): 269 Clm No: 113 Clm. Amt: $416.55**

*P.O. Box 216*
*Colman, SD 57017*
**Date Filed: 3/9/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $416.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $416.55 | | |
| | | | | $416.55 | | |

### Knox County Trustee
**Case(s): 269 Clm No: 114 Clm. Amt: $163.42**

*Attn: Linda G McGinnis*
*P.O. Box 70*
*Knoxville, TN 37901-0070*
**Date Filed: 3/11/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $163.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $163.42 | | |
| | | | | $163.42 | | |

### Central Appraisal District of Taylor County, collectig prope
**Case(s): 269 Clm No: 115 Clm. Amt: $2,809.87**

*c/o McCreary Veselka Bragg & Allen PC*
*Attn: Tara LeDay*
*P.O. Box 1269*
*Round Rock, TX 78680-1269*
**Date Filed: 3/11/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,809.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $2,809.87 | | |
| | | | | $2,809.87 | | |

### PacifiCorp
**Case(s): 269 Clm No: 116 Clm. Amt: $3,651.23**

*c/o Pacific Power/Rocky Mountain Power*
*P.O.Box 25308*
*Salt Lake City, UT 84125*
**Date Filed: 3/13/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $3,651.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $3,651.23 | | |
| | | | | $3,651.23 | | |

### Madison Gas Electric Co
**Case(s): 269 Clm No: 117 Clm. Amt: $3,262.12**

*Attn: Jill Scheel*
*P.O. Box 1231*
*Madison, WI 53701-1231*
**Date Filed: 3/13/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $3,262.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $3,262.12 | | |
| | | | | $3,262.12 | | |

### Cache Valley Bank
**Case(s): 269 Clm No: 118 Clm. Amt: $10,063,835.62**

*Attn: Gary Wilkinson*
*101 N Main St*
*Logan, UT 84321*
**Date Filed: 3/11/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $10,063,835.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $10,063,835.62 | | |
| | | | | $10,063,835.62 | | |

### OneNeck IT Solutions LLC
**Case(s): 269 Clm No: 119 Clm. Amt: $2,673.39**

*Attn: Legal*
*525 Junction Rd, 7th fl*
*Madison, WI 53717*
**Date Filed: 3/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,673.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $2,673.39 | | |
| | | | | $2,673.39 | | |

### iCIMS, Inc
**Case(s): 269 Clm No: 120 Clm. Amt: $219,068.26**

*Attn: Mike Wong*
*101 Crawfords Corner Rd, Ste 3-100*
*Holmdel, NJ 07733*
**Date Filed: 3/17/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $219,068.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $219,068.26 | | |
| | | | | $219,068.26 | | |

### Department of Treasury - Internal Revenue Service
**Case(s): 269 Clm No: 121 Clm. Amt: $16,332.00**

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 3/17/2021**
**Orig. Date Filed: 2/16/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 44**
**Claim Face Value: $16,332.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | PRI | | | $16,332.00 | | |
| | | | | $16,332.00 | | |

### Greene County Collector of Revenue
**Case(s): 269 Clm No: 122 Clm. Amt: $527.64**

*Attn: Allen Icet*
*940 N Boonville Ave*
*Springfield, MO 65802*
**Date Filed: 3/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $527.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $527.64 | | |
| | | | | $527.64 | | |

### City of Yankton
**Case(s): 269 Clm No: 123 Clm. Amt: $120.56**

*Attn: Lisa Yardley*
*416 Walnut St*
*Yankton, SD 57078*
**Date Filed: 3/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $120.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $120.56 | | |
| | | | | $120.56 | | |

### West Central Sanitation Inc
**Case(s): 269 Clm No: 124 Clm. Amt: $175.64**

*Attn: Carol Williamson*
*P.O. Box 796*
*Willmar, MN 56201*
**Date Filed: 3/15/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $175.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $175.64 | | |
| | | | | $175.64 | | |

### Utah State Tax Commission
**Case(s): 269 Clm No: 125 Clm. Amt: $214.84**

*Attn: Bankrupty Unit*
*210 N 1950 W*
*Salt Lake City, UT 84134-9000*
**Date Filed: 3/16/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $214.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $214.84 | | |
| | | | | $214.84 | | |

### Eugene Water & Electric Board
**Case(s): 269 Clm No: 126 Clm. Amt: $840.88**

*Attn: Veronica Nelson*
*500 E 4th Ave*
*Eugene, OR 97401*
**Date Filed: 3/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $840.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $840.88 | | |
| | | | | $840.88 | | |

### ACE American Insurance Company
**Case(s): 269 Clm No: 127 Clm. Amt: $0.00**

*c/o Duane Morris LLP*
*Attn: Wendy Simkulak*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed: 3/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $0.00 | | |
| | | | | $0.00 | | |

### Microsoft Corporation and Microsoft Licensing GP
**Case(s): 269 Clm No: 128 Clm. Amt: $412.28**

*c/o Fox Rothschild LLP*
*Attn: David P Papiez*
*1001 4th Ave. Ste 4500*
*Seattle, WA 98154*
**Date Filed: 3/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $412.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $412.28 | | |
| | | | | $412.28 | | |

### Federal Insurance Company
**Case(s): 269 Clm No: 129 Clm. Amt: $61,812.00**

*c/o Duane Morris LLP*
*Attn: Wendy Simkulak.*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed: 3/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $61,812.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | SEC | | | $61,812.00 | | |
| | | | | $61,812.00 | | |

### Great Northern Insurance Company
**Case(s): 269 Clm No: 130 Clm. Amt: $61,812.00**

*c/o Duane Morris LLP*
*Attn: Wendy Simkulak*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed: 3/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $61,812.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | SEC | | | $61,812.00 | | |
| | | | | $61,812.00 | | |

### Executive Risk Specialty Insurance Company
**Case(s): 269 Clm No: 131 Clm. Amt: $61,812.00**

*c/o Duane Morris LLP*
*Attn: Wendy Simkulak*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed: 3/18/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $61,812.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | SEC | | | $61,812.00 | | |
| | | | | $61,812.00 | | |

### Premium Outlet Partners, LP
**Case(s): 269 Clm No: 132 Clm. Amt: $575,919.86**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $575,919.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $575,919.86 | | |
| | | | | $575,919.86 | | |

### Mayflower Apple Blossom, LP
**Case(s): 269 Clm No: 133 Clm. Amt: $119,594.34**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $119,594.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $119,594.34          |     |                     |
|      |       |        |           | $119,594.34          |     |                     |

### Mayflower Apple Blossom, LP
**Case(s): 269 Clm No: 134 Clm. Amt: $53,099.69**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $53,099.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $53,099.69           |     |                     |
|      |       |        |           | $53,099.69           |     |                     |

### Battlefield Mall, LLC
**Case(s): 269 Clm No: 135 Clm. Amt: $575,919.86**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $575,919.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $575,919.86          |     |                     |
|      |       |        |           | $575,919.86          |     |                     |

### Simon Capital Limited Partnership
**Case(s): 269 Clm No: 136 Clm. Amt: $239,579.01**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $239,579.01**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $239,579.01          |     |                     |
|      |       |        |           | $239,579.01          |     |                     |

### Simon Capital Limited Partnership
**Case(s): 269 Clm No: 137 Clm. Amt: $156,866.30**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $156,866.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269  | UNS   |        |           | $156,866.30          |     |                     |
|      |       |        |           | $156,866.30          |     |                     |

**Birch Run Outlets II, LLC**

**Case(s): 269 Clm No: 138 Clm. Amt: $134,983.17**

c/o Simon Property Group
Attn: Bankruptcy
225 W Washington St
Indianapolis, IN 46204
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $134,983.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $134,983.17 | | |
| | | | | $134,983.17 | | |

**Calhoun Outlets, LLC**

**Case(s): 269 Clm No: 139 Clm. Amt: $69,938.92**

c/o Simon Property Group
Attn: Bankruptcy
225 W Washington St
Indianapolis, IN 46204
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $69,938.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $69,938.92 | | |
| | | | | $69,938.92 | | |

**Carolina Premium Outlets, LLC**

**Case(s): 269 Clm No: 140 Clm. Amt: $202,945.84**

c/o Simon Property Group
Attn: Bankruptcy
225 W Washington St
Indianapolis, IN 46204
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $202,945.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $202,945.84 | | |
| | | | | $202,945.84 | | |

**Charlotte Outlets, LLC**

**Case(s): 269 Clm No: 141 Clm. Amt: $273.33**

c/o Simon Property Group
Attn: Bankruptcy
225 W Washington St
Indianapolis, IN 46204
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $273.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $273.33 | | |
| | | | | $273.33 | | |

**Cincinnati Premium Outlets, LLC**

**Case(s): 269 Clm No: 142 Clm. Amt: $370,181.73**

c/o Simon Property Group
Attn: Bankruptcy
225 W Washington St
Indianapolis, IN 46204
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $370,181.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $370,181.73 | | |
| | | | | $370,181.73 | | |

## Simon Property Group, LP
### Case(s): 269 Clm No: 143 Clm. Amt: $131,146.42

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $131,146.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269  | UNS   |        |           | $131,146.42           |     |                      |
|      |       |        |           | $131,146.42           |     |                      |

## Colorado Mills Mall Limited Partnership
### Case(s): 269 Clm No: 144 Clm. Amt: $195,117.67

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $195,117.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269  | UNS   |        |           | $195,117.67           |     |                      |
|      |       |        |           | $195,117.67           |     |                      |

## Columbia Mall Partnership
### Case(s): 269 Clm No: 145 Clm. Amt: $538,051.55

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, In 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $538,051.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269  | UNS   |        |           | $538,051.55           |     |                      |
|      |       |        |           | $538,051.55           |     |                      |

## Denver Premium Outlets, LLC
### Case(s): 269 Clm No: 146 Clm. Amt: $386,798.48

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $386,798.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269  | UNS   |        |           | $386,798.48           |     |                      |
|      |       |        |           | $386,798.48           |     |                      |

## Willmar Municipal Utilities
### Case(s): 269 Clm No: 147 Clm. Amt: $1,418.85

*Attn: Andrea Prekker*
*700 Litchfield Ave, SW*
*Willmar, MN 56201*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,418.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269  | UNS   |        |           | $1,418.85             |     |                      |
|      |       |        |           | $1,418.85             |     |                      |

### Gulf Coast Factoy Shops, Limited Partnership
**Case(s): 269 Clm No: 148 Clm. Amt: $326,258.72**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $326,258.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $326,258.72 | | |
| | | | | $326,258.72 | | |

### Pulaski County Treasurer
**Case(s): 269 Clm No: 149 Clm. Amt: $943.96**

*Attn: Linda Alexander*
*P.O. Box 430*
*Little Rock, AR 72203*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $943.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | PRI | | | $943.96 | | |
| | | | | $943.96 | | |

### Empire Mall, LLC
**Case(s): 269 Clm No: 150 Clm. Amt: $324,423.72**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $324,423.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $324,423.72 | | |
| | | | | $324,423.72 | | |

### Empire Mall, LLC
**Case(s): 269 Clm No: 151 Clm. Amt: $89,834.50**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $89,834.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $89,834.50 | | |
| | | | | $89,834.50 | | |

### Simon Property Group Texas, L.P
**Case(s): 269 Clm No: 152 Clm. Amt: $77,552.47**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $77,552.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $77,552.47 | | |
| | | | | $77,552.47 | | |

### SRE Boardwalk LLC
**Case(s): 269 Clm No: 153 Clm. Amt: $104,600.11**

*c/o Thompson Hine, LLP*
*Attn: Louis Solimine*
*312 Walnut St, Ste 2000*
*Cincinnati, OH 45202*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $104,600.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269  | UNS   |        |           | $104,600.11           |     |                      |
|      |       |        |           | $104,600.11           |     |                      |

### Devil's Lake Road LLC
**Case(s): 269 Clm No: 154 Clm. Amt: $242,894.09**

*c/o Thompson Hine, LLP*
*Attn: Louis Solimine*
*312 Walnut St, Ste 2000*
*Cincinnati, OH 45202*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $242,894.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269  | UNS   |        |           | $242,894.09           |     |                      |
|      |       |        |           | $242,894.09           |     |                      |

### OKC Outlets I, LLC
**Case(s): 269 Clm No: 155 Clm. Amt: $222,361.42**

*c/o Thompson Hine LLP*
*Attn: Louis Solimine*
*312 Walnut St, Ste 2000*
*Cincinnati, OH 45202*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $222,361.42**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269  | UNS   |        |           | $222,361.42           |     |                      |
|      |       |        |           | $222,361.42           |     |                      |

### SRE Ontario LLC
**Case(s): 269 Clm No: 156 Clm. Amt: $283,684.34**

*c/o Thompson Hine LLP*
*Attn: Louis Sollmine*
*312 Walnut St, Ste 2000*
*Cincinnati, OH 45202*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $283,684.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269  | UNS   |        |           | $283,684.34           |     |                      |
|      |       |        |           | $283,684.34           |     |                      |

### SRE Hawkeye LLC
**Case(s): 269 Clm No: 157 Clm. Amt: $134,700.95**

*c/o Thompson Hine LLP*
*Attn: Louis Sollmine*
*312 Walnut St, Ste 2000*
*Cincinnati, OH 45202*
**Date Filed: 3/19/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $134,700.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 269  | UNS   |        |           | $134,700.95           |     |                      |
|      |       |        |           | $134,700.95           |     |                      |

**Gaffney Outlets, LLC**

**Case(s): 269 Clm No: 158 Clm. Amt: $332,413.20**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $332,413.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $332,413.20 | | |
| | | | | $332,413.20 | | |

**Simon/Preit Gloucester Development, LLC**

**Case(s): 269 Clm No: 159 Clm. Amt: $272,940.10**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $272,940.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $272,940.10 | | |
| | | | | $272,940.10 | | |

**Greenwood Park Mall, LLC**

**Case(s): 269 Clm No: 160 Clm. Amt: $164,833.76**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $164,833.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $164,833.76 | | |
| | | | | $164,833.76 | | |

**Grove City Factory LP**

**Case(s): 269 Clm No: 161 Clm. Amt: $202,656.44**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $202,656.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $202,656.44 | | |
| | | | | $202,656.44 | | |

**Hamilton TC, LLC**

**Case(s): 269 Clm No: 162 Clm. Amt: $161,850.14**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $161,850.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $161,850.14 | | |
| | | | | $161,850.14 | | |

**Premium Outlet Partners, LP**
**Case(s): 269 Clm No: 163 Clm. Amt: $157,064.04**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $157,064.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $157,064.04 | | |
| | | | | $157,064.04 | | |

**Lighthouse Place Premium Outlets, LLC**
**Case(s): 269 Clm No: 164 Clm. Amt: $185,380.52**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $185,380.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $185,380.52 | | |
| | | | | $185,380.52 | | |

**Aptos Canada Inc**
**Case(s): 269 Clm No: 165 Clm. Amt: $29,929.63**

*Attn: Franca Di Lonardo*
*9300 Rte Transcanadienne, Ste 300*
*Saint-Laurent, QC H4S 1K5*
*Canada*
**Date Filed: 3/22/2021**
**Orig. Date Filed: 3/8/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 99**
**Claim Face Value: $29,929.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $29,929.63 | | |
| | | | | $29,929.63 | | |

**MNH Mall, LLC**
**Case(s): 269 Clm No: 166 Clm. Amt: $127,787.49**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $127,787.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $127,787.49 | | |
| | | | | $127,787.49 | | |

**Simon Property Group, LP**
**Case(s): 269 Clm No: 167 Clm. Amt: $150,149.35**

*Attn: Ronald M Tucker*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $150,149.35**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $150,149.35 | | |
| | | | | $150,149.35 | | |

**SPG Finance II, LLC**
**Case(s): 269 Clm No: 168 Clm. Amt: $240,622.43**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $240,622.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $240,622.43 | | |
| | | | | $240,622.43 | | |

**Jiaxing Mengdi Import & Export Co, Ltd**
**Case(s): 269 Clm No: 169 Clm. Amt: $2,618,537.43**

*Attn: Jiangang James Ou*
*11200 Westheimer Rd, Ste 120-JO*
*Houston, TX 77042*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,618,537.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $2,618,537.43 | | |
| | | | | $2,618,537.43 | | |

**Premium Outlet Partners, LP**
**Case(s): 269 Clm No: 170 Clm. Amt: $308,430.09**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $308,430.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $308,430.09 | | |
| | | | | $308,430.09 | | |

**PHOENIX PREMIUM OUTLETS, LLC**
**Case(s): 269 Clm No: 171 Clm. Amt: $352,033.63**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $352,033.63**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $352,033.63 | | |
| | | | | $352,033.63 | | |

**PLEASANT PRAIRIE PREMIUM OUTLETS, LLC**
**Case(s): 269 Clm No: 172 Clm. Amt: $59,078.84**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $59,078.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | UNS | | | $59,078.84 | | |
| | | | | $59,078.84 | | |

### South Hills Village Associates, LP
**Case(s): 269 Clm No: 173 Clm. Amt: $106,197.26**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $106,197.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $106,197.26 | | |
| | | | | $106,197.26 | | |

### ST LOUIS PREMIUM OUTLETS, LLC
**Case(s): 269 Clm No: 174 Clm. Amt: $304,593.26**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $304,593.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $304,593.26 | | |
| | | | | $304,593.26 | | |

### Tampa Premium Outlets, LLC
**Case(s): 269 Clm No: 175 Clm. Amt: $433,126.94**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $433,126.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $433,126.94 | | |
| | | | | $433,126.94 | | |

### Simon Property Group, LP
**Case(s): 269 Clm No: 176 Clm. Amt: $191,950.34**

*Re: Tippecanoe Mall*
*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $191,950.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $191,950.34 | | |
| | | | | $191,950.34 | | |

### Simon Property Group, LP
**Case(s): 269 Clm No: 177 Clm. Amt: $69,938.92**

*Re: Tippecanoe Mall*
*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $69,938.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $69,938.92 | | |
| | | | | $69,938.92 | | |

## Simon Property Group, LP
### Case(s): 269 Clm No: 178 Clm. Amt: $180,455.71

*Re: Towne East Square*
*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $180,455.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $180,455.71 | | |
| | | | | $180,455.71 | | |

## Tucson Premium Outlets, LLC
### Case(s): 269 Clm No: 179 Clm. Amt: $223,969.15

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $223,969.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $223,969.15 | | |
| | | | | $223,969.15 | | |

## Twin Cities Outlets Eagan, LLC
### Case(s): 269 Clm No: 180 Clm. Amt: $259,323.57

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $259,323.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $259,323.57 | | |
| | | | | $259,323.57 | | |

## Simon Capital GP
### Case(s): 269 Clm No: 181 Clm. Amt: $74,412.07

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $74,412.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $74,412.07 | | |
| | | | | $74,412.07 | | |

## Waterloo Premium Outlets, LLC
### Case(s): 269 Clm No: 182 Clm. Amt: $293,898.48

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $293,898.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $293,898.48 | | |
| | | | | $293,898.48 | | |

## Williamsburg Outlets, LLC
### Case(s): 269 Clm No: 183 Clm. Amt: $496,777.54

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $496,777.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $496,777.54 | | |
| | | | | $496,777.54 | | |

## Hangzhou Jiayi Garment Co, Ltd
### Case(s): 269 Clm No: 184 Clm. Amt: $1,154,945.97

*Attn: Jiangang James Ou*
*11200 Westheimer Rd, Ste 120*
*Houston, TX 77042*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Amended By Clm #: 283**
**Claim Face Value: $1,154,945.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | 503(b)(9) | | | $80,798.85 | | |
| 269 | UNS | | | $1,074,147.12 | | |
| | | | | $1,154,945.97 | | |

## Premium Outlet Partners, LP
### Case(s): 269 Clm No: 185 Clm. Amt: $331,103.54

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $331,103.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $331,103.54 | | |
| | | | | $331,103.54 | | |

## Eastview Mall, LLC
### Case(s): 269 Clm No: 186 Clm. Amt: $34,374.87

*Attn: Judith Labombarda*
*1265 Scottsville Rd*
*Rochester, NY 14624*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $34,374.87**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $34,374.87 | | |
| | | | | $34,374.87 | | |

## Greece Ridge, LLC
### Case(s): 269 Clm No: 187 Clm. Amt: $15,515.20

*Attn: Judith Labombarda*
*1265 Scottsville Rd*
*Rochester, NY 14624*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $15,515.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $15,515.20 | | |
| | | | | $15,515.20 | | |

**Time Square Shopping Center II LLP**
**Case(s): 269 Clm No: 188 Clm. Amt: $83,447.25**

*c/o Dougherty Molenda Solfest Hills & Bauer PA*
*Attn: Matt Schaap*
*14985 Glazier Ave, Ste 525*
*Apple Valley, MN 55124*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $83,447.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $83,447.25 | | |
| | | | | $83,447.25 | | |

**The Marketplace**
**Case(s): 269 Clm No: 189 Clm. Amt: $6,838.98**

*Attn: Judith Labombarda*
*1265 Scottsville Rd*
*Rochester, NY 14624*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $6,838.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $6,838.98 | | |
| | | | | $6,838.98 | | |

**Simon Property Group, LP**
**Case(s): 269 Clm No: 190 Clm. Amt: $258.65**

*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $258.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $258.65 | | |
| | | | | $258.65 | | |

**Grove City Factory Shops, LP**
**Case(s): 269 Clm No: 191 Clm. Amt: $665.21**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $665.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $665.21 | | |
| | | | | $665.21 | | |

**Greenwood Park Mall, LLC**
**Case(s): 269 Clm No: 192 Clm. Amt: $234.18**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $234.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $234.18 | | |
| | | | | $234.18 | | |

## MNH Mall, LLC
### Case(s): 269 Clm No: 193 Clm. Amt: $217.04

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $217.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $217.04 | | |
| | | | | $217.04 | | |

## Lighthouse Place Premium Outlets, LLC
### Case(s): 269 Clm No: 194 Clm. Amt: $194.11

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $194.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $194.11 | | |
| | | | | $194.11 | | |

## Gaffney Outlets LLC
### Case(s): 269 Clm No: 195 Clm. Amt: $517.80

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $517.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $517.80 | | |
| | | | | $517.80 | | |

## Premium Outlet Partners LP
### Case(s): 269 Clm No: 196 Clm. Amt: $419.50

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $419.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $419.50 | | |
| | | | | $419.50 | | |

## Simon Property Group Txs LP
### Case(s): 269 Clm No: 197 Clm. Amt: $607.61

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $607.61**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $607.61 | | |
| | | | | $607.61 | | |

## Empire Mall, LLC
### Case(s): 269 Clm No: 198 Clm. Amt: $355.44

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $355.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $355.44 | | |
| | | | | $355.44 | | |

## Premium Outlet Partners LP
### Case(s): 269 Clm No: 199 Clm. Amt: $721.90

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $721.90**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $721.90 | | |
| | | | | $721.90 | | |

## Simon Capital Limited Partnership
### Case(s): 269 Clm No: 200 Clm. Amt: $281.99

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $281.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $281.99 | | |
| | | | | $281.99 | | |

## Simon Capital Limited Partnership
### Case(s): 269 Clm No: 201 Clm. Amt: $406.94

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $406.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $406.94 | | |
| | | | | $406.94 | | |

## Birch Run Outlet II, LLC
### Case(s): 269 Clm No: 202 Clm. Amt: $497.75

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $497.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $497.75 | | |
| | | | | $497.75 | | |

## Calhoun Outlets, LLC
### Case(s): 269 Clm No: 203 Clm. Amt: $413.09

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $413.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $413.09 | | |
| | | | | $413.09 | | |

## Carolina Premium Outlets, LLC
### Case(s): 269 Clm No: 204 Clm. Amt: $193.91

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Orig. Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $193.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $193.91 | | |
| | | | | $193.91 | | |

## Cincinnati Premium Outlets, LLC
### Case(s): 269 Clm No: 205 Clm. Amt: $593.08

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $593.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $593.08 | | |
| | | | | $593.08 | | |

## Premium Outlet Partners, LP
### Case(s): 269 Clm No: 206 Clm. Amt: $547.34

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $547.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $547.34 | | |
| | | | | $547.34 | | |

## Mayflower Apple Blossom, LP
### Case(s): 269 Clm No: 207 Clm. Amt: $212.23

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $212.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $212.23 | | |
| | | | | $212.23 | | |

## Mayflower Apple Blossom, LP
### Case(s): 269 Clm No: 208 Clm. Amt: $96.59

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $96.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | ADM | | | $96.59 | | |
| | | | | $96.59 | | |

## Battlefield Mall, LLC
### Case(s): 269 Clm No: 209 Clm. Amt: $907.76

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $907.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | ADM | | | $907.76 | | |
| | | | | $907.76 | | |

## Simon / Preit Gloucester Development, LLC
### Case(s): 269 Clm No: 210 Clm. Amt: $323.31

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $323.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | ADM | | | $323.31 | | |
| | | | | $323.31 | | |

## Empire Mall, LLC
### Case(s): 269 Clm No: 211 Clm. Amt: $433.58

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $433.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | ADM | | | $433.58 | | |
| | | | | $433.58 | | |

## Gulf Coast Factory Shops LP
### Case(s): 269 Clm No: 212 Clm. Amt: $433.70

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $433.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 269 | ADM | | | $433.70 | | |
| | | | | $433.70 | | |

## Denver Premium Outlets, LLC
### Case(s): 269 Clm No: 213 Clm. Amt: $396.55

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $396.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | ADM | | | $396.55 | | |
| | | | | $396.55 | | |

## Columbia Mall Partnership
### Case(s): 269 Clm No: 214 Clm. Amt: $845.65

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $845.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | ADM | | | $845.65 | | |
| | | | | $845.65 | | |

## Colorado Mills Mall, LP
### Case(s): 269 Clm No: 215 Clm. Amt: $364.70

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $364.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | ADM | | | $364.70 | | |
| | | | | $364.70 | | |

## Premium Outlet Partners, LP
### Case(s): 269 Clm No: 216 Clm. Amt: $507.34

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $507.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | ADM | | | $507.34 | | |
| | | | | $507.34 | | |

## Phoenix Premium Outlets, LLC
### Case(s): 269 Clm No: 217 Clm. Amt: $549.29

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $549.29**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269 | ADM | | | $549.29 | | |
| | | | | $549.29 | | |

### SPG Finance II, LLC
**Case(s): 269 Clm No: 218 Clm. Amt: $511.91**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $511.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $511.91 | | |
| | | | | $511.91 | | |

### River Ridge Mall JV, LLC
**Case(s): 269 Clm No: 219 Clm. Amt: $117,890.28**

*c/o Thompson Hine LLP*
*Attn: Louis Solimine*
*312 Walnut St, 14th Fl*
*Cincinnati, OH 45202*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $117,890.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $117,890.28 | | |
| | | | | $117,890.28 | | |

### Milberg Factors, Inc
**Case(s): 269 Clm No: 220 Clm. Amt: $238,756.75**

*Attn: Barry Machowsky*
*99 Park Ave*
*New York, NY 10016*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $238,756.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $238,756.75 | | |
| | | | | $238,756.75 | | |

### Iron Mountain Information Management, LLC
**Case(s): 269 Clm No: 221 Clm. Amt: $7,083.09**

*Attn: Joseph P Corrigan*
*One Federal St, 7th Fl*
*Boston, MA 02110*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $7,083.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $2,240.00 | | |
| 269 | UNS | | | $4,843.09 | | |
| | | | | $7,083.09 | | |

### Hilco Merchant Resources, LLC
**Case(s): 269 Clm No: 222 Clm. Amt:**

*Attn: Ian Fredericks*
*5 Revere Dr, Ste 206*
*Northbrook, IL 60062*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | Unknown | Y | |
| 269 | SEC | | | Unknown | Y | |

### C&B Other Assetsco, LLC
**Case(s): 269 Clm No: 223 Clm. Amt:**

*c/o Restore Capital LLC*
*Attn: Ian Fredericks*
*5 Revere Dr*
*Northbrook, IL 60062*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | | | |

### International Fidelity Insurance Company
**Case(s): 269 Clm No: 224 Clm. Amt: $2,495,487.00**

*c/o Chiesa Shahinian & Giantomasi PC*
*Attn: Robert E Nies, Esq*
*1 Boland Dr*
*W Orange, NJ 07052*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,300,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $195,487.00 | | |
| 269 | SEC | | | $2,300,000.00 | | |
| | | | | $2,495,487.00 | | |

### ALCC, LLC
**Case(s): 269 Clm No: 225 Clm. Amt:**

*c/o ReStore Capital LLC*
*Attn: Ian Fredericks*
*5 Revere Dr*
*Northbrook, IL 60062*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | | | |

### Business Essentials
**Case(s): 269 Clm No: 226 Clm. Amt: $70,717.38**

*c/o Shraiberg Landau & Page, PA*
*Attn: Bradley S Shraiberg*
*2385 NW Executive Ctr Dr, 300*
*Boca Raton, FL 33431*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $70,717.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $26,638.89 | | |
| 269 | ADM | | | $26,638.89 | | |
| 269 | UNS | | | $17,439.60 | | |
| | | | | $70,717.38 | | |

### C&B IPCO, LLC
**Case(s): 269 Clm No: 227 Clm. Amt:**

*c/o ReStore Capital LLC*
*Attn: Ian Fredericks*
*5 Revere Dr*
*Northbrook, IL 60062*
**Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | | | |

### Twin Cities Outlets Eagan LLC
**Case(s): 269 Clm No: 228 Clm. Amt: $419.34**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $419.34**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $419.34 | | |
| | | | | $419.34 | | |

### Simon Capital GP
**Case(s): 269 Clm No: 229 Clm. Amt: $132.62**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $132.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $132.62 | | |
| | | | | $132.62 | | |

### Waterloo Premium Outets LLC
**Case(s): 269 Clm No: 230 Clm. Amt: $484.04**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $484.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $484.04 | | |
| | | | | $484.04 | | |

### Williamsburg Outlets LLC
**Case(s): 269 Clm No: 231 Clm. Amt: $785.82**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $785.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $785.82 | | |
| | | | | $785.82 | | |

### Pleasant Prairie Premium Outlets LLC
**Case(s): 269 Clm No: 232 Clm. Amt: $229.92**

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $229.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $229.92 | | |
| | | | | $229.92 | | |

## South Hills Village LP
### Case(s): 269 Clm No: 233 Clm. Amt: $412.98

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $412.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $412.98 | | |
| | | | | $412.98 | | |

## St Louis Premium Outlets LLC
### Case(s): 269 Clm No: 234 Clm. Amt: $480.07

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $480.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $480.07 | | |
| | | | | $480.07 | | |

## Simon Property Group, LP
### Case(s): 269 Clm No: 235 Clm. Amt: $322.64

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $322.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $322.64 | | |
| | | | | $322.64 | | |

## Tampa Premium Outlet, LLC
### Case(s): 269 Clm No: 236 Clm. Amt: $676.64

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $676.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $676.64 | | |
| | | | | $676.64 | | |

## Tucson Premium Outlets, LLC
### Case(s): 269 Clm No: 237 Clm. Amt: $213.94

c/o Simon Property Group
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $213.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $213.94 | | |
| | | | | $213.94 | | |

## Simon Property Group, LP
### Case(s): 269 Clm No: 238 Clm. Amt: $270.15

*RE: Towne East Square -2105*
*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $270.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $270.15 | | |
| | | | | $270.15 | | |

## Mall at White Oaks, LLC
### Case(s): 269 Clm No: 239 Clm. Amt: $163,334.22

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $163,334.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $163,334.22 | | |
| | | | | $163,334.22 | | |

## Simon Property Group, LP
### Case(s): 269 Clm No: 240 Clm. Amt: $117.04

*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $117.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $117.04 | | |
| | | | | $117.04 | | |

## Mall at White Oaks, LLC
### Case(s): 269 Clm No: 241 Clm. Amt: $103,379.23

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $103,379.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $103,379.23 | | |
| | | | | $103,379.23 | | |

## Mall at White Oaks, LLC
### Case(s): 269 Clm No: 242 Clm. Amt: $448.82

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $448.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $448.82 | | |
| | | | | $448.82 | | |

### BRE RC Monroe MP PA LLP
**Case(s): 269 Clm No: 243 Clm. Amt: $203,996.85**

*c/o Stark & Stark, PC*
*Attn: Tom Onder*
*P.O. Box 5315*
*Princeton, NJ 08543*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $203,996.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $9,519.22 | | |
| 269 | UNS | | | $194,477.63 | | |
| | | | | $203,996.85 | | |

### Town of Grand Chute
**Case(s): 269 Clm No: 244 Clm. Amt: $394.75**

*Attn: Alissa Van Eperen*
*1900 W Grand Chute Blvd*
*Grand Chute, WI 54913*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $394.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $394.75 | | |
| | | | | $394.75 | | |

### The John Roberts Company
**Case(s): 269 Clm No: 245 Clm. Amt: $99,038.44**

*Attn: Greg Dooley*
*9687 E River Rd*
*Coon Rapids, MN 55433*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $99,038.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $1,363.30 | | |
| 269 | UNS | | | $97,675.14 | | |
| | | | | $99,038.44 | | |

### International Fidelity Insurance Company
**Case(s): 269 Clm No: 246 Clm. Amt: $195,487.00**

*c/o Chiesa Shahinian & Giantomasi PC*
*Attn: Robert Nies*
*1 Boland Dr*
*West Orange, NJ 07052*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $195,487.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $195,487.00 | | |
| 269 | SEC | | | Unknown | Y | |
| | | | | $195,487.00 | | |

### Firenet Systems Inc
**Case(s): 269 Clm No: 247 Clm. Amt: $1,451.59**

*6224 Lakeland Ave N, Ste 100*
*Brooklyn Park, NY 55428*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,451.59**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $1,451.59 | | |
| | | | | $1,451.59 | | |

**Firenet Systems Inc**

**Case(s): 269 Clm No: 248 Clm. Amt: $993.86**

6224 Lakeland Ave N, Ste 100
Brooklyn Park, NY 55428
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $993.86**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $993.86 | | |
| | | | | $993.86 | | |

**ProScapes**

**Case(s): 269 Clm No: 249 Clm. Amt: $4,882.15**

Attn: Nancy Ahern
3401 Highway 55
Eagan, MN 55121
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,882.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $4,882.15 | | |
| | | | | $4,882.15 | | |

**Tex-Ray Industrial Co, Ltd**

**Case(s): 269 Clm No: 250 Clm. Amt: $21,440.00**

c/o Law Offices of Vincent Y Lin
17700 Castleton St, Ste 263
City of Industry, CA 91748
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $21,440.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $21,440.00 | | |
| | | | | $21,440.00 | | |

**Google LLC**

**Case(s): 269 Clm No: 251 Clm. Amt: $116,519.78**

c/o White and Williams LLP
Attn: Amy Vulpio
1650 Market St, Ste 1800
Philadelphia, PA 19103
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $116,519.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $116,519.78 | | |
| | | | | $116,519.78 | | |

**Business Essentials**

**Case(s): 269 Clm No: 252 Clm. Amt: $26,638.89**

c/o Shraiberg Landau & Page PA
Attn: Bradley S Shraiberg, Esq
2385 NW Executive Ctr Dr, Ste 300
Boca Raton, FL 33431
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $26,638.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $26,638.89 | | |
| | | | | $26,638.89 | | |

**CenturyLink Communications, LLC fka Qwest Communications Company, LLC**
**Case(s): 269 Clm No: 253 Clm. Amt: $1,085.13**

*CenturyLink Communications, LLC*
*Attn: Legal - BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,085.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $1,085.13 | | |
| | | | | $1,085.13 | | |

**Iron Mountain Information Management LLC**
**Case(s): 269 Clm No: 254 Clm. Amt: $2,296.11**

*Attn: Joseph P Corrigan, Esq*
*1 Federal St*
*Boston, MA 02110*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,296.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $2,296.11 | | |
| | | | | $2,296.11 | | |

**Embarq Minnesota, Inc dba CenturyLink**
**Case(s): 269 Clm No: 255 Clm. Amt: $412.46**

*CenturyLink Communications, LLC*
*Attn: Legal - BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $412.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $412.46 | | |
| | | | | $412.46 | | |

**CenturyTel of Tel USA Wisconsin dba CenturyLink**
**Case(s): 269 Clm No: 256 Clm. Amt: $53.09**

*CenturyLink Communications, LLC*
*Attn: Legal - BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $53.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $53.09 | | |
| | | | | $53.09 | | |

**Qwest Corporation dba CenturyLink QC**
**Case(s): 269 Clm No: 257 Clm. Amt: $1,740.38**

*CenturyLink Communications, LLC*
*Attn: Legal - BKY*
*1025 El Dorado Blvd*
*Broomfield, CO 80021*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,740.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $1,740.38 | | |
| | | | | $1,740.38 | | |

### BRE RC Monroe MP PA LLP
**Case(s): 269 Clm No: 258 Clm. Amt: $9,519.22**

*c/o Stark & Stark PC*
*Attn: Tom Onder*
*P.O. Box 5315*
*Princeton, NJ 08543*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $9,519.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $9,519.22 | | |
| | | | | $9,519.22 | | |

### Netfortris Acquisition Co, Inc
**Case(s): 269 Clm No: 259 Clm. Amt: $2,782,517.70**

*c/o Dentons US LLP*
*Attn: Lauren Macksoud*
*1221 Ave of the Americas*
*New York, NY 10020*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,782,517.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $2,782,517.70 | | |
| | | | | $2,782,517.70 | | |

### Salesforce.com, Inc
**Case(s): 269 Clm No: 260 Clm. Amt: $1,100,093.03**

*c/o Bialson, Bergen & Schwab*
*Attn: Lawrence Schwab / Thomas Gaa*
*830 Menlo Ave, Ste 100*
*Menlo Park, CA 94025*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,100,093.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $1,059,095.77 | | |
| 269 | UNS | | | $40,997.26 | | |
| | | | | $1,100,093.03 | | |

### Sentry Insurance
**Case(s): 269 Clm No: 261 Clm. Amt: $267,803.00**

*Attn: Randy Rabe*
*1800 N Point Dr*
*Stevens Point, WI 54481*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Amended By Clm #: 262**
**Claim Face Value: $267,803.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $150,000.00 | | |
| 269 | UNS | | | $117,803.00 | | |
| | | | | $267,803.00 | | |

### Sentry Insurance
**Case(s): 269 Clm No: 262 Clm. Amt: $267,803.00**

*Attn: Randy Rabe*
*1800 N Point Dr*
*Stevens Point, WI 54481*
**Date Filed: 3/24/2021**
**Orig. Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 261**
**Claim Face Value: $267,803.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $150,000.00 | | |
| 269 | UNS | | | $117,803.00 | | |
| | | | | $267,803.00 | | |

## Otter Tail Power Company
### Case(s): 269 Clm No: 263 Clm. Amt: $1,223.19

*Attn: Matt Holmquist*
*215 S Cascade St*
*Fergus Falls, MN 56537*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,223.19**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $1,223.19 | | |
| | | | | $1,223.19 | | |

## Netfortris Acquisition Co, Inc
### Case(s): 269 Clm No: 264 Clm. Amt: $220,741.66

*c/o Dentons US LLP*
*Attn: Lauren Macksoud*
*1221 Ave of the Americas*
*New York, NY 10020*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $220,741.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $220,741.66 | | |
| | | | | $220,741.66 | | |

## Rakuten Companies (Rakuten Rewards and Cartera)
### Case(s): 269 Clm No: 265 Clm. Amt: $32,148.70

*Attn: Barry Schoefernacker*
*999 Plaza Dr, Ste 670*
*Schaumburg, IL 60173*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $32,148.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $32,148.70 | | |
| | | | | $32,148.70 | | |

## International Fidelity Insurance Company
### Case(s): 269 Clm No: 266 Clm. Amt: $2,300,000.00

*c/o Chiesa Shahinian & Giantomasi PC*
*Attn: Robert Nies, Esq*
*1 Boland Dr*
*W Orange, NJ 07052*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $195,487.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $2,300,000.00 | | |
| | | | | $2,300,000.00 | | |

## International Fidelity Insurance Company
### Case(s): 269 Clm No: 267 Clm. Amt: $2,300,000.00

*c/o Chiesa Shahinian & Giantomasi PC*
*Attn: Robert Nies*
*1 Boland Dr*
*W Orange, NJ 07052*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $2,300,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | SEC | | | $2,300,000.00 | | |
| | | | | $2,300,000.00 | | |

### Crum & Forster
**Case(s): 269 Clm No: 268 Clm. Amt:**

*c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP*
*Attn: Gary D Bressler, Esq*
*300 Delaware Ave, Ste 770*
*Wilmington, DE 19801*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

### Oracle Credit Corporation and Oracle America, Inc
**Case(s): 269 Clm No: 269 Clm. Amt: $557,607.47**

*c/o Buchalter PC*
*Attn: Shawn M Christianson, Esq*
*55 2nd St, 17th Fl*
*San Francisco, CA 94105*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $557,607.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $557,607.47 | | |
| | | | | $557,607.47 | | |

### Duke Energy Progress, LLC
**Case(s): 269 Clm No: 270 Clm. Amt: $338.69**

*c/o Haynsworth Sinkler Boyd, PA*
*Attn: Clara Elizabeth Weston*
*1201 Main St, Ste 2200*
*Columbia, SC 29201*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $338.69**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | 503(b)(9) | | | $185.04 | | |
| 269 | UNS | | | $153.65 | | |
| | | | | $338.69 | | |

### T Westbrook Center, LLC
**Case(s): 269 Clm No: 271 Clm. Amt: $106,843.03**

*c/o Stark & Stark, PC*
*Attn: Tom Onder*
*P.O. Box 5315*
*Princeton, NJ 08543*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $106,843.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $106,843.03 | | |
| | | | | $106,843.03 | | |

### Rice Lake Cedar Mall, Inc
**Case(s): 269 Clm No: 272 Clm. Amt: $10,911.17**

*c/o Walker Property Group, Inc*
*Attn: Joseph Turok*
*420 E 58th Ave*
*Denver, CO 80216*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $10,911.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | UNS | | | $10,911.17 | | |
| | | | | $10,911.17 | | |

## Salesforce.com Inc
### Case(s): 269 Clm No: 273 Clm. Amt: $1,100,093.03

c/o Bailson, Bergen & Schwab
Attn: Lawrence Schwab / Thomas Gaa
830 Menlo Ave, Ste 201
Menlo Park, CA 94025
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $1,100,093.03**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $1,100,093.03 | | |
| | | | | $1,100,093.03 | | |

## Willis Towers Watson Midwest, Inc
### Case(s): 269 Clm No: 274 Clm. Amt: $71,001.00

c/o Saul, Ewing, Arnstein & Lehr, LLP
Attn: Melissa A Marinez
500 Market St, Fl 38
Philadelphia, PA 19102
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $71,001.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $71,001.00 | | |
| | | | | $71,001.00 | | |

## Centralia Outlets LLC
### Case(s): 269 Clm No: 275 Clm. Amt: $22,727.83

c/o JSH Properties Inc
Attn: Diane L Edwards
14900 Interurban Ave, Ste 130
Tukwila, WA 98168
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $22,727.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $22,727.83 | | |
| | | | | $22,727.83 | | |

## Rice Lake Cedar Mall Inc
### Case(s): 269 Clm No: 276 Clm. Amt: $120.00

c/o Walker Property Group Inc
Attn: Joe Turck
420 E 58th Ave
Denver, CO 80216
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $120.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $120.00 | | |
| | | | | $120.00 | | |

## Winona Mall LLC
### Case(s): 269 Clm No: 277 Clm. Amt: $24,721.17

Attn: Charles Alexander
1213 Gilmore Ave, St C11
Winona, MN 55987
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $24,721.17**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $24,721.17 | | |
| | | | | $24,721.17 | | |

### Darcella Allen
**Case(s): 269 Clm No: 278 Clm. Amt: $4,878.88**

*Address Redacted*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,878.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | $4,878.88 | | |
| | | | | $4,878.88 | | |

### Rakuten Marketing LLC
**Case(s): 269 Clm No: 279 Clm. Amt: $18,880.60**

*c/o Holland & Knight LLP*
*Attn: Lynne B Xerras, Esq*
*10 St James Ave*
*Boston, MA 02116*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $18,880.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $18,880.60 | | |
| | | | | $18,880.60 | | |

### Vanderburgh County Treasurer
**Case(s): 269 Clm No: 280 Clm. Amt: $572.20**

*Attn: Kathleen Ann Clark*
*1 NW MLK Jr Blvd, Rm 210*
*Evansville, IN 47708*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $572.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | | | |
| 269 | SEC | | | $572.20 | | |
| | | | | $572.20 | | |

### Delta Dental of Minnesota
**Case(s): 269 Clm No: 281 Clm. Amt:**

*Attn: Stephanie A Albert*
*500 Washington Ave S, Ste 2060*
*Minneapolis, MN 55415*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | PRI | | | | | |
| 269 | UNS | | | | | |

### Rakuten Marketing LLC
**Case(s): 269 Clm No: 282 Clm. Amt: $12,766.56**

*c/o Holland & Knight LP*
*Attn: Lynne B Xerras, Esq*
*10 St James Ave*
*Boston, MA 02116*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $12,766.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $12,766.56 | | |
| | | | | $12,766.56 | | |

## Hangzhou Jiayi Garment Co, Ltd
**Case(s): 269 Clm No: 283 Clm. Amt: $1,154,945.97**

*Attn: Jiangang James Ou*
*11200 Westheimer Rd, Ste 120*
*Houston, TX 77042*
**Date Filed: 3/24/2021**
**Orig. Date Filed: 3/22/2021**
**Bar Date: 3/24/2021**
**Amending Clm #: 184**
**Claim Face Value: $1,154,945.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | 503(b)(9) | | | $80,798.85 | | |
| 269 | UNS | | | $1,074,147.12 | | |
| | | | | $1,154,945.97 | | |

## Crum & Forster
**Case(s): 269 Clm No: 284 Clm. Amt:**

*c/o McElroy, Deutsch, Mulvaney & Carpenter, LLP*
*Attn: Gary D Bressler, Esq*
*300 Delaware Ave, Ste 770*
*Wilmington, DE 19801*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | ADM | | | Unknown | Y | |
| 269 | SEC | | | Unknown | Y | |
| 269 | UNS | | | Unknown | Y | |

## Oracle Credit Corporation
**Case(s): 269 Clm No: 285 Clm. Amt: $526,925.04**

*c/o Buchalter, PC*
*Attn: Shawn M Christianson, Esq*
*55 2nd St, 17th Fl*
*San Francisco, CA 94105*
**Date Filed: 3/24/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $526,925.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | ADM | | | $526,925.04 | | |
| | | | | $526,925.04 | | |

## Intrado Digital Media LLC
**Case(s): 269 Clm No: 286 Clm. Amt: $617.43**

*Attn: Zach Van Buskirk*
*11808 Miracle Hills Dr*
*Omaha, NE 68154*
**Date Filed: 3/26/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $617.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $617.43 | | |
| | | | | $617.43 | | |

## Loffler Companies
**Case(s): 269 Clm No: 287 Clm. Amt: $13,762.62**

*Attn: Linnea Beth Shomshak*
*1101 E 78th St, Ste 200*
*Bloomington, MN 55420*
**Date Filed: 3/28/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $13,762.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 269 | UNS | | | $13,762.62 | | |
| | | | | $13,762.62 | | |

## Loffler Companies
### Case(s): 269 Clm No: 288 Clm. Amt: $14,279.74

*Attn: Linnea Shomshak*
*1101 E 78th St, Ste 200*
*Bloomington, MN 55420*
**Date Filed: 3/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $13,726.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | 503(b)(9) | | | $13,762.62 | | |
| 269 | PRI | | | $517.12 | | |
| | | | | $14,279.74 | | |

## Salesfloor Inc
### Case(s): 269 Clm No: 291 Clm. Amt: $55,000.00

*Attn: Oscar Sachs*
*651 Notre Dame O, Ste 350*
*Montreal, QC H3C1H9*
*Canada*
**Date Filed: 3/29/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $55,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $55,000.00 | | |
| | | | | $55,000.00 | | |

## ADP Inc
### Case(s): 269 Clm No: 292 Clm. Amt: $54,437.66

*Attn: Diana Trejo*
*1851 N Resler*
*El Paso, TX 79912*
**Date Filed: 3/23/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $54,437.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $54,437.66 | | |
| | | | | $54,437.66 | | |

## Oklahoma County Treasurer
### Case(s): 269 Clm No: 293 Clm. Amt: $4,529.58

*Attn: Forrest Butch Freeman*
*320 Robert S Kerr, Rm 307*
*Oklahoma City, OK 73102*
**Date Filed: 3/30/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,529.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | ADM | | | $4,529.58 | | |
| | | | | $4,529.58 | | |

## Halock Security Labs
### Case(s): 269 Clm No: 294 Clm. Amt: $30,000.00

*c/o Segal McCambridge Singer & Mahoney Ltd*
*Attn: Chad Layton*
*233 S Wacker Dr, Ste 5500*
*Chicago, IL 60606*
**Date Filed: 3/31/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 269 | UNS | | | $30,000.00 | | |
| | | | | $30,000.00 | | |

## Darcella Allen
**Case(s): 269 Clm No: 295 Clm. Amt: $4,878.88**

*Address Redacted*
**Date Filed: 3/26/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $4,878.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269  | PRI   |        |           | $4,878.88              |     |                      |
|      |       |        |           | $4,878.88              |     |                      |

## Atlas Logistics Inc
**Case(s): 269 Clm No: 296 Clm. Amt: $5,999.00**

*Attn: Don Brelvogel*
*1212 St George Rd*
*Evansville, IN 47711*
**Date Filed: 3/25/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $5,999.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269  | UNS   |        |           | $5,999.00              |     |                      |
|      |       |        |           | $5,999.00              |     |                      |

## Douglas L Tietz
**Case(s): 269 Clm No: 297 Clm. Amt: $3,249.41**

*13401 Marystown Rd*
*Shakopee, MN 55379*
**Date Filed: 4/1/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $3,249.41**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269  | UNS   |        |           | $3,249.41              |     |                      |
|      |       |        |           | $3,249.41              |     |                      |

## San Juan County Treasurer
**Case(s): 269 Clm No: 298 Clm. Amt: $113.76**

*Attn: Dolly Donahue*
*100 S Oliver, Ste 300*
*Aztec, NM 87410*
**Date Filed: 4/6/2021**
**Bar Date: 7/12/2021**
**Claim Face Value: $113.76**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269  | PRI   |        |           | $113.76                |     |                      |
|      |       |        |           | $113.76                |     |                      |

## City of St George
**Case(s): 269 Clm No: 299 Clm. Amt: $341.15**

*Attn: Paula Houston*
*175 E 200 N*
*St. George, UT 84770*
**Date Filed: 4/6/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $341.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 269  | UNS   |        |           | $341.15                |     |                      |
|      |       |        |           | $341.15                |     |                      |

**Amber Marie Diaz**
**Case(s): 269 Clm No: 300 Clm. Amt:**

*Address Redacted*
**Date Filed: 4/5/2021**
**Bar Date: 3/24/2021**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | 503(b)(9) | | | Unknown | Y | |
| 269 | PRI | | | Unknown | Y | |
| 269 | SEC | | | Unknown | Y | |

**Town of Collierville**
**Case(s): 269 Clm No: 301 Clm. Amt: $95.53**

*Attn: Kimberly Ann Clark*
*500 Poplar View Pkwy*
*Collierville, TN 38017*
**Date Filed: 4/13/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $95.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | PRI | | | $95.53 | | |
| | | | | $95.53 | | |

**Empire Mall LLC**
**Case(s): 269 Clm No: 302 Clm. Amt: $5,097.26**

*c/o Simon Property Group*
*Attn: Bankruptcy*
*225 W Washington St*
*Indianapolis, IN 46204*
**Date Filed: 4/16/2021**
**Bar Date: 3/24/2021**
**Claim Face Value: $5,097.26**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 269 | ADM | | | $5,097.26 | | |
| | | | | $5,097.26 | | |