| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, New Jersey 07602-0800<br>Michael D. Sirota (msirota@coleschotz.com)<br>Felice R. Yudkin (fyudkin@coleschotz.com)<br>Jacob S. Frumkin (jfrumkin@coleschotz.com)<br>Matteo Percontino (mpercontino@coleschotz.com)<br>Rebecca W. Hollander (rhollander@coleschotz.com)<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* | Order Filed on May 6, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br><br><br><br><br><br><br>Chapter 11 |
| In re:<br><br>CHRISTOPHER & BANKS CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 21-10269 (ABA)<br><br>Jointly Administered<br><br>**Hearing Date and Time:**<br>May 4, 2021 at 10:00 a.m. (EST) |

## ORDER GRANTING DEBTORS' MOTION
## TO AUTHORIZE CHANGE OF CASE CAPTION

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: May 6, 2021**

*/s/ Andrew B. Altenburg, Jr.*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: Christopher & Banks Corporation (5422), Christopher & Banks, Inc. (1237), and Christopher & Banks Company (2506). The Debtors' corporate headquarters is located at 2400 Xenium Lane North, Plymouth, Minnesota 55441.

| | |
|---|---|
| Page (3) | |
| Debtors: | CHRISTOPHER & BANKS CORPORATION, *et al*. |
| Case No. | 21-10269 (ABA) |
| Caption of Order: | ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE CHANGE OF CASE CAPTION |

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order pursuant to section 105(a) of the Bankruptcy Code; Bankruptcy Rules 1005, 2002(m), and 2002(n); and Local Rule 9004-1(a), authorizing the Debtors to change the case captions used in the Chapter 11 Cases; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and the Court having jurisdiction to decide the Motion and grant the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Clerk of the Court is authorized and directed to make a docket entry in case number 21-10269 (ABA) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Christopher & Banks Corporation to CB Wind-Down

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Page (4) | |
| Debtors: | CHRISTOPHER & BANKS CORPORATION, *et al*. |
| Case No. | 21-10269 (ABA) |
| Caption of Order: | ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE CHANGE OF CASE CAPTION |

Corporation." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 21-10269 (ABA) with the Debtor's new name as soon as possible.

2. Effective as of the date hereof, the new caption of the jointly administered Chapter 11 Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CB WIND-DOWN CORPORATION, *et al.*, | Case No. 21-10269 (ABA) |
| Debtors.[1] | Jointly Administered |

FN[1]: The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: CB Wind-Down Corporation (*f/k/a* Christopher & Banks Corporation) (5422), CB Wind-Down, Inc. (*f/k/a* Christopher & Banks, Inc.) (1237), and CB Wind-Down Company, Inc. (*f/k/a* Christopher & Banks Company) (2506).

3. The Clerk of the Court is authorized and directed to make a docket entry in case number 21-10268 (ABA) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of "Christopher & Banks Inc. to CB Wind-Down, Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 21-10268 (ABA) with the Debtor's new name as soon as possible.

| | |
|---|---|
| Page | (5) |
| Debtors: | CHRISTOPHER & BANKS CORPORATION, *et al*. |
| Case No. | 21-10269 (ABA) |
| Caption of Order: | ORDER GRANTING DEBTORS' MOTION TO AUTHORIZE CHANGE OF CASE CAPTION |

4. The Clerk of the Court is authorized and directed to make a docket entry in case number 21-10270 (ABA) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Christopher & Banks Company to CB Wind-Down Company, Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 21-10270 (ABA) with the Debtor's new name as soon as possible.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.