| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE** |
|---|---|---|
| In re:<br>☐ Christopher & Banks Corporation (Case No. 21-10269)<br>■ Christopher & Banks Inc. CB Wind-Down, Inc. (Case No. 21-10268)<br>☐ Christopher & Banks Company (Case No. 21-10270) | Chapter 11<br><br>Case Number: 21-10269 (Main Case) | |

NOTE: This form should not be used for an unsecured claim arising prior to the commencement of the case. In such instances, a proof of claim should be filed.

| Name of Creditor: **Wind Creek Bethlehem Retail, LLC**<br>(The person or other entity to whom the debtor owed money or property.) | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Addresses Where Notices Should Be Sent:<br>William P. Rubley, Esq.<br>COOPER LEVENSON, P.A.<br>1415 Marlton Pike East<br>Cherry Hill Plaza, Suite 205<br>Cherry Hill, NJ 08034 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: **00000038-1** | Check here if this request:<br>☐ replaces a previously filed request, dated:<br>☐ amends a previously filed request, dated: |
|---|---|

1. BASIS FOR CLAIM

   ☐ Goods Sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ■ Other (Describe briefly) **Lease**

   ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   ☐ Wages, salaries and compensations (Fill out below)

   Provide last four digits of your social security number _____

2. **DATE DEBT WAS INCURRED:** **On or after January 13, 2021**

3. TOTAL AMOUNT OF REQUEST AS OF ABOVE DATE: **$2,901.84**_____

☐ Check this box if the request includes interest or other charges in addition to the principal amount of the request. Attach itemized statement of all interest or additional charges.

4. Secured Claim
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:

   ☐ Real Estate     ☐ Motor Vehicle
   ☐ Other (Describe briefly) _____

   Value of Collateral: $_____

   ■ Check this box if there is no collateral or lien securing your claim.

5. **Credits**: The amount of all payments have been credited and deducted for the purposes of making this request for payment of administrative expenses.

6. **Supporting Documents**: *Attach copies of supporting documents*, such as purchase orders, invoices, itemized statements of running accounts, contracts as well as any evidence of perfection of a lien.

   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

7. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your request, enclose a self-addressed envelope and copy of this request.

THIS SPACE IS FOR COURT USE ONLY

| Date: 7/15/2021 | Sign and print below the name and title, if any, of the creditor or other person authorized to file this request (attach copy of power of attorney, if any).<br><br>/s/ William P. Rubley_____ |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



THE OUTLETS AT WIND CREEK

Wind Creek Bethlehem, LLC
77 Wind Creek Blvd.
Bethlehem, PA  18015

| Christopher and Banks | DATE | ACCOUNT NUMBER | DATE | ACCOUNT NUMBER |
|---|---|---|---|---|
| AP Rent for Store #3282 | 2/28/2021 | 00000038   1 | 2/28/2021 | 00000038   1 |
| 2400 Xenium Lane North | INVOICE #: | | INVOICE #: | |
| Plymouth, MN  55441 | | | Christopher and Banks | |

**MAKE CHECKS PAYABLE TO:** Wind Creek Bethlehem, LLC.

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 6/26/2020 | 1RT | Prorated June Rent | 696.75 | 383.36 | 313.39 | 6/26/2020 | 1RT | 313.39 |
| 10/15/2020 | 1EL | September 2020 Electric | 138.28 | 0.00 | 138.28 | 10/15/2020 | 1EL | 138.28 |
| 11/20/2020 | 1EL | October 2020 Electric | 254.41 | 0.00 | 254.41 | 11/20/2020 | 1EL | 254.41 |
| 11/20/2020 | 1WT | October 2020 Water & Se\ | 5.56 | 0.00 | 5.56 | 11/20/2020 | 1WT | 5.56 |
| 12/14/2020 | 1EL | November 2020 Electric | 250.58 | 0.00 | 250.58 | 12/14/2020 | 1EL | 250.58 |
| 12/24/2020 | 1TR | November 2020 TurnOver | 7,146.99 | 4,953.55 | 2,193.44 | 12/24/2020 | 1TR | 2,193.44 |
| 1/19/2021 | 1EL | December 2020 Electric | 257.82 | 0.00 | 257.82 | 1/19/2021 | 1EL | 257.82 |
| 1/22/2021 | 1TR | December 2020 Turnover | 1,875.46 | 0.00 | 1,875.46 | 1/22/2021 | 1TR | 1,875.46 |
| 2/11/2021 | 1EL | January 2021 Electric | 286.04 | 0.00 | 286.04 | 2/11/2021 | 1EL | 286.04 |
| 2/11/2021 | 1WT | January 2021 Water & Se\ | 5.56 | 0.00 | 5.56 | 2/11/2021 | 1WT | 5.56 |
| 2/23/2021 | 1TR | January 2021 TurnOver R | 2,610.24 | 0.00 | 2,610.24 | 2/23/2021 | 1TR | 2,610.24 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|---|
| 2,901.84 | 2,133.28 | 2,444.02 | 259.97 | 451.67 | 8,190.78 | | | 8,190.78 |

# The Outlets at Wind Creek Bethlehem
## Utility Invoice

| | |
|---|---|
| Invoice Date | 2/1/2021 |
| Tenant | Christopher & Banks |
| Suite | 117 |

| Water & Sewer (gals) | | Amt Used | Cost | Total | | Total | |
|---|---|---|---|---|---|---|---|
| 1/1/2021 | 1/31/2021 | 1000 | 0.00556 | $ | 5.56 | $ | 5.56 |
| 2/1/2021 | 2/28/2021 | | 0.00556 | $ | - | $ | - |
| 3/1/2021 | 3/31/2021 | | 0.00556 | $ | - | $ | - |
| 4/1/2021 | 4/30/2021 | | 0.00556 | $ | - | $ | - |
| 5/1/2021 | 5/31/2021 | | 0.00556 | $ | - | $ | - |
| 6/1/2021 | 6/30/2021 | | 0.00556 | $ | - | $ | - |
| 7/1/2021 | 7/31/2021 | | 0.00556 | $ | - | $ | - |
| 8/1/2021 | 8/31/2021 | | 0.00556 | $ | - | $ | - |
| 9/1/2021 | 9/30/2021 | | 0.00556 | $ | - | $ | - |
| 10/1/2021 | 10/31/2021 | | 0.00556 | $ | - | $ | - |
| 11/1/2021 | 11/30/2021 | | 0.00556 | $ | - | $ | - |
| 12/1/2021 | 12/31/2021 | | 0.00556 | $ | - | $ | - |

| Electric (kWh) | | Amt Used | Cost | Total | | Total | |
|---|---|---|---|---|---|---|---|
| 1/1/2021 | 1/31/2021 | 4040.08 | 0.0708 | $ | 286.04 | $ | 286.04 |
| 2/1/2021 | 2/28/2021 | | 0.0708 | $ | - | $ | - |
| 3/1/2021 | 3/31/2021 | | 0.0708 | $ | - | $ | - |
| 4/1/2021 | 4/30/2021 | | 0.0708 | $ | - | $ | - |
| 5/1/2021 | 5/31/2021 | | 0.0708 | $ | - | $ | - |
| 6/1/2021 | 6/30/2021 | | 0.0708 | $ | - | $ | - |
| 7/1/2021 | 7/31/2021 | | 0.0708 | $ | - | $ | - |
| 8/1/2021 | 8/31/2021 | | 0.0708 | $ | - | $ | - |
| 9/1/2021 | 9/30/2021 | | 0.0708 | $ | - | $ | - |
| 10/1/2021 | 10/31/2021 | | 0.0708 | $ | - | $ | - |
| 11/1/2021 | 11/30/2021 | | 0.0708 | $ | - | $ | - |
| 12/1/2021 | 12/31/2021 | | 0.0708 | $ | - | $ | - |

Total Invoice Amount: $ 291.60