Douglas S. Stanger, Esquire (DS5141)
**FLASTER/GREENBERG**
A Professional Corporation
646 Ocean Heights Avenue
Linwood, NJ 08221
Phone: 609-645-1881
Attorneys for the Trustee

Order Filed on December 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: <br><br> CB WIND-DOWN CORPORATION, ET AL. <br><br> Debtor. | **CAMDEN VICINAGE** <br><br> **Chapter 7** <br><br> Case No. 21-10269 (ABA) <br><br> Judge: Hon. Andrew B. Altenburg, Jr. |
|---|---|

**ORDER AUTHORIZING INTERIM COMPENSATION OF FEES AND EXPENSES FOR GAVIN SOLMONESE, LLC, ACCOUNTANTS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

DATED: December 10, 2021

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

8594079 v1

(Page 2)
**Debtors**: CB Wind-Down Corporation, et al.
**Case No**: 21-10269-ABA
<u>**Caption of Order:**   Order Authorizing Interim Compensation for Gavin Solmonese, LLC, Aaccountants for the Trustee</u>

**THIS MATTER** having been brought before the court by Douglas S. Stanger, Esq., counsel for the Trustee of the Estate of CB Wind-Down Corporation, et al., by way of an Application for Allowance of Interim Compensation and Reimbursement of Expenses for Gavin Solmonese, LLC, accountants for the trustee. pursuant to 11 U.S.C., Section 330;

**IT IS ORDERED** that the Accountants for the Trustee are hereby granted interim compensation in the amount of $21,600.00 and expenses in the amount of $63.50 which are allowed to be paid out of the funds in the bankruptcy estate.

8594079 v1