Douglas S. Stanger, Esquire (DS5141)
**FLASTER/GREENBERG**
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
Attorneys for the Trustee

Order Filed on October 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re:<br><br>CB WIND-DOWN CORPORATION, ET AL.<br><br>Debtor. | CAMDEN VICINAGE<br><br>Chapter 7<br><br>Case No. 21-10269 (ABA)<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |
|---|---|

## ORDER AUTHORIZING FINAL COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES FOR GAVIN SOLMONESE, LLC, ACCOUNTANTS FOR THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 24, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors**: CB Wind-Down Corporation, et al.
**Case No:** 21-10269-ABA
**Caption of Order:** Order Authorizing Final Compensation for Gavin Solmonese, LLC, Accountants for the Trustee

**THIS MATTER** having been brought before the court by Douglas S. Stanger, Esq., counsel for the Trustee of the Estate of CB Wind-Down Corporation, et al., by way of an Application for Allowance of Final Compensation and Reimbursement of Expenses for Gavin Solmonese, LLC, accountants for the Trustee pursuant to 11 U.S.C., Section 330;

**IT IS ORDERED** that the Accountants for the Trustee are hereby granted final compensation in the amount of $48,875.00 and expenses in the amount of $437.20 which are allowed to be paid out of the funds in the bankruptcy estate.